# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST MULTIDISTRICT LITIGATION* | **MDL NO. 3031** (JRT/HB) |
| This document relates to: | **Case No. 22-cv-01724** |
| **GIANT EAGLE, INC.,** | **DEFENDANTS' TYSON FOODS, INC. AND TYSON FRESH MEATS, INC. ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT** |
| **Plaintiff,** | |
| **v.** | |
| **CARGILL, INC., ET AL.,** | |
| **Defendants.** | |

Defendants Tyson Foods, Inc. and Tyson Fresh Meats, Inc. (unless otherwise stated, collectively "Tyson Defendants") answer Plaintiff's Complaint[1] as follows, in paragraphs numbered to correspond to the paragraph numbers in said Complaint:

## **GENERAL ANSWER**

The Tyson Defendants deny all allegations in the Complaint unless the Tyson Defendants have expressly admitted those allegations herein. Where an allegation in the Complaint is directed at another Defendant or a party that is not affiliated with the Tyson Defendants, then except as otherwise expressly stated, the Tyson Defendants deny the allegations set forth in the Complaint on the basis that they deny the knowledge or information sufficient to form a belief concerning the truth of such allegations. Further, unless otherwise expressly admitted, the Tyson Defendants deny any allegations in the headings, footnotes, graphs/charts or in other places in the Complaint, to the extent that any such allegations require a response. Any headings, subheadings or similar text that the Tyson Defendants have included in this Answer are for the convenience of the Court and the parties, and are not intended to be nor shall they be construed as an admission of any fact by the Tyson Defendants. As for Plaintiff's characterization of the

---

[1] The Complaint *Giant Eagle, Inc. v. Cargill, Inc. et al.* was previously filed in N.D. Illinois as Case No. 1:22-cv-02992. It was consolidated with MDL No. 3031 and transferred to D. Minn. as Case No. 0:22-cv-01724 on July 7, 2022. Pursuant to the parties' stipulations entered in the above-captioned matters, direct purchaser opt-out plaintiffs have stipulated that Defendants need only answer a single direct purchaser opt-out complaint at this time and have selected the *Giant Eagle* Complaint as the operative complaint. This answer responds specifically to the Complaint filed in *Giant Eagle*. To the extent there are unique allegations in each individual direct purchaser opt-out action, Tyson Defendants reserve the right to respond at a future time. Failure to respond to a specific allegation of another direct purchaser opt-out plaintiff does not constitute an admission or waiver of any applicable defenses.

2

relevant time period for the alleged conspiracy, the Tyson Defendants deny the conspiracy alleged in the Complaint.

Furthermore, the Tyson Defendants object to Plaintiff's failure to differentiate between Defendant Tyson Foods, Inc. and Defendant Tyson Fresh Meats, Inc. and to allege specifically what either entity did to participate in the alleged conspiracy. Tyson Foods, Inc., the parent entity, is a separate corporation from Tyson Fresh Meats, Inc. and Plaintiff fails to offer information in sufficient detail to identify which entity took the alleged actions attributed to the Tyson Defendants throughout the Complaint.

## ANSWERS TO PLAINTIFF'S SPECIFIC ALLEGATIONS

### INTRODUCTION

1.      **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

2.      **Answer:** The Tyson Defendants specifically deny the conspiracy and collusive restriction of beef supply alleged in the Complaint. This paragraph otherwise contains Plaintiff's

characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

3.    **Answer:** The Tyson Defendants specifically deny the conspiracy and collusive restriction of beef supply alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

4.    **Answer:** Tyson Foods, Inc. admits it received a Civil Investigative Demand from the U.S. Department of Justice, Antitrust Division in 2020. Tyson Foods, Inc. admits it received a letter from the USDA indicating it was conducting an investigation related, in part, to beef prices in 2020. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

5.    **Answer:** To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations.

To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

6.    **Answer:** The Tyson Defendants specifically deny the conspiracy and agreement to coordinate slaughter reductions and volume alleged in the Complaint. To the extent the allegations in this paragraph rely on conversations between third parties, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. This paragraph otherwise contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

7.    **Answer:** The Tyson Defendants specifically deny the collusive control of beef pricing and the conspiracy alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

8.    **Answer:** The Tyson Defendants specifically deny the conspiracy and collusion alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required,

the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

9.    **Answer:** The Tyson Defendants specifically deny the allegations of forming and operating a cartel and of collaborating to restrain and manage production of beef alleged in the Complaint. This paragraph contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

10.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

11.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

12.    **Answer:** The Tyson Defendants specifically deny the collusion alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson

6

Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

13.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

14.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. This paragraph also contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

15.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph contains Plaintiff's characterization of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

16.    **Answer:** The Tyson Defendants specifically deny the conspiracy and collusion alleged in the Complaint. This paragraph contains Plaintiff's characterization of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

17.    **Answer:** As to the data cited regarding the correlation between cattle and beef prices, the Tyson Defendants lack sufficient information and knowledge to admit or deny their accuracy. This paragraph otherwise contains Plaintiff's characterization of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

18.    **Answer:** As to the data included in the figure, the Tyson Defendants lack sufficient information and knowledge to admit or deny their accuracy. This paragraph otherwise contains Plaintiff's characterization of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

19.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or

description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

20.    **Answer:** The Tyson Defendants specifically deny the conspiracy and collusion alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

21.    **Answer:** The Tyson Defendants specifically deny the collusion and concerted slashing of supply output alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

22.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph also contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

23.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by

9

expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. Regarding the cites to Tyson Foods, Inc.'s earnings calls or filings made to the Securities and Exchanges Commission, the Tyson Defendants note that those sources speak for themselves and deny any characterization or description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

24.    **Answer:** The Tyson Defendants specifically deny the collusion alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims, and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

25.    **Answer:** The Tyson Defendants specifically deny the collusion alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims, and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

## JURISDICTION AND VENUE

26.    **Answer:** The Tyson Defendants admit that Plaintiff seeks relief pursuant to Sections 4(a) and 16 of the Clayton Act, Sections 202 and 308 of the Packers and Stockyards Act, and Section 1 of the Sherman Act. To the extent a response is required, the Tyson Defendants deny the allegations in this paragraph. The Tyson Defendants otherwise deny the allegations in this paragraph.

27.    **Answer:** The Tyson Defendants admit that Plaintiff seeks to invoke the jurisdiction of this Court pursuant to 28 U.S.C. §§ 1331 and 1337, Sections 4 and 16 of the Clayton Act, and Section 308 of the Packers and Stockyards Act. To the extent a response is required, the Tyson Defendants deny the allegations in this paragraph. The Tyson Defendants otherwise deny the allegations in this paragraph.

28.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. The Tyson Defendants admit that they have transacted business in this District. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. This paragraph also contains Plaintiff's characterization of their claims and/or legal conclusions regarding the interest certain Districts have in the matter to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

29.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph also contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

30.    **Answer:** The Tyson Defendants admit that venue is proper in the District of Minnesota, where this action has now been transferred. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants

lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

31.    **Answer:** The Tyson Defendants have agreed to accept service of the Giant Eagle Complaint. The Tyson Defendants further admit that Tyson Fresh Meats, Inc. has transacted business in this District of Minnesota, where this action has been transferred. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

## PARTIES

**I.    Giant Eagle.**

32.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph also contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

12

33.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph also contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

II.    **Defendants and their Subsidiaries and Affiliates.**

34.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations. This paragraph otherwise contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

35.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. Defendant Tyson Fresh Meats, Inc. admits that it sold or distributed beef directly to some purchasers.  This paragraph otherwise contains Plaintiff's characterization of its claims and/or legal conclusions to which no response is required. To the extent a response is required, the

Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

### A.    The Cargill Defendants.

36.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

37.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

38.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

39.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson

Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

40.     **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

41.     **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

42.     **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

43.     **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

44.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

45.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

46.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

**B.    The JBS Defendants.**

47.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

48.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

49.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

50.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

51.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

52.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any

of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

53.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

54.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

55.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

56.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson

Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

57.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

58.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

59.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

60.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

61.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

**C.    National Beef Packing Company.**

62.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

63.    **Answer:** The allegations set forth in this paragraph are not directed to the Tyson Defendants and, therefore, no response is required from the Tyson Defendants. To the extent any of the allegations set forth in this paragraph could be construed as allegations against either Tyson Defendant, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

**D.    The Tyson Defendants.**

64.    **Answer:** The Tyson Defendants admit that Tyson Foods, Inc. is a publicly traded Delaware corporation headquartered in Springdale, Arkansas and that Tyson Fresh Meats, Inc. sold beef products in interstate commerce to purchasers in the United States, including in the District of Minnesota. The Tyson Defendants otherwise deny the allegations of this paragraph.

65.    **Answer:** The Tyson Defendants admit that Tyson Fresh Meats, Inc. is: (i) a wholly owned subsidiary of Tyson Foods, Inc.; (ii) a Delaware corporation with its principal place of business at 800 Stevens Port Drive, Dakota Dunes, South Dakota 57049; and (iii) the principal operating entity within Tyson Foods, Inc.'s U.S. cattle and beef business. The Tyson Defendants otherwise deny the allegations of this paragraph.

66.    **Answer:** The Tyson Defendants admit that Tyson Fresh Meats, Inc. owns and operates fed cattle slaughter plants and contracts for the purchase of cattle for slaughter at those plants. The Tyson Defendants otherwise deny the allegations in this paragraph.

67.    **Answer:** The Tyson Defendants specifically deny the wrongful acts alleged in this Complaint. The Tyson Defendants admit that Tyson Fresh Meats, Inc. is a wholly owned subsidiary of Tyson Foods, Inc., and that Tyson Fresh Meats, Inc. sold beef in interstate commerce to purchasers in the United States, including this District of Minnesota. This paragraph otherwise contains Plaintiff's characterization of its claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

68.    **Answer:** To the extent the allegations in this paragraph rely on sources attributed to Tyson Foods, Inc., the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith.

69.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph also contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson

Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

70.    **Answer:** The Tyson Defendants specifically deny the common scheme and illegal and anticompetitive purpose alleged in the Complaint. This paragraph also contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

71.    **Answer:** The Tyson Defendants admit that Tyson Fresh Meats, Inc. is a subsidiary of Tyson Foods, Inc. The Tyson Defendants further admit that Tyson Fresh Meats, Inc. is the only Tyson Defendant that purchased fed cattle and sold beef products during the relevant time period. This paragraph also contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

72.    **Answer:** To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

73.    **Answer:** To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

74.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

75.    **Answer:** To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

76.    **Answer:** Regarding the SEC registration statement cited in this paragraph, the Tyson Defendants note that the source speaks for itself and deny any characterization or description that is inconsistent therewith. This paragraph otherwise contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

77.    **Answer:** Regarding the Form 424B5 filed with the SEC, the Tyson Foods, Inc. Prospectus cited in this paragraph, the Tyson Defendants note that the source speaks for itself and deny any characterization or description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

78.    **Answer:** Regarding the USDA website referenced in this paragraph, the Tyson Defendants note that the source speaks for itself and deny any characterization or description that is inconsistent therewith.

79.    **Answer:** The Tyson Defendants specifically deny the illegal enterprise alleged in the Complaint. This paragraph also contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

E.    **Co-Conspirators.**

80.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. This paragraph also contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

F.    **Reciprocal Agency of Defendants and Co-Conspirators.**

81.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. This paragraph also contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

82.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. This paragraph also contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

## INDUSTRY BACKGROUND

83.    **Answer:** As to the data cited in this paragraph, the Tyson Defendants lack sufficient information and knowledge to admit or deny their accuracy. To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. This paragraph otherwise contains Plaintiff's characterization of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

84.    **Answer:** As to the data cited in this paragraph, the Tyson Defendants lack sufficient information and knowledge to admit or deny their accuracy. To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. This paragraph otherwise contains Plaintiff's characterization of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert

testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

85.    **Answer:** The Tyson Defendants admit that the descriptions of the fed cattle market in this paragraph are generally correct, but state that exact definitions and descriptions may vary and that some exceptions exist. To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith.

86.    **Answer:** The Tyson Defendants admit that the descriptions of the fed cattle market in this paragraph are generally correct, but state that exact definitions and descriptions may vary and that some exceptions exist. To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith.

87.    **Answer:** The Tyson Defendants admit that the descriptions of the fed cattle market in this paragraph are generally correct, but state that exact definitions and descriptions may vary and that some exceptions exist. This paragraph otherwise contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions.

88.    **Answer:** The Tyson Defendants specifically deny the allegations regarding the power to suppress the price of cattle alleged in the Complaint.  As to the data cited in this paragraph, the Tyson Defendants lack sufficient information and knowledge to admit or deny their accuracy. This paragraph otherwise contains Plaintiff's characterization of their claims and/or

legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions.

89.    **Answer:** The Tyson Defendants admit that Tyson Fresh Meats, Inc. has sold beef products as defined in the Complaint to a variety of different customers, including Giant Eagle. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

90.    **Answer:** The Tyson Defendants specifically deny the allegations of increasing the meat margin through illegal cooperation in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent the allegations relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

91.    **Answer:** The Tyson Defendants specifically deny the coordination and collusion alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent the allegations

27

relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

## DEFENDANTS' ANTITRUST AND PSA VIOLATIONS

92.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. To the extent this paragraph characterizes or describes documents, earnings calls or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

93.    **Answer:** To the extent this paragraph characterizes or describes documents, earnings calls or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

94.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint, including the specific allegations that Defendants agreed to collectively reduce and manage their respective slaughter volumes.  This paragraph otherwise contains Plaintiff's

28

characterization of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions.

## I.    Direct Evidence of Defendants' Conspiracy to Manage Slaughter Volumes.

95.    **Answer:** The Tyson Defendants specifically deny the conspiracy to manage slaughter volumes alleged in the Complaint. To the extent the allegations in this paragraph rely on conversations between third parties, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

96.    **Answer:** The Tyson Defendants specifically deny the agreement to periodically reduce purchase and slaughter volumes alleged in the Complaint. To the extent the allegations in this paragraph rely on conversations between third parties, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

97.    **Answer:** The Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

98.    **Answer:** The Tyson Defendants specifically deny the collusive purchase and slaughter reduction agreement alleged in the Complaint.  To the extent the allegations in this paragraph rely on conversations between third parties, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

99.    **Answer:** The Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

100.    **Answer:** The Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

101.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. The Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

102.    **Answer:** To the extent the allegations in this paragraph rely on conversations between third parties, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

**II.    Mr. Hooker was Well Positioned to Know About Defendants' Unlawful Agreement.**

103.    **Answer:** The Tyson Defendants admit that James Hooker was a former production supervisor at Tyson Fresh Meats, Inc.'s Amarillo, Texas, slaughter plant. The Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and, therefore, deny these allegations.

104.    **Answer:** The Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

105.    **Answer:** The Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

106.    **Answer:** The Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

107.    **Answer:** The Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

108.    **Answer:** The Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

109.    **Answer:** The Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

110.    **Answer:** To the extent the allegations in this paragraph rely on conversations between third parties, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

### III.    Witness 1 Learns of Defendants' Unlawful Agreement.

111.    **Answer:** The Tyson Defendants specifically deny the agreement alleged in the Complaint. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties or their statements to others, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

112.    **Answer:** To the extent the allegations in this paragraph rely on conversations between third parties, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

113.    **Answer:** To the extent the allegations in this paragraph rely on conversations between third parties, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

114.    **Answer:** The Tyson Defendants specifically deny the agreement alleged in the Complaint. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties or their statements to others, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, deny these allegations.

115.    **Answer:** The Tyson Defendants specifically deny the agreement alleged in the Complaint. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties or their statements to others, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

116.    **Answer:** The Tyson Defendants specifically deny the agreement alleged in the Complaint. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties or their statements to others, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, deny these allegations.

117.    **Answer:** The Tyson Defendants specifically deny the coordination and agreement regarding slaughter and processing capacity alleged in the Complaint. To the extent the allegations in this paragraph rely on conversations between third parties, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and

32

allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

**IV.    The Available Data Corroborates Witness 1's Account.**

118.    **Answer:** The Tyson Defendants admit that Tyson Fresh Meats, Inc. made decisions about its own slaughter volumes based on various supply and demand conditions, including the supply and price of fed cattle. To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

119.    **Answer:** The Tyson Defendants specifically deny the conspiracy and collective action alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

120.    **Answer:** The Tyson Defendants specifically deny the allegations of joint slaughter management and agreement alleged in the Complaint. To the extent this paragraph characterizes

33

or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

121.    **Answer:** The Tyson Defendants specifically deny the allegations of joint slaughter management and conspiracy alleged in the Complaint. To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

122.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants

34

lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations.

123.    **Answer:** The Tyson Defendants specifically deny the agreement alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

124.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations.

125.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent that the allegations rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the

Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations.

126. **Answer:** The Tyson Defendants specifically deny the conspiracy and collusion alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent that the allegations rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations.

127. **Answer:** The Tyson Defendants specifically deny the collective strategy alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

128. **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent that the allegations in the paragraph rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations.

129. **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including

36

unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent that the allegations rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations.

130.    **Answer:** The Tyson Defendants specifically deny the allegations of a collective agreement and managing collective demand in the Complaint. The Tyson Defendants admit that Tyson Fresh Meats, Inc. increased slaughter levels during the alleged relevant period. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent the allegations rely on underlying data, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith.

## V.    Defendants Slash Production in 2015.

131.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. As to the data cited in this paragraph, the Tyson Defendants lack sufficient information and knowledge to admit or deny their accuracy. This paragraph contains Plaintiff's

characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

132.    **Answer:** As to the data cited in this paragraph, the Tyson Defendants lack sufficient information and knowledge to admit or deny their accuracy. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

133.    **Answer:** To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. To the extent that the allegations in this paragraph rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

134.    **Answer:** To the extent this paragraph characterizes or describes documents or other sources attributed to Tyson Foods, Inc., the Tyson Defendants note that such sources speak for

themselves and deny any characterization or description that is inconsistent therewith. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations.

135.   **Answer:** To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

136.   **Answer:** To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. To the extent that the allegations in this paragraph rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

137.   **Answer:** To the extent this paragraph characterizes or describes documents or other sources attributed to Tyson Foods, Inc., the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this

action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations.

138.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. As to the cites or quotes from industry publications or articles, the Tyson Defendants lack sufficient information and knowledge to admit or deny the accuracy of any data or sources used to support the statements and opinions therein, and therefore deny these allegations.

## VI.    Defendants Continued to Artificially Limit Supply During 2016.

139.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. As to the cites or quotes from industry publications or articles, the Tyson Defendants lack sufficient information and knowledge to admit or deny the accuracy of any data or sources used to support the statements and opinions therein, and therefore deny these allegations.

140.    **Answer:** To the extent that Plaintiff's estimates of quarterly slaughter volumes rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the

Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations.

141.    **Answer:** The Tyson Defendants specifically deny the allegations of conspiracy in the Complaint.  This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent that Plaintiff's margin estimates rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations. As to the cites or quotes from industry publications or articles, the Tyson Defendants lack sufficient information and knowledge to admit or deny the accuracy of any data or sources used to support the statements and opinions therein, and therefore deny these allegations.

142.    **Answer:** To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

143.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by

expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent that Plaintiff's estimates of quarterly slaughter volumes rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations.

144.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent that Plaintiff's analysis of margin estimates relies on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

**VII.    After Historic Cuts, Operating Defendants Continued to Restrain Processing, Resulting in Higher Beef Prices in 2017 and 2018.**

145.    **Answer:** The Tyson Defendants specifically deny the collusion and conspiracy alleged in this Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent that Plaintiff's estimated slaughter volumes rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations.

To the extent this paragraph includes cash cattle prices, the Tyson Defendants note that the cited sources speak for themselves and deny any characterization or description that is inconsistent therewith.

146.    **Answer:** The Tyson Defendants specifically deny the anti-competitive collusion and conspiracy alleged in this Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent that Plaintiff's margin estimates rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations.

147.    **Answer:** The Tyson Defendants specifically deny the anticompetitive scheme alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent that Plaintiff's allegations rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations. As to the cites or quotes from industry publications or articles, the Tyson Defendants lack sufficient information and knowledge to admit or deny the accuracy of any data or sources used to support the statements and opinions therein, and therefore deny these allegations.

148.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including

43

unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent that Plaintiff's allegations rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations. As to the cites or quotes from industry publications or articles, the Tyson Defendants lack sufficient information and knowledge to admit or deny the accuracy of any data or sources used to support the statements and opinions therein, and therefore deny these allegations.

149.    **Answer:** The Tyson Defendants specifically deny the allegations of a commitment to coordinate the available cattle alleged in this paragraph. To the extent that Plaintiff's estimates of Defendants' estimated slaughter volumes rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations.

## VIII.  In 2019 and 2020, Defendants Continued Parallel Slaughter, Which Was Against Their Independent Self-Interest.

150.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. As to the cites or quotes from industry publications or articles, the Tyson Defendants lack sufficient information and knowledge to admit or deny the accuracy of any data or sources used to support the statements and opinions therein, and therefore deny these allegations. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny

such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

151.    **Answer:** The Tyson Defendants specifically deny the conspiracy and allegations of working together to constrain cattle prices alleged in the Complaint. As to the cites or quotes from industry publications or articles, the Tyson Defendants lack sufficient information and knowledge to admit or deny the accuracy of any data or sources used to support the statements and opinions therein, and therefore deny these allegations. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

152.    **Answer:** The Tyson Defendants specifically deny the allegations of an adherence to a common pricing strategy alleged in the Complaint. As to the cites or quotes from industry publications or articles, the Tyson Defendants lack sufficient information and knowledge to admit or deny the accuracy of any data or sources used to support the statements and opinions therein, and therefore deny these allegations. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

153.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson

Defendants deny such characterizations and/or allegations. Regarding the cites or quotes from industry publications or articles, the Tyson Defendants lack sufficient information and knowledge to admit or deny the accuracy of any data or sources used to support the statements and opinions therein, and therefore deny the accompanying allegations.

154.   **Answer:** To the extent that Plaintiff's allegations in this paragraph rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations.

155.   **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint.  The Tyson Defendants admit that an accidental fire occurred at Tyson Fresh Meats, Inc.'s processing plant in Holcomb, Kansas on August 9, 2019; and (b) immediately thereafter, they announced that the plant would be rebuilt and would resume operations as quickly as possible. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. Regarding the cites or quotes from industry publications or articles, the Tyson Defendants lack sufficient information and knowledge to admit or deny the accuracy of any data or sources used to support the statements and opinions therein, and therefore deny the accompanying allegations.

156.   **Answer:** The Tyson Defendants specifically deny the allegations of collusively slashing fed cattle bids and increasing beef prices in the Complaint.  This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response

is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent that the data in this paragraph rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations. Regarding the cites or quotes from industry publications or articles, the Tyson Defendants lack sufficient information and knowledge to admit or deny the accuracy of any data or sources used to support the statements and opinions therein, and therefore deny the accompanying allegations.

157. **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent that the estimated per head margins in this paragraph rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations.

158. **Answer:** The Tyson Defendants admit that media reports following the fire reported that the Holcomb plant's daily capacity was approximately 6,000 head of cattle. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

159. **Answer:** The Tyson Defendants specifically deny conspiracy and coordinated decrease in production alleged in the Complaint. This paragraph otherwise contains Plaintiff's

characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

160.    **Answer:** The Tyson Defendants specifically deny the conspiracy and collusion alleged in this Complaint. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. Regarding the cites or quotes from industry publications or articles, the Tyson Defendants lack sufficient information and knowledge to admit or deny the accuracy of any data or sources used to support the statements and opinions therein, and therefore deny the accompanying allegations.

## IX.    Defendants Idled and Closed Plants and Refrained from Expanding Processing Capacity.

161.    **Answer:** The Tyson Defendants specifically deny the agreement and conspiracy alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

162.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. The Tyson Defendants admit that Tyson Fresh Meat, Inc.'s plant in Denison, Iowa was closed in August 2015. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient

48

to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

163.    **Answer:** The Tyson Defendants specifically deny the collusion and conspiracy alleged in the Complaint. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

164.    **Answer:** To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

## X.    Parallel Reductions in Cash Cattle Purchases and Anticompetitive Queuing Conventions.

165.    **Answer:** The Tyson Defendants admit that Tyson Fresh Meats, Inc. acquires some of its fed cattle through the cash cattle market and some of its fed cattle through alternative

marketing agreements such as formula and forward contracts, and that under those contracts a producer agrees to deliver fed cattle to Tyson Fresh Meats, Inc. at a future date. The Tyson Defendants admit that the descriptions of terms related to the fed cattle market in this paragraph are generally correct, but state that exact definitions and descriptions may vary and that some exceptions exist.   To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. Unless expressly admitted, the allegations in this paragraph are denied.

166.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint, and specifically deny the allegations of joint management of cash cattle purchases alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

167.    **Answer:** The Tyson Defendants deny the conspiracy alleged in the Complaint. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

168.    **Answer:** This paragraph purports to describe the alleged queuing convention and how it worked in practice, to which no response is required. To the extent a response is required, the Tyson Defendants deny the Complaint's allegations that Tyson Foods agreed with other Defendants to impose the queuing convention upon producers.

169.    **Answer:** The Tyson Defendants specifically deny the allegations of a collective boycott in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

170.    **Answer:** The Tyson Defendants admit that Tyson Fresh Meats, Inc. employed Brian Alsup as a Cattle Buyer during the time period Witness 2 was allegedly working at Carrizo Feeders (2012 to 2015). To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

171.    **Answer:** The Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations.

172.    **Answer:** The Tyson Defendants specifically deny the collective action and anticompetitive conduct alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a

response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

## ADDITIONAL PLUS FACTORS EVIDENCE THE REASONABLE INFERENCE OF DEFENDANTS' CONSPIRACY

173.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

## XI.    The Beef Market Is Highly Concentrated.

174.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

175.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

176.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

177.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. To the extent that the allegations rely on underlying data and Plaintiff's own assumptions and estimates, the Tyson Defendants lack knowledge or information to confirm and therefore deny these allegations. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

## XII.    The U.S. Beef Market Has High Barriers to Entry.

178.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

179.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

180.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

181.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. Regarding the cites or quotes from industry publications or articles, the Tyson Defendants lack sufficient information and knowledge to admit or deny the accuracy of any data or sources used to support the statements and opinions therein, and therefore deny the accompanying allegations.

## XIII.    Beef is a Commodity Product.

182.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

183.    **Answer:** The Tyson Defendants admit that the USDA posts daily beef prices, and that cattle options and futures are traded on the Chicago Mercantile Exchange. The Tyson Defendants deny that all the beef produced by Tyson Fresh Meats, Inc. is a commodity product. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson

Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

184. **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

185. **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

## XIV.   The Demand for Beef Is Inelastic.

186. **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

187. **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

188. **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by

expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

189.    **Answer:** To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

190.    **Answer:** To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

## XV.    Defendants Took Advantage of Multiple Opportunities to Collude.

191.    **Answer:** To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

192.    **Answer:** The Tyson Defendants admit: (a) some of their executives have participated in National Cattlemen's Beef Association events and the NCBA's Product Council in the past; and (b) Kevin Hueser was either an officer or board member or formally designated participant of the NCBA during at least part of the alleged Conspiracy Period. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

193.    **Answer:** The Tyson Defendants admit that Tyson Foods, Inc. was a member of the USMEF during at least part of the alleged Conspiracy Period.  To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

194.    **Answer:** The Tyson Defendants admit that Roel Andriessen and Robert Shuey were participants and held positions with the USMEF during at least part of the alleged Conspiracy Period, and that Roel Andriessen attended the USMEF Strategic Planning Conference in Tucson, Arizona, in November 2017. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.  The Tyson Defendants otherwise deny the allegations in this paragraph.

195.    **Answer:** The Tyson Defendants admit that Tyson Foods, Inc. is currently a member of the Global and U.S. Roundtables for Sustainable Beef, and that some of their executives have participated in Global and U.S. Roundtables for Sustainable Beef annual meetings in the past. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

196.    **Answer:** The Tyson Defendants admit: (a) some of their executives have participated in North American Meat Institute events in the past; and (b) Noel White and Thomas Hayes served on the NAMI executive committee during the alleged Conspiracy Period. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

197.    **Answer:** The Tyson Defendants admit: (a) some of their executives have attended the annual Meat Conference in the past; and (b) Don Kieffer attended the Conference in 2017. To the extent the allegations in this paragraph rely on documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

198.    **Answer:** The Tyson Defendants admit that Don Kieffer attended the Meat Conference in 2018. To the extent the allegations in this paragraph rely on documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

199.    **Answer:** To the extent the allegations in this paragraph rely on documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

200.    **Answer:** To the extent the allegations in this paragraph rely on documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

201.    **Answer:** To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

202.    **Answer:** The Tyson Defendants admit: (a) some of their executives have attended the annual Meat Conference in the past; and (b) Donnie Smith is listed as a registered attendee in 2012. To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

203.    **Answer:** The Tyson Defendants admit that Kevin Hueser, Randall Chambers, and John Gerber attended AgCon in 2018. To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

204. **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. The Tyson Defendants admit that Tyson Foods, Inc. sold its Brazilian and Mexican chicken operations to JBS S.A. in 2014 and 2015 and that executives of Tyson Foods, Inc. were involved in discussions about those transactions. To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants not that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

205. **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

**XVI. Defendants Exacerbated Their Supply Restraints by Reducing Imports.**

206. **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

207.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

208.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

**XVII.  Defendants' Market Share Stability is Indicative of a Conspiracy.**

209.    **Answer:** The Tyson Defendants specifically deny the anticompetitive behavior alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

210.    **Answer:** The Tyson Defendants specifically deny the conspiracy and cartel alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert

testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

211.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

212.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. To the extent the allegations in this paragraph relate to the other Defendants and/or third parties to this action, the Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny these allegations. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

213.    **Answer:** The Tyson Defendants specifically deny the conspiracy and collusion alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

214.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterizations of their claims,

including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

**XVIII.  Defendants Implemented Production Cuts Despite Surging Beef Demand.**

215.    **Answer:** The Tyson Defendants specifically deny the joint slaughter management and collective restraint alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

216.    **Answer:** The Tyson Defendants specifically deny the conspiracy and collusion alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

**THE BEEF INDUSTRY FACES GOVERNMENT INQUIRIES AND INVESTIGATIONS**

217.    **Answer:** To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. The Tyson Defendants lack

knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, deny these allegations.

218.    **Answer:** To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

219.    **Answer:** To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

220.    **Answer:** To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

221.    **Answer:** To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

222.    **Answer:** To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any

characterization or description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

223.    **Answer:** To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

224.    **Answer:** To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith.  The Tyson Defendants otherwise deny the allegations in this paragraph.

225.    **Answer:** To the extent this paragraph characterizes or describes documents or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterization or description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

## ANTITRUST INJURY

226.    **Answer:** The Tyson Defendants specifically deny the collusion alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

227.    **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

228.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

229.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. To the extent this paragraph characterizes or cites to USDA data or other sources, the Tyson Defendants note that such sources speak for themselves and deny any characterizations or description that is inconsistent therewith. The Tyson Defendants otherwise deny the allegations in this paragraph.

230.    **Answer:** The Tyson Defendants specifically deny the conspiracy and collusion alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

231.  **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

232.  **Answer:** This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

233.  **Answer:** The Tyson Defendants deny the allegations of concerted manipulation of slaughter capacity and processing volume in the Complaint. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

234.  **Answer:** The Tyson Defendants deny the conspiracy and collusion alleged in the Complaint and otherwise deny the allegations in this paragraph. This paragraph otherwise contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

235.    **Answer:** The Tyson Defendants deny the conspiracy and anticompetitive conduct alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

236.    **Answer:** The Tyson Defendants deny the conspiracy and the anticompetitive and illegal conduct alleged in the Complaint. This paragraph contains Plaintiff's characterizations of their claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations. The Tyson Defendants otherwise deny the allegations in this paragraph.

## DEFENDANTS FRAUDULENTLY CONCEALED THEIR CONSPIRACY

**I.      Defendants Concealed Their Conspiracy from Giant Eagle.**

237.    **Answer:** The Tyson Defendants specifically deny the conspiracy and fraudulent concealment alleged in the Complaint. This paragraph contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

238.    **Answer:** The Tyson Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff and, therefore, deny these allegations.

239.   **Answer:** The Tyson Defendants specifically deny the conspiracy and fraudulent concealment alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

240.   **Answer:** The Tyson Defendants specifically deny the conspiracy and fraudulent concealment alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

241.   **Answer:** The Tyson Defendants specifically deny the conspiracy and fraudulent concealment alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

242.   **Answer:** The Tyson Defendants specifically deny the conspiracy and fraudulent concealment alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

243.   **Answer:** The Tyson Defendants specifically deny the conspiracy and fraudulent concealment alleged in the Complaint. This paragraph otherwise contains Plaintiff's

characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

244.    **Answer:** The Tyson Defendants specifically deny the conspiracy and fraudulent concealment alleged in the Complaint. This paragraph contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

245.    **Answer:** The Tyson Defendants specifically deny the conspiracy and fraudulent concealment alleged in the Complaint. This paragraph contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

246.    **Answer:** The Tyson Defendants specifically deny the conspiracy and fraudulent concealment alleged in the Complaint. This paragraph contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

247.    **Answer:** The Tyson Defendants specifically deny conspiracy and fraudulent concealment alleged in the Complaint. This paragraph contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is

required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

## DEFENDANTS ENGAGED IN CONTINUING VIOLATIONS

248. **Answer:** The Tyson Defendants specifically deny the conspiracy and anticompetitive conduct alleged in the Complaint. This paragraph contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions. The Tyson Defendants otherwise deny the allegations in this paragraph.

**I.    Defendants Renewed their Conspiracy with New and Independent Acts.**

249. **Answer:** The Tyson Defendants specifically deny the conspiracy and continuing violations alleged in the Complaint. This paragraph contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions.

250. **Answer:** The Tyson Defendants specifically deny the conspiratorial conduct, price-fixing agreement, and misrepresentations alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions.

251. **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions.

252. **Answer:** The Tyson Defendants specifically deny the agreement alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions.

## II. Defendants Inflicted New and Accumulating Injury on Giant Eagle.

253. **Answer:** The Tyson Defendants admit that Tyson Fresh Meats, Inc. sold beef as defined in the Complaint directly to Giant Eagle. The Tyson Defendants specifically deny the collusive agreement alleged in the Complaint. This paragraph contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions.

254. **Answer:** The Tyson Defendants admit that Tyson Fresh Meats, Inc. sold beef as defined in the Complaint directly to Giant Eagle. The Tyson Defendants specifically deny the conspiracy and illegal agreements alleged in the Complaint. This paragraph contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions.

255. **Answer:** The Tyson Defendants specifically deny the conspiracy and price-fixing agreement alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions.

256. **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph otherwise contains Plaintiff's characterization of their claims and/or

legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions.

257.    **Answer:** The Tyson Defendants specifically deny the conspiracy alleged in the Complaint. This paragraph contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions.

258.    **Answer:** This paragraph contains Plaintiff's characterizations of its claims, including unfounded speculation and conclusory statements, and allegations subject to proof by expert testimony, to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations.

259.    **Answer:** This paragraph contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or conclusions.

## CLAIMS AND CAUSES OF ACTION

## COUNT 1: VIOLATION OF SECTION 1 OF THE SHERMAN ACT

## 15 U.S.C. § 1

## (AGAINST ALL DEFENDANTS)

260.    **Answer:** The Tyson Defendants incorporate by reference their answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this paragraph.

261.    **Answer:** The Tyson Defendants deny the allegations in this paragraph.

262.    **Answer:** The Tyson Defendants deny the allegations in this paragraph.

263.    **Answer:** The Tyson Defendants deny the allegations in this paragraph.

264.    **Answer:** The Tyson Defendants deny the allegations in this paragraph.

265.    **Answer:** The Tyson Defendants deny the allegations in this paragraph.

266.    **Answer:** The Tyson Defendants deny the allegations in this paragraph.

267.    **Answer:** The Tyson Defendants deny the allegations in this paragraph.

## COUNT II: VIOLATION OF THE PACKERS AND STOCKYARD ACT
## (UNDERLINE)(AGAINST ALL DEFENDANTS)

268.    **Answer:** The Tyson Defendants incorporate by reference their answers to each preceding and succeeding paragraph, as if fully set forth herein in response to this paragraph.

269.    **Answer:** This paragraph contains Plaintiff's characterization of their claims and/or legal conclusions to which no response is required. To the extent a response is required, the Tyson Defendants deny such characterizations and/or allegations**.**

270.    **Answer:** The Tyson Defendants deny the allegations in this paragraph.

271.    **Answer:** To the extent this paragraph quotes from the 7 U.S.C. § 192, the Tyson Defendants note that this source speaks for itself and deny any characterization or description that is inconsistent therewith.

272.    **Answer:** To the extent this paragraph quotes from the 9 C.F.R. § 201.69, the Tyson Defendants note that this source speaks for itself and deny any characterization or description that is inconsistent therewith.

273.    **Answer:** To the extent this paragraph quotes from the 9 C.F.R. § 201.70, the Tyson Defendants note that this source speaks for itself and deny any characterization or description that is inconsistent therewith.

274.    **Answer:** The Tyson Defendants deny the allegations in this paragraph.

275.    **Answer:** The Tyson Defendants deny the allegations in this paragraph.

276.    **Answer:** The Tyson Defendants deny the allegations in this paragraph.

277.    **Answer:** The Tyson Defendants deny the allegations in this paragraph.

278.    **Answer:** To the extent this paragraph cites to 7 U.S.C. § 209, the Tyson Defendants note that this source speaks for itself and deny any characterization or description that is inconsistent therewith.

279.    **Answer:** The Tyson Defendants deny the allegations in this paragraph.

## RELIEF REQUESTED

**Answer**: The Tyson Defendants deny that Plaintiff is entitled to any relief and request that the Court find for Defendants on all claims.

## JURY TRIAL DEMANDED

**Answer**: This paragraph does not contain any factual assertions to which a response is required. To the extent a response is required, pursuant to Federal Rule of Civil Procedure 38 the Tyson Defendants also demand a jury trial on all claims so triable.

## AFFIRMATIVE DEFENSES

The Tyson Defendants assert the following defenses in response to Plaintiff's claims, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein. The Tyson Defendants incorporate by reference the statements, admissions, and denials contained in their Answer, and reserve the right to amend this Answer and to assert other defenses as this action proceeds.

1.      The Complaint fails to state a claim upon which relief can be granted. The Tyson Defendants adopt and incorporate by reference all arguments that they raised in the Defendants' joint motion to dismiss, and the Tyson Defendants' individual motion to dismiss. To the extent that the Court's rulings have limited or foreclosed any of these defenses, the Tyson Defendants continue to plead the defenses to preserve them for appeal.

2.      Plaintiff's claims against the Tyson Defendants are barred, in whole or in part, because the Complaint fails to allege how the Tyson Defendants engaged in anticompetitive activity in furtherance of the alleged conspiracy.

3.      Plaintiff's claim is barred, in whole or in part, by the four-year statute of limitations for Sherman Act claims (15 U.S.C. § 15b).

4.      To the extent Plaintiff claims that the Tyson Defendants fraudulently concealed any actions, Plaintiff has failed to allege this fraud with particularity under Federal Rule of Civil Procedure 9(b) and has failed to adequately allege that it exercised sufficient due diligence to uncover facts in support of their claims.

5.      Plaintiff lacks standing, including antitrust standing, to bring their claims.

6.      Plaintiff lacks standing to bring a claim under the Packers & Stockyards Act because Plaintiff has not suffered any alleged injury caused by the Tyson Defendants' purchase, sale or handling of livestock.

7.      Plaintiff's claims are barred, in whole or in part, because the alleged injuries and damages, if any, resulted from an intervening or superseding cause. Those intervening and/or superseding causes include, but are not limited to, the conduct of other market participants in the market over which the Tyson Defendants had no control, and/or events beyond the Tyson Defendants' control such as global pandemics, weather, and changes in applicable laws and regulations.

8.      Plaintiff's claims are barred to the extent the claim or the relief sought are moot.

9.      Plaintiff's claims are barred in whole or in part to the extent Plaintiff seeks to impose liability on the Tyson Defendants based on the exercise of any person or entity's right to petition federal, state, and local legislative bodies, as such conduct is permissible under the Noerr-Pennington doctrine and privileged under the First Amendment to the United States Constitution.

10.     Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, estoppel, laches, unclean hands, and other equitable defenses.

11.     Plaintiff's claims are barred, in whole or in part, under the doctrines of collateral estoppel and/or res judicata to the extent that courts have upheld the Defendants' conduct alleged in the Complaint.

12.     Plaintiff's claims and/or entitlement to damages are barred, in whole or in part, because the damages they seek are too speculative, remote, or difficult to ascertain.

13.     Plaintiff did not suffer injury and was not damaged based on any acts alleged in the Complaint that were purportedly traceable to the Tyson Defendants.

14.     Plaintiff's claims and/or entitlement to damages are barred, in whole or in part, because they have failed to mitigate, prevent, or avoid their alleged damages, if any.

15.     Plaintiff's claims are barred, in whole or in part, to the extent they seek improper multiple damage awards, and damage awards duplicative of those sought in other actions, in violation of the Due Process guarantees of the Fifth and Fourteenth Amendments of the United States Constitution.

16.     Plaintiff's claims and/or entitlement to damages are barred, in whole or in part, by non-settling Defendants' right to offset, including any amount paid to Plaintiff by any Defendants that may settle Plaintiff's claims in the action.

17.     Plaintiff's claims against the Tyson Defendants for damages is barred, in whole or in part, because Plaintiff would be unjustly enriched if allowed to recover any portion of the damages alleged in the Complaint. Plaintiff's damages, if any, must therefore be offset against any benefits received.

18.     The Tyson Defendants had independent, legitimate, and self-interested business and economic justifications for their conduct, and they acted unilaterally.

19.     Plaintiff's claims are barred, in whole or in part, to the extent the contracts pursuant to which Plaintiff purchased beef products contain valid and enforceable clauses waiving and agreeing not to pursue litigation against the Tyson Defendants.

20.     Plaintiff's claims are barred, in whole or in part, to the extent the contracts pursuant to which Plaintiff purchased beef products contain valid and enforceable arbitration clauses or other terms requiring alternative dispute resolution processes.

21.     Plaintiff's claims are barred, in whole or in part, because the Tyson Defendants' actions were authorized or permitted under federal law.

22.     Plaintiff is not entitled to injunctive or other equitable relief because to the extent Plaintiff could prove its claims (which the Tyson Defendants dispute), Plaintiff has an adequate remedy at law and any injunctive relief would be improper.

23.     Plaintiff's claims are barred, in whole or in part, to the extent the contracts pursuant to which Plaintiff purchased beef contain valid and enforceable clauses waiving and agreeing not to pursue litigation against one or both of the Tyson Defendants.

24.     Plaintiff's claims are barred, in whole or in part, to the extent the contracts pursuant to which Plaintiff purchased beef contain valid and enforceable arbitration clauses or other terms requiring alternative dispute resolution processes.

25.     The Tyson Defendants adopt and incorporate by reference any and all other defenses asserted by any other Defendant to the extent that the defense applies to them.

DATED this 1st day of September, 2022.

/s/ David P. Graham
David P. Graham, Reg. No. 0185462
**DYKEMA GOSSETT, PLLC**
4000 Wells Fargo Center 90
South 7th Street
Minneapolis, MN 55402
(612) 486-1521
dgraham@dykema.com

/s/ Jon B. Jacobs (pro hac vice)
Jon B. Jacobs (pro hac vice)
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, DC 20005
(202) 654-1758
jbjacobs@perkinscoie.com

/s/ Ulrike B. Connelly (pro hac vice)
Susan E. Foster (pro hac vice)
Ulrike B. Connelly (pro hac vice)
Tiffany L. Lee (pro hac vice)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-8846
sfoster@perkinscoie.com
uconnelly@perkinscoie.com
tiffanylee@perkinscoie.com

*Counsel for Defendants Tyson Foods, Inc. and
Tyson Fresh Meats, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system on this the 1st day of September, 2022.

*/s/ Ulrike B. Connelly (pro hac vice)*