

Holley C. M. Horrell
612-373-8394 *direct*
hhorrell@greeneespel.com

October 7, 2022

**VIA ECF**

Hon. John R. Tunheim
U.S. District Court for the District of Minnesota
Diana E. Murphy United States Courthouse
300 South Fourth Street, Courtroom 14E
Minneapolis, MN  55415

Hon. John F. Docherty
U.S. District Court for the District of Minnesota
Warren E. Burger Federal Building
316 North Robert Street, Courtroom 6A
St. Paul, MN  55101

Re:   *In re Cattle and Beef Antitrust Litigation*, Case No. 22-md-3031
This Document Relates to: All Actions

Dear Judge Tunheim and Judge Docherty:

I write on behalf of Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation (collectively herein, "Cargill") in the above-referenced case. We appreciate the opportunity to appear before Your Honors at an initial case management conference in this consolidated action. Cargill's lead counsel has an unavoidable conflict and is unable to attend the conference as scheduled on October 14, 2022.

Although the other Defendants are able to attend on that date, in light of Cargill's lead counsel's scheduling conflict, Defendants jointly and respectfully request that the Court reset the conference at the next available opportunity for Your Honors. If the Court would be willing to provide two options, the parties could confer to determine, of the options, the date and time that works best for all counsel.

Sincerely,

s/ Holley C. M. Horrell

Holley C. M. Horrell

HCMH/jo