**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION | Case No. 22-md-3031 (JRT/JFD) |
| | **ORDER** |
| This Document Relates To: ALL CASES | |

---

The Court conducted a case management conference on October 18, 2022. One matter that was discussed was the entry of a comprehensive, amended pretrial scheduling order. The undersigned United States Magistrate Judge advised the parties that a written order setting a 21-day deadline for the Direct Action Plaintiffs (DAPs) to seek modifications from the existing pretrial scheduling orders (Dkt. Nos. 571, 628) would follow. This is that order.

The initial pretrial scheduling order was entered earlier in this case as Docket No. 571, as modified by Docket No. 628 (both in Case No. 20-cv-1319) (hereinafter referred to, as modified, as "Initial Pretrial Scheduling Order"). The Initial Pretrial Scheduling Order shall be the template upon which the comprehensive, amended pretrial scheduling order will be based. On or before November 8, 2022, Direct Action Plaintiffs may file specific requests for narrowly tailored modifications to the Initial Pretrial Scheduling Order for the Court's consideration. Direct Action Plaintiffs should make these requests as narrow as possible and provide detailed justification for any requested modifications. Direct Action Plaintiffs are reminded that this will result in a comprehensive, amended pretrial scheduling order for the entire MDL, not just their cases, and that therefore the Court will be reluctant to make modifications for the benefit of late-joining plaintiffs that burden

existing parties. Direct Action Plaintiffs who join after the date of this Order will not have the benefit of a 21-day comment period on the pretrial scheduling order. The comprehensive, amended pretrial scheduling order, when entered, will apply to existing Direct Action Plaintiffs and will apply to later-joining Direct Action Plaintiffs once they join this MDL.

On or before November 22, 2022, other parties—Defendants and Class Plaintiffs — may respond in writing to any amendments requested by Direct Action Plaintiffs. The Court will then consider the written submissions and enter a comprehensive, amended pretrial scheduling order in this MDL.

Accordingly, **IT IS HEREBY ORDERED** that:

1. On or before November 8, 2022, Direct Action Plaintiffs may file specific, narrowly tailored, written requests for modifications to the Initial Pretrial Scheduling Order; and

2. On or before November 22, 2022, Defendants and Class Plaintiffs may file written responses to any requests that are filed pursuant to this Order seeking modification to the Initial Pretrial Scheduling Order.

Date: October 19, 2022

_s/ John F. Docherty_
JOHN F. DOCHERTY
United States Magistrate Judge

2