# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

In Re: Cattle and Beef Antitrust

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

John F. Docherty
Magistrate Judge

| | |
|---|---|
| Case No: | 22-3031 JRT/JFD |
| Date: | October 18, 2022 |
| Deputy: | Heather Arent |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 1:39 PM |
| Time Concluded: | 2:15 PM |
| Time in Court: | 36 Minutes |

Hearing on: Status Conference

### I. Master Consolidated Complaint

The Direct Action Plaintiffs and the Defendants presented arguments for an against requiring a master consolidated complaint to be filed on behalf of all Direct Action Plaintiffs.

The Court will take the issue under advisement and issue an order accordingly.

### II. Leadership Structure

The Court indicated that it will not require additional leadership to represent the Defendants. The Court intends to appoint Philip Iovieno as Liaison Counsel for the Direct Action Plaintiffs.

The Court has asked each Class to submit the name of one attorney to represent the Class. This submission should be made via filing a letter. The representatives from each Class will serve a primarily administrative function of meeting with the other representatives and ensuring the parties' meet deadlines. Other attorneys are permitted to argue motions and otherwise assist on the cases. The Court has encouraged each Class to consider diversity when making nominations.

### III. Pretrial Scheduling Order

The parties presented arguments for different lengths of time by which to extend the existing Pretrial Scheduling Order. The Court will take those arguments under advisement to determine if it should retain the existing discovery deadlines or extend them. Magistrate Judge Docherty will work on an updated Pretrial Scheduling Order that will put all parties on the same schedule.

The Court also indicated that Direct Action Plaintiffs will be bound to the existing Pretrial Scheduling Order and all other related discovery orders. The Direct Action Plaintiffs may seek modification to these orders, but must do so within the next 21 days.

### IV. Future Status Conference

The Court indicated that monthly status conferences will occur, typically in the middle of the month and via Zoom. The parties should submit a joint agenda at least three days prior to each status conference. Both Judge Tunheim and Judge Docherty will attend these future status conferences. The November status conference will occur on **November 17, 2022 at 11:30 a.m.**

### V. Discovery Stay

The Court indicated that the discovery stay mentioned in Pretrial Order No. 1 was not intended to be a full stop on document sharing. The parties should continue negotiations and trading documents, but should refrain from adjudicating discovery disputes until the Court issues an order regarding the Pretrial Scheduling Order.

s/Heather Arent  
Courtroom Deputy Clerk