

**MINNESOTA OFFICE**
CANADIAN PACIFIC PLAZA
120 S. 6TH ST., STE 2600
MINNEAPOLIS, MN 55402

**CALIFORNIA OFFICE**
600 W. BROADWAY
SUITE 3300
SAN DIEGO, CA 92101

**MICHELLE J. LOOBY**
mlooby@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

October 26, 2022

<u>VIA CM/ECF</u>
Hon. John R. Tunheim
U.S. District Court, District of Minnesota
Diana E. Murphy U.S. Courthouse
300 South Fourth Street, Courtroom 14E
Minneapolis, MN 55415

      **RE:** *In re: Cattle and Beef Antitrust Litigation*, Case No. 0:22-md-3031 (JRT/JFD)
           **This Document Relates To: All Actions**

Dear Judge Tunheim:

      Pursuant to the Court's Minute Entry (ECF No. 49) and request at the October 18, 2022, Case Management Conference, I write to inform the Court that Co-Lead Counsel for the Direct Purchaser Plaintiffs ("DPPs") propose that I, Michelle Looby, serve as Liaison Counsel for the DPPs. I am a partner at Gustafson Gluek PLLC, one of the four firms appointed by the Court to serve as Co-Lead Counsel for the DPPs. *See* Order Granting Pls.' Mot. for Appointment of Interim Co-Lead Counsel for the Proposed Direct Purchaser Class, Case No. 20-cv-1602, ECF No. 71. I am co-chair of Gustafson Gluek's antitrust practice group and have served in leadership roles in several class actions. Additional information regarding my qualifications and experience are included in the memorandum filed in support of DPPs' Motion for Appointment of Interim Co-Lead Counsel (ECF No. 58 at 7-10), as well as the Gustafson Gluek firm resume submitted in support of the same (ECF No. 59).

                                          Respectfully,

                                          GUSTAFSON GLUEK PLLC

                                          <u>*/s/ Michelle J. Looby*</u>

                                          Michelle J. Looby (#0388166)
                                          Daniel E. Gustafson (#202241)

Hon. John R. Tunheim
Page 2
October 26, 2022

        Daniel C. Hedlund (#258337)
        Joshua J. Rissman (#0391500)
        Anthony J. Stauber (#0401093)
        Canadian Pacific Plaza
        120 So. 6th St., Ste. 2600
        Minneapolis, MN 55402
        Tel: (612) 333-8844
        Fax: (612) 339-6622
        mlooby@gustafsongluek.com
        dgustafson@gustafsongluek.com
        dhedlund@gustafsongluek.com
        jrissman@gustafsongluek.com
        tstauber@gustafsongluek.com

        Dennis J. Stewart (*admitted pro hac vice*)
        **GUSTAFSON GLUEK PLLC**
        600 W. Broadway, Ste. 3300
        San Diego, CA 92101
        Tel: 612-333-8844
        Fax: 612-339-6622
        dstewart@gustafsongluek.com

        Adam J. Zapala (*admitted pro hac vice*)
        Elizabeth T. Castillo (*admitted pro hac vice*)
        James G. Dallal (*admitted pro hac vice*)
        **COTCHETT, PITRE & MCCARTHY, LLP**
        840 Malcolm Road, Suite 200
        Burlingame, CA 94010
        Tel: 650-697-6000
        Fax: 650-697-0577
        azapala@cpmlegal.com
        ecastillo@cpmlegal.com
        jdallal@cpmlegal.com

        Alexander E. Barnett (*admitted pro hac vice*)
        **COTCHETT, PITRE & MCCARTHY, LLP**
        40 Worth Street, Suite 602
        New York, NY 10013
        Tel: 212-201-6820
        Fax: 917-398-7753
        abarnett@cpmlegal.com

Hon. John R. Tunheim
Page 3
October 26, 2022

        Jason S. Hartley (*admitted pro hac vice*)
        Jason M. Lindner (*admitted pro hac vice*)
        Fatima G. Brizuela (*admitted pro hac vice*)
        **HARTLEY LLP**
        101 W. Broadway, Suite 820
        San Diego, CA 92101
        Tel: (619) 400-5822
        hartley@hartleyllp.com
        lindner@hartleyllp.com
        brizuela@hartleyllp.com

        Megan E. Jones (*admitted pro hac vice*)
        **HAUSFELD LLP**
        600 Montgomery Street, Suite 3200
        San Francisco, CA 94111
        Tel: 415-633-1908
        mjones@hausfeld.com

        Timothy S. Kearns (*admitted pro hac vice*)
        **HAUSFELD LLP**
        888 16th St. NW, Suite 300
        Washington, DC 20006
        Tel: 202-540-7200
        tkearns@hausfeld.com

        ***Interim Co-Lead Counsel for the Proposed Direct Purchaser Plaintiffs***

MJL/jlh