# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To: ALL CASES | Case No. 22-md-03031 (JRT/JFD) |

## ORDER TO MODIFY SCHEDULING ORDER

Pursuant to the Joint Stipulation to Modify Scheduling Order, filed by the Parties [Dkt. 67], **IT IS HEREBY ORDERED THAT**:

1. The case schedule is modified as follows:

| **Event** | **Prior Deadline** | **New Deadline** |
|---|---|---|
| Conclude meet and confers and file motion practice over search terms, if any | November 7, 2022 | November 23, 2022 |
| Direct Action Plaintiffs to file specific, narrowly tailored requests for modifications to the Initial Pretrial Scheduling Order (if any) | November 8, 2022 | November 23, 2022 |
| November Case Management Conference (by Zoom) | November 17, 2022 at 11:30 a.m. | No change |
| Opposition brief to motion practice over search terms, if any | N/A | December 13, 2022 |
| Defendants and Class Plaintiffs file responses to any requests that are filed pursuant to this Order seeking | November 22, 2022 | December 16, 2022 |

| modification to the Initial Pretrial Scheduling Order | | |
|---|---|---|
| December Case Management Conference (by Zoom) | N/A | December 19-22 (at Court's convenience) |

**IT IS SO ORDERED.**

Dated: November 8, 2022                    *s/ John F. Docherty*
                                           JOHN F. DOCHERTY
                                           United States Magistrate Judge