

4725 Wisconsin Ave, NW
Suite 200
Washington, DC 20016
Tel: (202) 789-3960
Fax: (202) 789-1813
www.cuneolaw.com

Blaine Finley
bfinley@cuneolaw.com
Admitted in: NY, NJ, DC

November 15, 2022

**BY CM/ECF**

| | |
|---|---|
| Hon. John R. Tunheim | Hon. John F. Docherty |
| U.S. District Court for the | U.S. District Court for the |
| District of Minnesota | District of Minnesota |
| 300 South Fourth Street, | 316 North Robert Street, |
| Courtroom 14E | Courtroom 6A |
| Minneapolis, MN 55415 | St. Paul, MN 55101 |

Re:  *In re Cattle and Beef Antitrust Litigation*
Case No. 22-md-03031 (JRT/JFD) (D. Minn.)
This Document Relates to: All Actions

Dear Judge Tunheim and Judge Docherty:

Pursuant to the Court's Minute Entry (ECF No. 49) and request at the October 18, 2022, Case Management Conference, I write to inform the Court that the Commercial and Institutional Indirect Purchaser Plaintiff ("CIIPP") class proposes that I, Blaine Finley, serve as Liaison Counsel for CIIPPs. I am a partner at Cuneo Gilbert & LaDuca, LLP, which was previously appointed to serve as Interim Co-Lead Counsel for the proposed Commercial and Institutional Indirect Purchaser Plaintiff class. *See* Order, *In re Cattle and Beef Antitrust Litig.*, No. 20-cv-1319 ("*Beef*"), ECF No. 423. I currently serve in leadership roles in several class actions. Additional information regarding my qualifications and those of my firm can be found in my resume (enclosed hereto as Exhibit A), in CIIPPs' Memorandum in Support of their Motion to Appoint Interim Co-Lead Counsel and a Plaintiffs' Steering Committee (*Beef*, ECF No. 413), as well as in the Cuneo Gilbert & LaDuca, LLP firm resume submitted in connection therewith (*Beef*, ECF No. 415-1).

Sincerely,

*/s/ Blaine Finley*
Blaine Finley

Washington, DC (*Main Office*) • Boulder • Brooklyn • St. Louis