# EXHIBIT A

# BLAINE FINLEY

### PRACTICE EMPHASIS

Mr. Finley specializes in plaintiff-side antitrust litigation, with a focus on representing restaurants and other commercial food preparers in class action lawsuits.

### ADMISSIONS

District of Columbia; State of New York; State of New Jersey

### HIGHLIGHTS

Mr. Finley has been extremely active in prosecuting a variety of actions alleging price-fixing and related horizontal conduct in markets for food products, and he leads the efforts of Cuneo Gilbert & LaDuca, LLP ("CGL") in all of the firm's animal protein antitrust class action lawsuits. Mr. Finley's experience includes appearances in numerous federal court hearings and substantial deposition practice, including taking and defending expert witness depositions.

Mr. Finley has become responsible for managing virtually all litigation activities for the class represented by CGL in *In re Packaged Seafood Products Antitrust Litigation*, MDL No. 2670 (S.D. Cal.), in which CGL has been appointed lead counsel on behalf of a class of commercial food preparers in a lawsuit alleging the existence of a conspiracy to artificially inflate prices for packaged tuna products. The court in *Packaged Seafood* issued an order granting class certification, which was affirmed *en banc* by the Ninth Circuit Court of Appeals.

Mr. Finley serves as co-settlement counsel in representing a putative class of commercial and institutional indirect purchaser plaintiffs in *In re Turkey Antitrust Litigation*, No. 20-2295 (N.D. Ill.), in which plaintiffs allege that defendants conspired to artificially inflate prices for turkey via an anticompetitive conspiracy involving Agri Stats.

In *In re Pork Antitrust Litigation*, MDL No. 2998 (D. Minn.), Mr. Finley has been proposed as co-lead counsel for the putative Commercial and Institutional Indirect Purchaser Plaintiff class, as per that group's pending motion for class certification. In *In re Cattle and Beef Antitrust Litigation*, MDL No. 3031 (D. Minn.), Mr. Finley serves as interim co-lead counsel for the putative Commercial and Institutional Indirect Purchaser Plaintiff class.

### EDUCATION

Columbia Law School (J.D., 2014); Princeton University (A.B., 2011)