# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

In Re: Cattle and Beef Antitrust Litigation

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

John F. Docherty
Magistrate Judge

| | |
|---|---|
| Case No: | 22-3031 JRT/JFD |
| Date: | November 18, 2022 |
| Deputy: | Heather Arent |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 11:11 a.m. |
| Time Concluded: | 11:42 a.m. |
| Time in Court: | 31 Minutes |

Hearing on:  Status Conference

### I. Structured Data Productions

The Class Plaintiffs requested that the deadline for structured data productions not be extended again as to Defendants National Beef, Tyson, and Cargill.  The Court ordered the parties to meet and confer regarding the matter next week, and then the Defendants can propose a new deadline if necessary.  The Plaintiffs may then file a formal dispute.

### II. MDL Leadership

The Direct Action Plaintiffs ("DAPs") indicated that the consensus among DAPs is still to have Phillip Iovieno serve as liaison for the DAPs.  The Court will review the matter and issue an order early next week.  The Court will also review the Classes' recommendations for the Class liaisons.

### III. Master Consolidated Complaint

The Court asked the parties for their positions on requiring a master consolidated complaint of the DAPs.  The parties briefly reiterated the arguments they have presented in previous status conferences.  The Court will take the arguments under advisement and issue an order next week on the matter.

### IV. Next Status Conference

The Court has scheduled the next status conference for December 20, 2022 at 11:00 a.m. via Zoom.

**APPEARANCES:**
**Plaintiffs:** Daniel Herrera, William Caldes, Jennifer Sprengel, Patrick McGahan, Sean Cooper, Stacey Slaughter, Daniel Hedlund, Daniel Karon, Jason Hartley, Joshua Rissman, Megan Jones, Michelle Looby, Blaine Finley, Abby Wolf, Kyle Pozan, Shana Scarlett, Patrick Ahern, Garth Yearick, Robert Kaplan, Sarah Jones, William Blechman, Douglas Patton, Michael Ponzoli, David Germaine, Alberto Rodriguez
**Defendants:** Holley Horrell, Kevin Zhao, Jessica Nelson, Patrick Brookhouser, Sami Rashid, Benjamin Ellison, Chelsea Bunge-Bollman, Susan Foster, Ulrike Connelly

s/Heather Arent_____
Courtroom Deputy Clerk