IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Civil No.: 0:22-md-3031-JRT-JFD<br><br>NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESSES |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Pearson, Simon & Warshaw, LLP hereby advises the Court and all parties in this matter that as of January 1, 2023, the firm's new name is:

**PEARSON WARSHAW, LLP**

The address, telephone and facsimile numbers remain the same. The e-mail addresses for the attorneys in this matter have been changed as follows:

| | |
|---|---|
| Daniel L. Warshaw | dwarshaw@pwfirm.com |
| Bobby Pouya | bpouya@pwfirm.com |
| Matthew A. Pearson | mapearson@pwfirm.com |
| Melissa S. Weiner | mweiner@pwfirm.com |

985831.1

Dated: January 3, 2023       By:  */s/ Bobby Pouya*
                                              Bobby Pouya (*Pro Hac Vice*)
                                              Daniel L. Warshaw (*Pro Hac Vice*)
                                              Matthew A. Pearson (*Pro Hac Vice*)
                                              **PEARSON WARSHAW, LLP**
                                              15165 Ventura Boulevard, Suite 400
                                              Sherman Oaks, California 91403
                                              Telephone: (818) 788-8300
                                              bpouya@pwfirm.com
                                              dwarshaw@pwfirm.com
                                              mapearson@pwfirm.com

                                              Melissa S. Weiner (MN Bar No. 0387900)
                                              **PEARSON WARSHAW, LLP**
                                              328 Barry Avenue S., Suite 200
                                              Wayzata, MN 55391
                                              Telephone: (612) 389-0600
                                              mweiner@pwfirm.com

                                              *Plaintiffs' Executive Committee*