# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE ANTITRUST LITIGATION | MDL No. 22-md-3031 |
| *This document relates to:*<br><br>ALL CASES | NOTICE OF WITHDRAWAL OF COUNSEL |

The undersigned hereby notifies the Court and counsel of record that Sean R. Cooper is no longer with the firm Paul LLP, and he hereby withdraws as counsel of record for Plaintiffs in the above-captioned action and hereby requests removal from the CM/ECF docket and official service list. Plaintiffs will continue to be represented by the remaining counsel of record from Paul LLP.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies on February 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Richard M. Paul III

| | |
|---|---|
| Dated: February 9, 2023 | Respectfully submitted, |

| | |
|---|---|
| Mikal C. Watts | /s/ *Richard M. Paul III* |
| **WATTS GUERRA LLC** | Richard M. Paul III (KS #17778) |
| Millennium Park Plaza RFO | Laura C. Fellows |
| Suite 410, CII2 | David Bodenheimer |
| Guaynabo, Puerto Rico 00966 | **PAUL LLP** |
| Phone: (210) 447-0500 | 601 Walnut Street, Suite 300 |
| Fax: (210) 447-0501 | Kansas City, Missouri 64106 |
| mcwatts@wattsguerra.com | Telephone:   (816) 984-8100 |
| | Rick@PaulLLP.com |
| Alicia O'Neil | David@PaulLLP.com |
| **WATTS GUERRA LLC** | Laura@PaulLLP.com |
| 5726 W. Hausman, Suite 119 | |
| San Antonio, Texas 78249 | Tab Turner |
| Telephone: (210) 447-0500 | **TURNER & ASSOCIATES, P.A.** |
| Fax: (210) 447-0501 | 4705 Somers Avenue |
| aoneill@wattsguerra.com | North Little Rock, Arkansas 72116 |
| | Telephone: (501) 791-2277 |
| | AR Bar 85158 |
| | tab@tturner.com |

**ATTORNEYS FOR PLAINTIFFS**