# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re Cattle and Beef Antitrust Litigation* | Case No. 22-md-3031(JRT/JFD) |
| This Document Relates to: | **JBS DEFENDANTS' RESPONSE TO PLAINTIFF SYSCO CORPORATION'S MOTION FOR LIMITED STAY** |
| *Sysco Corporation v. Cargill, Inc., et al.* Case No. 22-cv-1750 | |

As a courtesy given the unusual circumstances outlined in Sysco's motion, Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. (the "JBS Defendants") would not oppose a stay of 30 days (or less) of deadlines applicable to Sysco in order to allow Sysco to retain new counsel.

As the Court may recall, the numerous parties to this complex multidistrict litigation—including Sysco—recently stipulated to a brand new schedule for the entire case that the Court entered on January 24, 2023. *See* ECF No. 129. In order to hopefully keep that overall schedule in place, and because Sysco has not provided sufficient information to justify a 60-day stay, the JBS Defendants believe that a stay of 30 days (or less) for Sysco would strike the right balance between meeting Sysco's need to retain new counsel and keeping the parties on track with the new schedule recently set by the Court. Sysco could then update the Court at the end of the 30-day period as to the status of its efforts to retain new counsel.

Dated: March 17, 2023                                   Respectfully Submitted,

*/s/ Randi J. Winter*
Donald G. Heeman, Reg. No. 0286023
Jessica J. Nelson, Reg. No. 0347358
Randi J. Winter, Reg. No. 0391354
**SPENCER FANE**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Tel.: (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
Kevin A. Janus (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Tel.: (212) 849-7000
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com
kevinjanus@quinnemanuel.com

Lewis A. Remele, Jr., Reg. No. 90724
Christopher R. Morris, Reg. No. 230613
**BASSFORD REMELE, P.A.**
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
Tel.: (612) 333-3000
lremele@bassford.com
cmorris@bassford.com

William F. Hargens (*pro hac vice*)
Patrick E. Brookhouser, Jr. (*pro hac vice*)
**MCGRATH NORTH MULLIN & KRATZ, PC LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Tel: (402) 341-3070
whargens@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A.*