UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Sherwood Food Dist. L.L.C., et. al., v. Cargill, Inc., et. al., 1:23-cv-01749 (E.D.N.Y.)* | Case No. 22-md-3031 (JRT/JFD) |

**SHERWOOD FOOD DISTRIBUTORS, L.L.C., HARVEST MEAT COMPANY, INC., WESTERN BOXED MEAT DISTRIBUTORS, INC., AND HAMILTON MEAT, LLC'S, NOTICE OF JOINDER IN DIRECT ACTION PLAINTIFFS' CONSOLIDATED COMPLAINT**

1. Pursuant to the Amended Pretrial Order No. 3, dated February 3, 2023 (ECF No. 139), Sherwood Food Distributors, L.L.C., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meat, LLC ("Sherwood"), by and through the undersigned counsel, hereby join Direct Action Plaintiffs' Consolidated Complaint, dated January 30, 2023 (ECF No. 132) (the "Consolidated Complaint").

2. Sherwood joins the Consolidated Complaint, adding the following to specify Sherwood's cause of action as well as the Defendants in Sherwood's action:

| Direct Action Plaintiff Group | Plaintiff | Named Defendants | Cause of Action |
|---|---|---|---|
| CWT DAPs | Sherwood Food Distributors, L.L.C., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meat, LLC | Cargill, Inc.; Cargill Meat Solutions Corporation (a/k/a Cargill Protein); JBS S.A.; JBS USA Food Company; JBS Packerland, Inc.; National Beef Packing Company; Tyson Foods, Inc.; and Tyson Fresh Meats, Inc. | Count I: 15 U.S.C. § 1 |

3.  Sherwood adopts the following definition of "beef." "Beef" includes boxed and case-ready meat processed by Defendants and other smaller, non-Defendant producers from fed cattle, including primal cuts, trim or sub-primal products, further processed and value-added products, offal or variety products, and rendered products and by products. "Beef" also includes ground beef to the extent that it is processed, in whole or in part, from fed cattle. "Fed cattle" means steers and heifers raised in feedlots on concentrated diets to be produced and sold as beef.

Dated: March 29, 2023

                                            Respectfully submitted,

*/s/ Philip J. Iovieno*
Philip J. Iovieno
Nicholas A. Gravante, Jr.
Jack G. Stern
Gillian Groarke Burns
Mark A. Singer
Justin V. Arborn
Elizabeth R. Moore
Zygimante Andrijauskaite
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
E-mail: philip.iovieno@cwt.com
        nicholas.gravante@cwt.com

-3-

jack.stern@cwt.com
gillian.burns@cwt.com
mark.singer@cwt.com
justin.arborn@cwt.com
elizabeth.moore@cwt.com
zygimante.andrijauskaite@cwt.com

CASE 0:22-md-03031-JRT-JFD   Doc. 191   Filed 03/29/23   Page 3 of 3