## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>IN RE DPP BEEF LITIGATION | Case No. 22-md-3031-JRT-JFD |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF FATIMA G. BRIZUELA**

PLEASE TAKE NOTICE that, pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court, parties and counsel that Fatima G. Brizuela withdraws as counsel for Direct Purchaser Plaintiffs as Ms. Brizuela is no longer affiliated with Hartley LLP, one of the counsel for Direct Purchaser Plaintiffs in the above-referenced action. Direct Purchaser Plaintiffs will continue to be represented by other attorneys and firms that have entered appearances in this matter and will not be prejudiced in any way by this withdrawal.

Dated:  April 5, 2023

*/s/ Joshua J. Rissman*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#259337)
Michelle J. Looby (#0388166)
Joshua J. Rissman (#0391500)
Anthony J. Stauber (#0401093)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
*dgustafson@gustafsongluek.com*
*dhedlund@gustafsongluek.com*
*mlooby@gustafsongluek.com*

*jrissman@gustafsongluek.com*
*tstauber@gustafsongluek.com*

Dennis J. Stewart (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Ste. 3300
San Diego, CA 92101
Tel: (612) 333-8844
Fax: (612) 339-6622
*dstewart@gustafsongluek.com*

Adam J. Zapala (*pro hac vice*)
Elizabeth T. Castillo (*pro hac vice*)
James G. Dallal (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
*azapala@cpmlegal.com*
*ecastillo@cpmlegal.com*
*jdallal@cpmlegal.com*

Alexander E. Barnett (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
40 Worth Street, Suite 602
New York, NY 10013
Tel: (212) 201-6820
Fax: (917-398-7753
*abarnett@cpmlegal.com*

Jason S. Hartley (*pro hac vice*)
Jason M. Lindner (*pro hac vice*)
**HARTLEY LLP**
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel: (619) 400-5822
*hartley@hartleyllp.com*
*lindner@hartleyllp.com*

Megan E. Jones (*pro hac vice*)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
*mjones@hausfeld.com*

3

           Timothy S. Kearns (*pro hac vice*)
           **HAUSFELD LLP**
           888 16th St. NW, Suite 300
           Washington, DC 20006
           Tel: (202)540-7200
           *tkearns@hausfeld.com*

           ***Interim Co-Lead Counsel for the Proposed Direct Purchaser Plaintiffs***