# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION | Case No. 22-md-3031 (JRT/JFD)<br><br>**Motion for Preliminary Approval of Class Action Settlement Between the Commercial and Institutional Indirect Purchaser Plaintiffs and JBS and for Leave to Disseminate Notice** |

The Commercial and Institutional Indirect Purchaser Plaintiffs respectfully move the Court for preliminary approval of the class action settlement between the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") and JBS USA Food Company, Swift Beef Company, JBS Packerland, Inc., and JBS S.A. The CIIPPs further seek this Court's approval of the form and manner of notice regarding this class action settlement, and request that the Court grant leave to disseminate notice. This motion is based on Federal Rule of Civil Procedure 23 and the concurrently filed memorandum of law and supporting declarations as well as any other evidence and arguments presented to the Court at any hearing on this motion.

Dated: April 14, 2023                    **Larson · King, LLP**

By ____*s/ Shawn M. Raiter*____
Shawn M. Raiter (#240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com

Blaine Finley (*pro hac vice*)
**Cuneo Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC  20016
(202) 789-3960
bfinley@cuneolaw.com

Sarah Sterling Aldridge (*pro hac vice*)
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
(662) 834-2488 Telephone
saldridge@barrettlawgroup.com

**Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**