# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION | Case No. 22-md-3031 (JRT/JFD)<br><br>**Meet and Confer Statement** |

Pursuant to Local Rule 7.1(a)(1), the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") hereby state and certify that their counsel met and conferred with counsel for JBS USA Food Company, Swift Beef Company, JBS Packerland, Inc., and JBS S.A. ("JBS") regarding this motion for preliminary approval of settlement. Counsel for JBS does not oppose the CIIPPs' Motion for Preliminary Approval of Class Action Settlement Between the Commercial and Institutional Indirect Purchaser Plaintiffs and JBS and for Leave to Disseminate Notice.

Dated:  April 14, 2023                    **Larson · King, LLP**

By _s/ Shawn M. Raiter_
Shawn M. Raiter (#240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com

Blaine Finley (*pro hac vice*)
**Cuneo Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC  20016
(202) 789-3960
bfinley@cuneolaw.com

Sarah Sterling Aldridge (*pro hac vice*)
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
(662) 834-2488 Telephone
saldridge@barrettlawgroup.com

**Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**