**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *IN RE: CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Actions | Case No. 22-md-3031 (JRT/JFD) |

**NOTICE OF HEARING ON CATTLE AND SPECHT PLAINTIFFS'**
**MOTION FOR PROTECTIVE ORDER**

PLEASE TAKE NOTICE, that, at 12:00 p.m. on May, 31, 2023, via video-conference, before the Honorable John F. Docherty, Magistrate Judge of the United State District Court for the District of Minnesota, Courtroom 6A, 316 North Robert Street, St. Paul, MN  55101, Cattle and Specht Plaintiffs will move the Court for an order granting their Motion for Protective Order, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.


Dated:  April 28, 2023

Respectfully submitted,
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**


*/s/ Patrick J. McGahan*
David R. Scott (*pro hac vice*)
Amanda F. Lawrence (*pro hac vice*)
Patrick J. McGahan (*pro hac vice*)
Michael P. Srodoski (Bar No. 0398250)
156 Main Street
P.O. Box 192
Colchester, CT 06415
Tel:  860-537-5537

Fax: 860-537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel:  212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

Jennifer W. Sprengel (*pro hac vice*)
Daniel O. Herrera (*pro hac vice*)
Kaitlin Naughton (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER &**
**SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Tel:  312-782-4880
Fax: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
knaughton@caffertyclobes.com

Ellen Meriwether (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER &**
**SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Tel:  215-864-2800
Fax: 215-864-2810
emeriwether@caffertyclobes.com

*Interim Co-Lead Counsel for the Cattle*
*Plaintiffs*

K. Craig Wildfang (Bar No. 0117043)
Thomas J. Undlin (Bar No. 0183751)
Stacey P. Slaughter (Bar No. 0296971)

2

Geoff Kozen (Bar No. 0398626)
Eric P. Barstad (Bar No. 0398797)
Austin Hurt (appearance to be filed shortly)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel:  612-349-8500
Fax: 612-339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ebarstad@robinskaplan.com
ahurt@robinskaplan.com

*Liaison Counsel for the Cattle Plaintiffs*

/s/ Richard M. Paul III
Richard M. Paul III
Laura Fellows
David Bodenheimer
PAUL LLP
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Rick@PaulLLP.com
Laura@PaulLLP.com
David@PaulLLP.com

Alicia O'Neill
**WATTS GUERRA LLC**
5726 W. Hausman, Suite 119
San Antonio, Texas 78249
Telephone: (210) 447-0500
Fax: (210) 447-0501
aoneill@wattsguerra.com

Mikal C. Watts
**WATTS GUERRA LLC**
Millennium Park Plaza RFO
Suite 410, CII2
Guaynabo, Puerto Rico 00966
Phone: (210) 447-0500

3

Fax: (210) 447-0501
mcwatts@wattsguerra.com

Tab Turner
**TURNER & ASSOCIATES, P.A.**
4705 Somers Avenue
North Little Rock, Arkansas 72116
Telephone: (501) 791-2277
tab@tturner.com

*Counsel for the Specht Plaintiffs*

5

## CERTIFICATE OF SERVICE

I, Patrick J. McGahan, hereby certify that on April 28, 2023, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on April 28, 2023, at Colchester, Connecticut.

s/ *Patrick J. McGahan*
Patrick J. McGahan (*pro hac vice*)