# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

In Re: Cattle and Beef Antitrust Litigation

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 22-3031 JRT/JFD |
| Date: | May 24, 2023 |
| Deputy: | Heather Arent |
| Court Reporter: | Maria Weinbeck |
| Time Commenced: | 3:40 p.m. |
| Time Concluded: | 3:47 p.m. |
| Time in Court: | 7 Minutes |

Hearing on: Status Conference, Motion for Preliminary Approval

I. **Motion for Preliminary Approval**

The Court heard arguments from the parties in support of the motion for preliminary approval of the class action settlement between Commercial and Institutional Indirect Purchaser Plaintiffs and JBS Defendants [Docket No. 202]. The Court indicated that it intends to grant the motion. Written order forthcoming.

**APPEARANCES:**
**Plaintiffs:** Daniel Herrera, Patrick McGahan, Patrick Coughlin, Eric Barstad, Adam Zapala, Jason Hartley, Megan Jones, Michelle Looby, Blaine Finley, Shawn Raiter, Abby Wolf, Brian Clark, Kyle Pozan, Shana Scarlett, Joseph Bruckner, Philip Iovieno
**Defendants:** Davida Williams, Kosta Stojilkovich, Patrick Brookhouser, Sami Rashid, Kevin Janus, Odeshoo Hasdoo, Tiffany Lipscomb-Jackson, Barry Stratford, Ulricke Connelly

s/Heather Arent
Courtroom Deputy Clerk