# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sysco Corp. v. Cargill Inc., et al.*<br>Case No. 22-cv-1750 (D. Minn.) | Case No. 22-md-3031 (JRT/JFD)<br><br>Honorable John R. Tunheim<br>Honorable John F. Docherty |

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I, Scott E. Gant, certify that Carina Ventures LLC's Memorandum in Support of Joint Motion for Substitution complies with Local Rule 7.1(f) and (h). I further certify that, in preparation of the above document, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the following word count. I further certify that the Memorandum contains 1,002 words.

Dated: July 7, 2023

Respectfully submitted,

*/s/ Scott E. Gant*
Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: sgant@bsfllp.com

*Counsel for Carina Ventures LLC*