UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sysco Corp. v. Cargill Inc., et al.*<br>Case No. 22-cv-1750 (D. Minn.) | Case No. 22-md-3031 (JRT/JFD)<br><br>Honorable John R. Tunheim<br>Honorable John F. Docherty |

**AMENDED LOCAL RULE 7.1 MEET AND CONFER STATEMENT**

Pursuant to the Court's July 5, 2023 Order (ECF 281), Carina Ventures LLC ("Carina") and Sysco Corporation ("Sysco") respectfully submit this amended meet and confer statement with respect to the Joint Motion for Substitution of Plaintiff filed by Carina and Sysco on June 29, 2023 (ECF 277).

On July 6, 2023, counsel for Carina, Sysco, and each Defendant met and conferred via Zoom for approximately thirty-five minutes. At Carina's request, counsel for Defendants emailed a list of questions they had about the Motion to counsel for Carina and Sysco on the evening of July 5. During the meet-and-confer, counsel for Carina and Sysco answered each of those questions and others posed by Defendants to the best of their ability. Following the meet-and-confer, on July 7, Defendants emailed counsel for Carina and Sysco stating they are not able to agree to the Motion. Defendants' email and Carina's response is appended hereto.

Pursuant to Local Rule 7.1(b)(2), any response to the Motion from Defendants is due by July 14, 2023. Carina and Sysco respectfully request permission to file respective replies by July 21, 2023.

Dated: July 7, 2023

/s/ *Scott E. Gant*
Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: sgant@bsfllp.com

Colleen A. Harrison
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8204
Email: charrison@bsfllp.com

*Counsel for Carina Ventures LLC*

Respectfully submitted,

/s/ *Christopher P. Wilson*
Michael Calhoon
Julie B. Rubenstein
Brian C. Kerr
Christopher P. Wilson
Danielle Morello
Wyatt M. Carlock
BAKER BOTTS L.L.P.
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7739
Facsimile: (202) 585-1058
michael.calhoon@bakerbotts.com
julie.rubenstein@bakerbotts.com
brian.kerr@bakerbotts.com
christopher.wilson@bakerbotts.com
danielle.morello@bakerbotts.com
wyatt.carlock@bakerbotts.com

*Counsel for Sysco Corporation*