# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sysco Corp. v. Cargill Inc., et al.*<br>Case No. 22-cv-1750 (D. Minn.) | Case No. 22-md-3031 (JRT/JFD)<br><br>Honorable John R. Tunheim<br>Honorable John F. Docherty |

## [PROPOSED] ORDER GRANTING JOINT MOTION
## FOR SUBSTITUTION OF PLAINTIFF

This matter came before the Court on the Joint Motion for Substitution of Plaintiff filed by Carina Ventures LLC ("Carina") and Sysco Corporation ("Sysco") on June 29, 2023 (ECF 277).

After consideration of the motion, memoranda submitted by the parties, and arguments heard on August 21, 2023,

IT IS ORDERED THAT Carina is substituted for Sysco in the above-captioned action, Sysco shall be removed from the docket and all ECF notices as party, and the action will proceed as if it had been originally commenced by Carina.

BY THE COURT:

Dated: _____      _____
The Honorable John F. Docherty
United States Magistrate Judge