UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sysco Corp. v. Cargill Inc., et al.*<br>Case No. 22-cv-1750 (D. Minn.) | Case No. 22-md-3031 (JRT/JFD)<br><br>Honorable John R. Tunheim<br>Honorable John F. Docherty |

**STIPULATION REGARDING SUBMISSION OF REPLY MEMORANDA RELATED TO JOINT MOTION FOR SUBSTITUTION OF PLAINTIFF**

Carina Ventures LLC ("Carina"), Sysco Corporation ("Sysco") (collectively "Movants"), and Defendants (collectively the "Parties"), each reserving all rights, jointly represent and stipulate as follows:

WHEREAS, Movants filed a Joint Motion for Substitution of Plaintiff on June 29, 2023 (Dkt. 277).

WHEREAS, following the Court's direction to engage in additional meeting and conferring about the motion, on July 7, 2023 Movants filed an Amended Meet and Confer Statement in support of the Joint Motion for Substitution of Plaintiff, and Carina filed an accompanying memorandum of law in support of that motion (Dkt. 283).

WHEREAS, the Court has scheduled an August 21, 2023 hearing on the Joint Motion (Dkt. 282).

WHEREAS, the Court, following a stipulation by the Parties, ordered that Defendants' memorandum of law opposing the Joint Motion was due on or before July 21,

but declined to schedule a due date for a reply memorandum from Movants, stating: "[I]f the Court believes a reply would be helpful after reviewing the submissions of the parties, it will request a reply from the moving parties." (Dkt. 289).

WHEREAS, Defendants filed a memorandum of law opposing the Joint Motion on July 21, 2023 (Dkt. 293).

WHEREAS, on July 25, 2023, the Court issued an order stating: "Upon reviewing the submissions, the Court grants Movants leave to file a reply memorandum in support of the Joint Motion on or before July 28, 2023." (Dkt. 295).

WHEREAS, Carina desires a brief extension of time until August 7, 2023 file its reply, Sysco joins in that request, and Defendants do not oppose that request.

WHEREAS, the requested extension of time will not require alteration of any other deadlines or rescheduling of the August 21, 2023 hearing on the Joint Motion.

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED by undersigned counsel that the Court enter an order that:

1. extends the deadline for Movants to file reply memoranda in support of the Joint Motion to August 7, 2023.

This stipulation does not otherwise alter the Court's rules applicable to consideration of the Joint Motion.

IT IS SO STIPULATED.

Dated: July 27, 2023

| | |
|---|---|
| */s/  Scott E. Gant* | */s/ Julie B. Rubenstein* |
| Scott E. Gant | Michael Calhoon |
| BOIES SCHILLER FLEXNER LLP | Julie B. Rubenstein |
| 1401 New York Avenue, NW | Brian C. Kerr |
| Washington, DC 20005 | Christopher P. Wilson |
| (202) 237-2727 | Danielle Morello |
| sgant@bsfllp.com | Wyatt M. Carlock |
| | BAKER BOTTS L.L.P. |
| Colleen A. Harrison | 700 K Street NW |
| BOIES SCHILLER FLEXNER LLP | Washington, DC 200001 |
| 333 Main Street | (202) 639-7739 |
| Armonk, NY 10504 | michael.calhoon@bakerbotts.com |
| (914) 749-8204 | julie.rubenstein@bakerbotts.com |
| charrison@bsfllp.com | brian.kerr@bakerbotts.com |
| | christopher.wilson@bakerbotts.com |
| **Counsel for Carina Ventures LLC** | danielle.morello@bakerbotts.com |
| | wyatt.carlock@bakerbotts.com |
| | **Counsel for Sysco Corporation** |

/s/ X. Kevin Zhao
X. Kevin Zhao, Reg. No. 0391302
Holley C. M. Horrell, Reg. No. 0399636
Davida S. McGhee Williams, Reg. No. 0400175
Emily M. McAdam, Reg. No. 0400898
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
kzhao@greeneespel.com
hhorrell@greeneespel.com
dwilliams@greeneespel.com
emcadam@greeneespel.com

Beth A. Wilkinson
Kosta S. Stojilkovic
**WILKINSON STEKLOFF LLP**
2001 M Street, NW, 10th Floor
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com

Moira Penza
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24
New York, NY 10036
(212) 294-8914
mpenza@wilkinsonstekloff.com

Jacob D. Bylund (pro hac vice)
**FAEGRE DRINKER BIDDLE & REATH LLP**
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000

Bennett Rawicki
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
(469) 640-6842
brawicki@hilgersgraben.com

/s/ Benjamin L. Ellison
Benjamin L. Ellison, Reg. No. 0392777
Chelsea A. Bollman, Reg. No. 0401297
**JONES DAY**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Tel.: (612) 217-8800
bellison@jonesday.com
cbollman@jonesday.com

Julia E. McEvoy (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel.: (202) 879-3867
jmcevoy@jonesday.com

Michelle Fischer (*pro hac vice*)
**JONES DAY**
901 Lakeside Avenue
North Point
Cleveland, OH 44114
Tel.: 216-586-3939
mfischer@jonesday.com

Tiffany Lipscomb-Jackson (*pro hac vice*)
**JONES DAY**
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel.: 614-281-3939
tdlipscombjackson@jonesday.com

Eddie Hasdoo (*pro hac vice*)
**JONES DAY**
110 N. Wacker Dr., Suite 4800
Chicago, IL 60606
Tel.: 312-269-4214
ehasdoo@jonesday.com

*Counsel for Defendant National Beef Packing Company, LLC*

4

Britt M. Miller (pro hac vice)
Matthew Provance (pro hac vice)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

William H. Stallings (pro hac vice)
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
(202) 263-3338
wstallings@mayerbrown.com

*Counsel for Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation*

/s/ Susan E. Foster
Susan E. Foster (pro hac vice)
Ulrike B. Connelly (pro hac vice)
Tiffany Lee (pro hac vice)
Hannah Parman (pro hac vice)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8846
sfoster@perkinscoie.com
uconnelly@perkinscoie.com
tiffanylee@perkinscoie.com
hparman@perkinscoie.com

Jon B. Jacobs (pro hac vice)
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 654-1758
jbjacobs@perkinscoie.com

/s/ Sami H. Rashid
Donald G. Heeman, Reg. No. 0286023
Jessica J. Nelson, Reg. No. 0347358
Randi J. Winter, Reg. No. 0391354
**SPENCER FANE**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Tel.: (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Michael Carlinsky (pro hac vice)
Sami H. Rashid (pro hac vice)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Tel.: (212) 849-7000
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com

Lewis A. Remele, Jr., Reg. No. 90724
Christopher R. Morris, Reg. No. 230613
**BASSFORD REMELE, P.A.**
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
Tel.: (612) 333-3000
lremele@bassford.com
cmorris@bassford.com

William F. Hargens (pro hac vice)
Patrick E. Brookhouser, Jr. (pro hac vice)
**MCGRATH NORTH MULLIN & KRATZ, PC LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Tel: (402) 341-3070
whargens@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com

*Counsel for Defendants JBS USA Food*

Barry G. Stratford (pro hac vice)
**PERKINS COIE LLP**
2901 N. Central Avenue
Suite 2000
Phoenix, Arizona 85012-2788
Tel: (602) 351-8000
bstratford@perkinscoie.com

Caroline Gizem Tunca (pro hac vice)
**PERKINS COIE LLP**
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606
Tel: (312) 324-8400
ctunca@perkinscoie.com

David P. Graham, Reg. No. 0185462
**DYKEMA GOSSETT, PLLC**
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 486-1521
dgraham@dykema.com

*Counsel for Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc*

*Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A.*