UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE: CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>CONSUMER INDIRECT PURCHASER PLAINTIFF ACTION | Case No. 0:22-MD-3031 (JRT/JFD)<br><br>**ORDER GRANTING CONSUMER INDIRECT PURCHASER PLAINTIFFS' MOTION TO AMEND PLEADING AND FILE FIFTH AMENDED CLASS ACTION COMPLAINT** |

This matter is before the Court on Plaintiff's unopposed Motion to Amend Pleading and File Fifth Amended Complaint (Dkt. No. 296). Based upon the motion, files, records, and memoranda submitted herein,

IT IS HEREBY ORDERED that Consumer Indirect Purchases Plaintiffs may file their Fifth Amended Class Action Complaint on or before August 4, 2023.

**BY THE COURT**:

Dated: July 31, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge