UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>CONSUMER INDIRECT PURCHASER PLAINTIFF ACTION | Case No. 22-md-03031 (JRT/JFD) |

**DEFENDANTS CARGILL, INCORPORATED AND CARGILL MEAT SOLUTIONS CORPORATION'S ANSWER TO SPECIFIED PARAGRAPHS OF CONSUMER INDIRECT PURCHASER PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT**

Defendants Cargill, Incorporated ("Cargill") and Cargill Meat Solutions Corporation ("CMS"), by and through their counsel of record, and pursuant to the Parties' stipulation and the Court's August 17, 2023 order, hereby respond as follows to the specified paragraphs and corresponding numbered allegations in Peterson, et al.'s Fifth Amended Class Action Complaint ("Complaint"). Cargill and CMS reserve their right to file any motions permitted by the Rules or by this Court. Except as expressly stated below, and in accordance with Federal Rule of Civil Procedure 8(b)(3), Cargill and CMS deny all allegations in the specified paragraphs and corresponding numbered allegations not specifically admitted. To the extent any footnotes are not addressed in the text of the response to the specified Complaint paragraph to which the footnote relates and/or to the extent that the content of any footnote can be read to contain factual allegations, Cargill and CMS deny each and every one of them.

1

## ANSWER TO PLAINTIFFS' SPECIFIC ALLEGATIONS

1. Paragraph 1 of the Complaint states legal and other conclusions to which no response is required. To the extent a response may be required, Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations regarding Plaintiffs' identities. Cargill and CMS deny the remaining allegations in Paragraph 1 of the Complaint.

32. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 32, and therefore deny them.

38. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 38, and therefore deny them.

39. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 39, and therefore deny them.

44. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 44, and therefore deny them.

47. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 47, and therefore deny them.

56. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 56, and therefore deny them.

57. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 57, and therefore deny them.

58. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 58, and therefore deny them.

Dated: August 24, 2023

Respectfully submitted,

*/s/ Davida S. McGhee*
X. Kevin Zhao, Reg. No. 0391302
Holley C. M. Horrell, Reg. No. 0399636
Davida S. McGhee, Reg. No. 0400175
Emily M. McAdam, Reg. No. 0400898
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
kzhao@greeneespel.com
hhorrell@greeneespel.com
dwilliams@greeneespel.com
emcadam@greeneespel.com

Beth A. Wilkinson
Kosta S. Stojilkovic
Sarah Neuman
Blake Neal
**WILKINSON STEKLOFF LLP**
2001 M Street, NW, 10th Floor
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
bneal@wilkinsonstekloff.com

Moira Penza
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24
New York, NY 10036
(212) 294-8914
mpenza@wilkinsonstekloff.com

Jacob D. Bylund (*pro hac vice*)
**FAEGRE DRINKER BIDDLE & REATH LLP**
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000

3

Bennett Rawicki
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
(469) 640-6842
brawicki@hilgersgraben.com

Britt M. Miller (*pro hac vice*)
Matthew Provance (*pro hac vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

William H. Stallings (*pro hac vice*)
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
(202) 263-3338
wstallings@mayerbrown.com

*Counsel for Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation*