UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALDI Inc. v. Cargill Inc., et al.,*<br>Case No. 23-cv-05832 (N.D. Ill.) | No. 22-md-3031-JRT-JFD |

**ALDI INC.'S NOTICE OF JOINDER IN DIRECT ACTION PLAINTIFFS' CONSOLIDATED COMPLAINT**

1. Pursuant to Amended Pretrial Order No. 3, dated February 3, 2023 (ECF No. 139), Plaintiff ALDI Inc. ("ALDI"), by and through undersigned counsel, hereby joins Direct Action Plaintiffs' Consolidated Complaint, dated January 30, 2023 (ECF No. 132) (the "Consolidated Complaint").

2. ALDI joins the Consolidated Complaint, adding the following to specify its causes of action as well as the Defendants in their action:

| Direct Action Plaintiff Group | Plaintiff | Named Defendants | Cause of Action |
|---|---|---|---|
| ALDI | ALDI Inc. | Cargill, Inc., Cargill Meat Solutions Corporation (A/K/A Cargill Protein A/K/A Cargill Protein – North America), JBS S.A., JBS USA Food Company, Swift Beef Company, JBS Packerland, Inc., National Beef Packing Company, Tyson Foods, Inc., Tyson Fresh Meats, Inc. | Count I: 15 U.S.C. § 1<br><br>Count II: Violation of the Packers and Stockyard Act |

3. ALDI adopts the following definition of "Beef:" "beef" includes boxed and case-ready meat processed by Defendants and other smaller, non-Defendant producers from fed cattle,

including primal cuts, trim or sub-primal products, further processed and value-added products, offal or variety products, and rendered products and by products. "Beef" also includes ground beef to the extent that it is processed, in whole or in part, from fed cattle. "Fed cattle" means steers and heifers raised in feedlots on concentrated diets to be produced and sold as beef.

Dated:  September 26, 2023

Respectfully Submitted,

*/s/ Elizabeth Parker*
Christopher Wilson
Michael Calhoon
Julie Rubenstein
Elizabeth Parker
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20001
Tel: 202.639.7700
Fax: 202.585.1058
christopher.wilson@bakerbotts.com
michael.calhoon@bakerbotts.com
julie.rubenstein@bakerbotts.com
elizabeth.parker@bakerbotts.com

Brian Kerr
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: 212.408.2500
brian.kerr@bakerbotts.com

*Counsel for Plaintiff ALDI Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2023, the foregoing Plaintiff ALDI Inc.'s Joinder Statement was served on all counsel of record in this action.

/s/ Elizabeth Parker

Elizabeth Parker
**BAKER BOTTS LLP**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
elizabeth.parker@bakerbotts.com

*Counsel for Plaintiff ALDI Inc.*