# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-md-3031 (JRT/JFD)<br><br>**ORDER REGARDING JOINT STIPULATION CONCERNING STRUCTURED DATA DISCOVERY AND TO MODIFY SCHEDULING ORDER** |

Pursuant to the Joint Stipulation Concerning Structured Data Discovery and to Modify Scheduling Order (Dkt. No. 365) entered into by the Parties ("Stipulation"), and finding that good cause has been shown, IT IS HEREBY ORDERED that Paragraph 4(b) on page 7 of the Scheduling Order (Case No. 20-cv-1319, Dkt. No. 571, p. 7 at ¶ 4(b)(ii)-(iii); *see* MDL No. 3031, Dkt. No. 129) is MODIFIED as follows:

   i.   Plaintiffs, collectively, may take, per Defendant Family, no more than 20 Rule 30(b)(1) depositions of no more than 7 hours each, plus a maximum of 28 hours to be allocated for additional Rule 30(b)(1) depositions, provided, however, that each such additional deposition will count for a minimum of 4 hours, and no such additional deposition may exceed 7 hours in length. Depositions of third parties, including any deposition of a former employee of a Defendant who is not made available for deposition by that Defendant, will not be counted toward this limit. *[No Change]*

   ii.  Plaintiffs, collectively, may notice one (1) Rule 30(b)(6) deposition of no more than twelve (12) hours of each Defendant Family, regardless of the number of designees identified to testify (but not exceeding seven (7) hours in a single day, absent agreement of the parties), subject to the reductions in time allocated per Defendant Family as set out in the Stipulation.

   iii. If any percipient witness who has received a deposition notice also is likely to be designated as a Rule 30(b)(6) representative, or if any Rule 30(b)(6) designee also is likely to be deposed in his or her individual capacity, the

parties will use their best efforts to coordinate so as to avoid multiple depositions of the same witness.

**IT IS SO ORDERED.**

Dated: October 5, 2023        *s/ John F. Docherty*
                                                        JOHN F. DOCHERTY
                                                        United States Magistrate Judge