UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION | Case No. 22-md-3031 (JRT/JFD) |

**Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Final Approval of the Class Action Settlement with Defendant JBS and Entry of Final Judgment**

Pursuant to Rules 23(e) and 54(b) of the Federal Rules of Civil Procedure, the Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs (CIIPPs) move the Court for an Order granting final approval of the settlement between the CIIPPs and JBS USA Food Company, Swift Beef Company, JBS Packerland, Inc., and JBS S.A. ("JBS") and entering judgment as to the CIIPPs' claims against JBS in this matter. The Court granted preliminary approval of this settlement on May 25, 2023 (Dkt. 261).

This motion will be based on the files, affidavits and declarations, memorandum of law, and other documents submitted to the Court.

1

Dated: November 7, 2023

**Larson · King, LLP**

By <u>  s/ *Shawn M. Raiter*  </u>
Shawn M. Raiter (#240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com

Blaine Finley (admitted *pro hac vice*)
**Cuneo Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC  20016
(202) 789-3960
bfinley@cuneolaw.com

Sarah Sterling Aldridge (*pro hac vice*)
**Barrett Law Group, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
(662) 834-2488 Telephone
saldridge@barrettlawgroup.com

**Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**