*In re Cattle and Beef Antitrust Litigation*
Case No. 22-md-3031 (JRT/JFD)
Declaration of Shawn M. Raiter -- Motion for Final Approval of Settlement

# EXHIBIT A

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**212-849-7237**

WRITER'S EMAIL ADDRESS
**samirashid@quinnemanuel.com**

April 20, 2023

<u>**VIA UPS OR USPS CERTIFIED MAIL**</u>

All Addressees Listed in Attachment A.

**Re:   Class Action Fairness Act – Notice to Federal and State Officials**
*In re Cattle and Beef Antitrust Litigation –*
*The Commercial and Institutional Indirect Purchaser Plaintiff Action*,
**Case No. 22-md-03031 (D. Minn.) (JRT/JFD)**

Dear Sir or Madam:

We represent JBS USA Food Company, Swift Beef Company, JBS Packerland, Inc., and JBS S.A. ("JBS") in the above-referenced matter. On behalf of JBS, this notice is to inform you, pursuant to 28 U.S.C. § 1715, of a proposed settlement of the Commercial and Institutional Indirect Purchaser Plaintiffs' claims against JBS in the above-referenced matter.

In accordance with 28 U.S.C. § 1715(b), JBS states as follows:

1) A court-filed copy of the Commercial and Institutional Indirect Purchaser Plaintiffs' operative Second Amended Complaint in the above-captioned matter is included in the accompanying CD. This version of the complaint was filed under seal with the Court and should be treated as confidential. In addition, prior complaints and all other pleadings and records filed in the above-captioned matter are available through the PACER service for the U.S. District Court for the District of Minnesota.[1]

2) On April 14, 2023, the Commercial and Institutional Indirect Purchaser Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement Between the Commercial and Institutional Indirect Purchaser Plaintiffs and JBS and for Leave to Disseminate Notice ("Motion"). The Motion, and the accompanying brief, declarations, proposed order, hearing notice, and the parties' Settlement Agreement are included in the accompanying CD. In addition, the parties entered into a confidential letter agreement specifying JBS's right to terminate or reduce the settlement amount if potential members of the Settlement Class representing more than a specified portion of relevant transactions

---

[1] *See* https://pacer.login.uscourts.gov/csologin/login.jsf?pscCourtId=MNDC&appurl=https://ecf.mnd.uscourts.gov/cgi-bin/showpage.pl?16.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

opt out of the Settlement Class. A copy of the confidential letter agreement is also included in the accompanying CD. JBS emphasizes that the confidential letter agreement was not filed with the Motion and should be treated as confidential.

3) The hearing on the Motion has not yet been scheduled. A final approval hearing also has not yet been scheduled.

4) No final judgment or notice of dismissal by the Commercial and Institutional Indirect Purchaser Plaintiffs has yet been entered in the above-referenced matter.

5) The Class Action Fairness Act also requires a defendant, "if feasible" to provide "the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is "not feasible," to provide a "reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." *See* 28 U.S.C. §1715(b)(7)(A)-(B). For a number of reasons, it is not feasible at this time to provide such information.

*First*, the potential members of the Settlement Class include "[a]ll persons and entities who during the Settlement Class Period [January 1, 2015 until the date of the order granting Preliminary Approval of the Settlement Class] indirectly purchased for business use in commercial food preparation in the United States, from any of the Defendants or their respective subsidiaries and affiliates, boxed or case-ready Beef processed from Fed Cattle, excluding ground beef made exclusively from culled cows." Given that the potential members of the Settlement Class are indirect purchasers that purchased from entities other than JBS, JBS lacks the information requested.

*Second*, and relatedly, data concerning the Settlement Class is still being compiled, and a settlement administrator will be tasked at a later date to determine each Settlement Class member's eligibility and amount of cash award.

6) No written judicial opinions relating to the proposed settlement have been issued as of this date.

If you have questions about this notice, the settlement, or the enclosed materials, or if you do not receive any of the above-listed materials, please contact us. Thank you for your attention to this matter.

[*Remainder of page intentionally left blank.*]

Respectfully submitted,

_____
Sami H. Rashid
Kevin A. Janus
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
samirashid@quinnemanuel.com
kevinjanus@quinnemanuel.com

*Counsel for JBS USA Food Company, Swift Beef Company, JBS Packerland, Inc., and JBS S.A.*

Enclosure and Attachment

Attachment A
CAFA Notice Service List
UPS or USPS Certified Mail

| Jurisdiction | Address |
|---|---|
| United States | U.S. Attorney General Merrick Garland<br>Office of the Attorney General<br>U.S. Department of Justice 950 Pennsylvania Avenue NW<br>Washington, D.C. 20530-0001 |
| Alabama | Attorney General Steve Marshall<br>Office of the Attorney General<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 |
| Alaska | Attorney General Treg R. Taylor<br>Office of the Attorney General<br>Alaska Department of Justice<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| Arizona | Attorney General Kris Mayes<br>Office of the Attorney General<br>2005 N. Central Avenue Phoenix, AZ 85004-2926 |
| Arkansas | Attorney General Tim Griffin<br>Office of the Attorney General<br>323 Center Street, Suite 200 Little Rock, AR 72201-2610 |
| California | Attorney General Rob Bonta<br>Office of the Attorney General<br>California Department of Justice<br>1300 "I" Street, Ste. 1740<br>Sacramento, CA 95814-2919 |
| Colorado | Attorney General Phil Weiser<br>Office of the Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| Connecticut | Attorney General William Tong<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106 |

1

**Attachment A**
**CAFA Notice Service List**
**UPS or USPS Certified Mail**

| Jurisdiction | Address |
|---|---|
| Delaware | Attorney General Kathy Jennings<br>Office of the Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 |
| District of Columbia | Attorney General Brian Schwalb<br>Office of the Attorney General<br>400 6th Street, NW<br>Washington, D.C. 20001 |
| Florida | Attorney General Ashley Moody<br>Office of the Attorney General<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 |
| Georgia | Attorney General Chris Carr<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| Hawaii | Attorney General Anne E. Lopez<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| Idaho | Attorney General Raúl R. Labrador<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720 Boise,<br>ID 83720-0010 |
| Illinois | Attorney General Kwame Raoul<br>Office of the Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601 |
| Indiana | Attorney General Todd Rokita Office of the Attorney General Indiana Government Center South 302 W. Washington Street, 5th Floor<br>Indianapolis, IN 46204 |

**Attachment A**
**CAFA Notice Service List**
**UPS or USPS Certified Mail**

| Jurisdiction | Address |
|---|---|
| Iowa | Attorney General Brenna Bird<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines, IA 50319 |
| Kansas | Attorney General Kris Kobach<br>Office of the Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597 |
| Kentucky | Attorney General Daniel Cameron<br>Office of the Attorney General 700<br>Capitol Avenue, Suite 118<br>Frankfort, KY 40601-3449 |
| Louisiana | Attorney General Jeff Landry<br>Office of the Attorney General<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 |
| Maine | Attorney General Aaron Frey<br>Office of the Attorney General<br>6 State House Station Augusta,<br>ME 04333 |
| Maryland | Attorney General Anthony G. Brown<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| Massachusetts | Attorney General Andrea Joy Campbell<br>Office of the Attorney General 1<br>Ashburton Place, 20th Floor<br>Boston, MA 02108-1698 |
| Michigan | Attorney General Dana Nessel<br>Office of the Attorney General<br>G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212 Lansing,<br>MI 48909-0212 |

Attachment A
CAFA Notice Service List
UPS or USPS Certified Mail

| Jurisdiction | Address |
|---|---|
| Minnesota | Attorney General Keith Ellison<br>Office of the Attorney General<br>445 Minnesota Street, Suite 1400<br>Saint Paul, MN 55101 |
| Mississippi | Attorney General Lynn Fitch<br>Office of the Attorney General<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205 |
| Missouri | Attorney General Andrew Bailey<br>Office of the Attorney General<br>Supreme Court Building<br>207 West High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| Montana | Attorney General Austin Knudsen<br>Office of the Attorney General 215<br>N. Sanders Street, Third Floor<br>P.O. Box 201401<br>Helena, MT 59620-1401 |
| Nebraska | Attorney General Mike Hilgers<br>Nebraska Attorney General 2115<br>State Capitol<br>PO Box 98920<br>Lincoln, NE 68509 |
| Nevada | Attorney General Aaron D. Ford<br>Office of the Attorney GeneralOld<br>Supreme Court Building<br>100 N. Carson Street<br>Carson City, NV 89701 |
| New Hampshire | Attorney General John Formella<br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH 03301 |

Attachment A
CAFA Notice Service List
UPS or USPS Certified Mail

| Jurisdiction | Address |
|---|---|
| New Jersey | Attorney General Matthew J. Platkin<br>Office of The Attorney General<br>RJ Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625-0080 |
| New Mexico | Attorney General Raúl Torrez<br>Office of the Attorney General 408<br>Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
| New York | Attorney General Letitia A. James<br>Office of the Attorney General<br>Department of Law<br>The Capitol, 2nd Floor<br>Albany, NY 12224-0341 |
| North Carolina | Attorney General Josh Stein<br>Office of the Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| North Dakota | Attorney General Drew Wrigley<br>Office of the Attorney General<br>600 E. Boulevard Avenue, Dept. 125<br>Bismarck, ND 58505-0040 |
| Ohio | Attorney General Dave Yost<br>Ohio Attorney General<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Oklahoma | Attorney General Gentner Drummond<br>Office of the Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| Oregon | Attorney General Ellen F. Rosenblum<br>Office of the Attorney General Oregon<br>Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096 |

**Attachment A**
**CAFA Notice Service List**
**UPS or USPS Certified Mail**

| Jurisdiction | Address |
|---|---|
| Pennsylvania | Attorney General Michelle A. Henry<br>Pennsylvania Office of the Attorney General<br>Strawberry Square, 16th Floor<br>Harrisburg, PA 17120 |
| Rhode Island | Attorney General Peter F. Neronha<br>Office of the Attorney General 150<br>South Main Street Providence, RI<br>02903 |
| South Carolina | The Honorable Alan Wilson<br>Office of the Attorney General<br>P.O. Box 11549 Columbia,<br>SC 29211-1549 |
| South Dakota | Attorney General Marty Jackley<br>Office of the Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501 |
| Tennessee | Attorney General Jonathan Skrmetti<br>Office of the Attorney General and Reporter<br>P.O. Box 20207 Nashville,<br>TN 37202-0207 |
| Texas | Attorney General Ken Paxton<br>Office of the Attorney General<br>P.O. Box 12548 Austin,<br>TX 78711-2548 |
| Utah | Attorney General Sean D. Reyes<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114-2320 |
| Vermont | Attorney General Charity R. Clark<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609-1001 |

Attachment A
CAFA Notice Service List
UPS or USPS Certified Mail

| Jurisdiction | Address |
|---|---|
| Virginia | Attorney General Jason Miyares<br>Office of the Attorney General 202<br>North Ninth Street<br>Richmond, VA 23219 |
| Washington | Attorney General Bob Ferguson<br>Office of the Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 |
| West Virginia | Attorney General Patrick Morrisey<br>Office of the Attorney General<br>State Capitol Complex, Building 1, Room E-26<br>1900 Kanawha Blvd. E<br>Charleston, WV 25305 |
| Wisconsin | Attorney General Josh Kaul<br>Office of the Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| Wyoming | Attorney General Bridget Hill<br>Office of the Attorney General<br>109 State Capitol<br>200 W. 24th Street<br>Cheyenne, WY 82002 |
| American Samoa | Attorney General Fainu'ulelei L.P. Falefatu Ala'ilima-Utu<br>Office of the Attorney General<br>Executive Office Building, 3rd Floor, P.O. Box 7<br>Pago Pago, American Samoa 96799 |
| Guam | Attorney General Douglas B. Moylan<br>Office of the Attorney General<br>ITC Building<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913 |
| National Government of the Federated States of Micronesia | The Honorable Joses R. Gallen<br>Department of Justice<br>PS105, Palikir<br>Pohnpei State, FM 96941 |

**Attachment A**
**CAFA Notice Service List**
**UPS or USPS Certified Mail**

| Jurisdiction | Address |
|---|---|
| Puerto Rico | Secretario de Justicia Domingo Emanuelli Hernández<br>Oficina de la Secretaria<br>Box 9020192<br>San Juan, PR 00902-0192 |
| Republic of the Marshall Islands | Attorney General Richard Hickson<br>Office of the Attorney General<br>P.O. Box 890<br>Majuro, MH 96960 |
| Republic of Palau | Attorney General Ernestine Rengiil<br>Office of the Attorney General<br>P.O. Box 1365<br>Koror, Palau 96940 |
| Saipan, Commonwealth of the Northern Mariana Islands | Attorney General Edward E. Manibusan<br>Office of the Attorney General<br>Caller Box 10007<br>Saipan, MP 96950-8907 |
| U.S. Virgin Islands | Acting Attorney General Carol Thomas-Jacobs<br>Office of the Attorney General<br>34-38 Kronprindsens<br>Gade GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands 00802 |