**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION | Case No. 22-md-3031 (JRT/JFD) |

This Document Relates To:

COMMERCIAL AND
INSTITUTIONAL INDIRECT
PURCHASER PLAINTIFF ACTION

---

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, SET ASIDE FOR FUTURE EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARD**

---

Pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs move the Court for an Order: (1) awarding attorney's fees, (2) allowing reimbursement of past litigation expenses, (3) allowing money to be set aside from the settlement for future litigation expenses, and (4) awarding a service award to the CIIPP class representative in connection with the CIIPPs' settlement with Defendants JBS USA Food Company, Swift Beef Company, JBS Packerland, Inc., and JBS S.A.

This motion is based on the memorandum, declarations, and materials submitted with this motion and the arguments of counsel at the hearing on the motion.

Dated: November 7, 2023   **Larson · King, LLP**

By    *s/ Shawn M. Raiter*
Shawn M. Raiter (#240424)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
sraiter@larsonking.com

Blaine Finley (admitted *pro hac vice*)
**Cuneo Gilbert & LaDuca, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC  20016
(202) 789-3960
bfinley@cuneolaw.com

Sarah Sterling Aldridge (*pro hac vice*)
**Barrett Law Group, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
(662) 834-2488 Telephone
saldridge@barrettlawgroup.com

**Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs**