## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION | Case No. 22-md-03031 (JRT/JFD) |
| This Document Relates To: ALL CASES. | **DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM WITNESS 1 (JASON FULLERTON)** |

Defendants, by and through their undersigned counsel, hereby move the court for an order compelling discovery from third-party fact witness James Fullerton ("Fullerton"), who is referenced in Plaintiffs' complaint as "Witness 1." Case No. 19-cv-1222, ECF No. 312 ¶ 117. Specifically, Defendants request an Order compelling Fullerton to search for and produce documents in response to Defendants' Subpoena Requests Nos. 14, 15, 17, and 20-31, from January 1, 2014 through December 28, 2020, to search for and produce all responsive documents that are being held in the files of his attorney, and to produce all responsive documents withheld based on an assertion of Plaintiffs' work product. This Motion is made pursuant to Federal Rules of Civil Procedure 26 and 45. This Motion is supported by all files, records, and proceedings herein, including the supporting memorandum of law, declaration, and exhibits filed herewith, and the arguments of counsel.

Dated: November 7, 2023

/s/  Jessica J. Nelson
Donald G. Heeman, Reg. No. 0286023
Jessica J. Nelson, Reg. No. 0347358
Randi J. Winter, Reg. No. 0391354
**SPENCER FANE LLP**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Tel.: (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spenderfane.com

Sami H. Rashid (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Tel.: (212) 849-7000
samirashid@quinnemanuel.com

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. in the DPP, Peterson, Erbert & Gerbert's, and Winn-Dixie cases*


/s/  Benjamin L. Ellison
Benjamin L. Ellison, Reg. No. 0392777
**JONES DAY**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Tel.: (612) 217-8862
bellison@jonesday.com

Julia E. McEvoy (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel.: (202) 879-3867
jmcevoy@jonesday.com

*Counsel for Defendant National Beef Packing Company, LLC*

/s/  Patrick E. Brookhouser, Jr.
Lewis A. Remele, Jr., Reg. No. 90724
Christopher R. Morris, Reg. No. 230613
**BASSFORD REMELE, P.A.**
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
Tel.: (612) 333-3000
lremele@bassford.com
cmorris@bassford.com

William F. Hargens (*pro hac vice*)
Mark F. Enenbach (*pro hac vice*)
Patrick E. Brookhouser, Jr. (*pro hac vice*)
Matthew G. Munro (*pro hac vice*)
**MCGRATH NORTH MULLIN & KRATZ, PC LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Tel: (402) 341-3070
whargens@mcgrathnorth.com
menenbach@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com
mmunro@mcgrathnorth.com

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. in the Cattle case*

| | |
|---|---|
| /s/  *Ulrike B. Connelly* | /s/  *Holley C. M. Horrell* |
| David P. Graham, Reg. No. 0185462 | X. Kevin Zhao, Reg. No. 0391302 |
| **DYKEMA GOSSETT, PLLC** | Holley C. M. Horrell, Reg. No. 0399636 |
| 4000 Wells Fargo Center | Davida S. McGhee, Reg. No. 0400175 |
| 90 South 7th Street | **GREENE ESPEL PLLP** |
| Minneapolis, MN 55402 | 222 S. Ninth Street, Suite 2200 |
| (612) 486-1521 | Minneapolis, MN 55402 |
| dgraham@dykema.com | (612) 373-0830 |
| | kzhao@greeneespel.com |
| Jon B. Jacobs (*pro hac vice*) | hhorrell@greeneespel.com |
| Jeremy C. Keeney (*pro hac vice*) | dwilliams@greeneespel.com |
| **PERKINS COIE LLP** | |
| 700 13th Street, NW, Suite 800 | Beth A. Wilkinson |
| Washington, DC 20005 | Kosta S. Stojilkovic |
| (202) 654-1758 | **WILKINSON STEKLOFF LLP** |
| jbjacobs@perkinscoie.com | 2001 M Street NW, 10th Floor |
| jkeeney@perkinscoie.com | Washington, DC  20036 |
| | (202) 847-4010 |
| Susan E. Foster (*pro hac vice*) | bwilkinson@wilkinsonstekloff.com |
| Ulrike B. Connelly (*pro hac vice*) | kstojilkovic@wilkinsonstekloff.com |
| Tiffany Lee (*pro hac vice*) | |
| Hannah Parman (*pro hac vice*) | Moria Penza |
| **PERKINS COIE LLP** | **WILKINSON STEKLOFF LLP** |
| 1201 Third Avenue, Suite 4900 | 130 W 42nd Street, Floor 24 |
| Seattle, WA 98101-3099 | New York, NY 10036 |
| (206) 359-8846 | (212) 294-8914 |
| sfoster@perkinscoie.com | mpenza@wilkinsonstekloff.com |
| uconnelly@perkinscoie.com | |
| tiffanylee@perkinscoie.com | Jacob D. Bylund (*pro hac vice*) |
| hparman@perkinscoie.com | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | 801 Grand Avenue, 33rd Floor |
| Barry G. Stratford (*pro hac vice*) | Des Moines, IA  50309 |
| **PERKINS COIE LLP** | (515) 248-9000 |
| 2901 N Central Avenue, Suite 200 | |
| Phoenix, Arizona 85012-2788 | Bennet Rawicki |
| (602) 351-8000 | **HILGERS GRABEN PLLC** |
| bstratford@perkinscoie.com | 7859 Walnut Hill Lane, Suite 335 |
| | Dallas, TX  75230 |
| Caroline Gizem Tunca (*pro hac vice*) | (469) 640-6842 |
| **PERKINS COIE LLP** | brawicki@hilgersgraben.com |
| 110 North Wacker Drive, Suite 3400 | |
| Chicago, Illinois  60606 | Britt M. Miller (*pro hac vice*) |
| (312) 324-8400 | Matthew Provance (*pro hac vice*) |
| ctunca@perkinscoie.com | **MAYER BROWN LLP** |
| | 71 South Wacker Drive |
| *Counsel for Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc.* | Chicago, IL 60606 |

3

        (312) 782-0600
        bmiller@mayerbrown.com
        mprovance@mayerbrown.com

        William H. Stallings (*pro hac vice*)
        **MAYER BROWN LLP**
        1999 K Street, NW
        Washington, DC 20006-1101
        (202) 263-3338
        wstallings@mayerbrown.com

        *Counsel for Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation*