UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re Cattle and Beef Antitrust Litigation*<br><br>This Document Relates to:<br>ALL COMMERCIAL AND<br>INSTITUTIONAL INDIRECT<br>PURCHASER PLAINTIFF ACTIONS | Case No. 22-md-3031 (JRT/JFD) |

**JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND REGARDING ANSWERING REVISED PARAGRAPHS OF COMMERCIAL AND INSTITUTIONAL AND INDIRECT PURCHASER PLAINTIFFS' THIRD AMENDED COMPLAINT**

The parties to the above-captioned MDL, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, pursuant to the Court's January 24, 2023 Order on the Parties' Stipulation to Modify Pretrial Scheduling Order at Case No. 22-cv-03031 (ECF No. 129, the "January 24, 2023 Order"), Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") filed their Motion to Amend Pleading and File Third Amended Complaint (ECF No. 359, "October 3, 2023 Motion").

WHEREAS, CIIPPs' proposed Third Amended Complaint ("Third Amended Complaint") included 15 new putative class representatives ("New CIIPPs) (ECF No. 361, Ex. 1).

WHEREAS, the Cargill, National Beef, and Tyson Defendants ("Defendants") opposed CIIPPs' Third Amended Complaint, citing concerns about the increased discovery burdens, and asked for a meet-and-confer about the discovery schedule.

WHEREAS, in response to CIIPPs' Third Amended Complaint, Defendants and CIIPPs counsel have met and conferred about the discovery schedule and, for good cause (given the additional discovery burdens in an already complex litigation), agreed to modify the Pretrial Scheduling Order (Case No. 20-cv-1319 (JRT/JFD), ECF No. 571) to set new and accelerated deadlines for the New CIIPPs added in the Third Amended Complaint, subject to the Court's approval. All of these agreed-upon dates, along with additional provisions, are incorporated into the proposed schedule below.

WHEREAS, given Defendants' and CIIPPs' agreement to modify the Pretrial Scheduling Order, and subject to the reservations below, Defendants do not oppose CIIPPs' Third Amended Complaint.

WHEREAS, CIIPPs' Third Amended Complaint is substantively identical to CIIPPs' Second Amended Complaint (Case No. 20-cv-1319 (JRT/JFD), ECF No. 261) with the exception of adding the New CIIPPs and certain state law claims.

WHEREAS, Defendants and CIIPPs counsel have agreed that Defendants need only answer the amended paragraphs of the Third Amended Complaint, with Defendants' individual answers to the unchanged allegations of the Second Amended Complaint remaining in effect.

BASED UPON THE RECITALS ABOVE, the Defendants and CIIPPs counsel hereby stipulate and agree, subject to the Court's approval, that Defendants need only answer the amended paragraphs of the Third Amended Complaint (paragraphs 32-46 on Docket Page Nos. 15-20, paragraph 326 on Docket Page No. 119, paragraph 326 on Docket Page Nos. 128-129, paragraph 353 on Docket Page Nos. 140-141, and footnote 70 on

2

Docket Page No. 148)[1] on or before seven days from the issuance of the Court's Order, with Defendants' individual answers to the unchanged allegations of the Second Amended Complaint and all defenses stated therein remaining in effect.

## **Specific Deadlines for New CIIPPs**

| Event | New Deadline |
|---|---|
| New CIIPPs to serve responses and objections to RFPs previously served on existing CIIPPs, which will be deemed served on new CIIPPs. | November 14, 2023 |
| New CIIPPs to serve initial and Attachment 1 disclosures | November 14, 2023 |
| New CIIPPs to serve proposed lists of custodians and non-custodial sources | November 14, 2023 |
| Defendants to serve counterproposals to the New CIIPPs proposed lists of custodians and non-custodial sources | 14 days after receiving proposals. |
| New CIIPPs to serve First Phase proposed search terms pursuant to the Search Methodology Order ("SMO") (ECF No. 572, Case No. 20-cv-1319) | October 31, 2023 |
| Defendants to serve proposed revisions to New CIIPPs' First Phase proposed search terms pursuant to the SMO | 14 days after service of New CIIPPs First Phase proposed search terms |
| New CIIPPs to produce structured data | CIIPPs to begin rolling production of structured data by November 21, 2023; substantial completion by January 19, 2024 |
| New CIIPPs to begin rolling productions | CIIPPs to begin rolling production of structured data by November 21, 2023; |

---

[1] Due to numbering errors in CIIPPs' Third Amended Complaint (ECF No. 361, Ex. 1), several paragraph numbers are repeated throughout the document. For example, there are three separate paragraphs numbered 326 (beginning on Docket Page Nos. 115, 119, and 128). As a result, this Stipulation identifies the specific docket page numbers where the above-cited paragraphs and footnotes are located in the filing.

| Event | New Deadline |
|---|---|
|  | substantial completion by January 19, 2024 |
| Parties to discuss Second Phase search terms pursuant to the SMO, if necessary | January 24, 2024 |

## Additional Provisions

1. As noted in the Court's January 24, 2023 Order, new parties, such as New CIIPPs, must avoid duplicating the discovery that has already been taken in this *In re Cattle and Beef Antitrust Litigation* and coordinate with other Plaintiffs concerning the need for any such additional discovery, taking into consideration relevance and the proportionality factors of Fed. R. Civ. P. 26(b). To the extent that a New CIIPP decides to pursue additional discovery, Defendants reserve all rights to object to the discovery.

2. Defendants reserve all rights as to how the additional discovery burdens associated with the 15 additional named plaintiffs affects the feasibility of the overall discovery schedule for this MDL.

3. Consistent with the above, the parties respectfully request that the Court enter the concurrently submitted proposed order.

   **SO STIPULATED.**

Dated: November 08, 2023                           Respectfully submitted,

| | |
|---|---|
| */s/ Sterling Alridge* | */s/ Susan E. Foster* |
| Sterling Alridge (*pro hac vice*) | Susan E. Foster (*pro hac vice*) |
| Don Barrett (*pro hac vice*) | Ulrike B. Connelly (*pro hac vice*) |
| David McMullan (*pro hac vice*) | Tiffany Lee (*pro hac vice*) |
| **BARRETT LAW GROUP, P.A.** | Hannah Parman (*pro hac vice*) |
| P.O. Box 927 | **PERKINS COIE LLP** |
| 404 Court Square North | 1201 Third Avenue, Suite 4900 |
| Lexington, Mississippi 39095-0927 | Seattle, WA 98101-3099 |
| Tel: (662) 834-9168 | Tel: (206) 359-8846 |
| Fax: (662) 834-2628 | sfoster@perkinscoie.com |
| saldridge@barrettlawgroup.com | uconnelly@perkinscoie.com |
| donbarrettpa@gmail.com | tiffanylee@perkinscoie.com |
| mcmullan@BarrettLawGroup.com | hparman@perkinscoie.com |
| Shawn M. Raiter (MN #240424) | |
| **LARSON KING LLP** | Jon B. Jacobs (*pro hac vice*) |
| 30 East Seventh Street, Suite 2800 | **PERKINS COIE LLP** |
| St. Paul, MN 55101 | 700 13th Street, NW, Suite 800 |
| Tel: (651) 312-6518 | Washington, DC 20005 |
| sraiter@larsonking.com | Tel: (202) 654-1758 |
| | jbjacobs@perkinscoie.com |
| Blaine Finley (*pro hac vice*) | |
| **CUNEO GILBERT & LADUCA, LLP** | Barry G. Stratford (*pro hac vice*) |
| 4725 Wisconsin Avenue, NW, Suite 200 | **PERKINS COIE LLP** |
| Washington, DC 20016 | 2901 N. Central Avenue |
| Tel: (202) 789-3960 | Suite 2000 |
| bfinley@cuneolaw.com | Phoenix, Arizona 85012-2788 |
| | Tel: (602) 351-8000 |
| Jon Tostrud | bstratford@perkinscoie.com |
| Anthony Carter (to apply *pro hac vice*) | |
| **TOSTRUD LAW GROUP, P.C.** | Caroline Gizem Tunca (*pro hac vice*) |
| 1925 Century Park East | **PERKINS COIE LLP** |
| Suite 2100 | 110 North Wacker Drive, Suite 3400 |
| Los Angeles, CA 90067 | Chicago, Illinois 60606 |
| jtostrud@tostrudlaw.com | Tel: (312) 324-8400 |
| acarter@tostrudlaw.com | ctunca@perkinscoie.com |
| | |
| ***Counsel for Erbert & Gerbert's, Inc. and the Proposed Beef Commercial Indirect Purchaser Plaintiffs*** | ***Counsel for Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc.*** |

*/s/ X. Kevin Zhao*
X. Kevin Zhao, Reg. No. 0391302
Holley C. M. Horrell, Reg. No. 0399636
Davida S. McGhee Williams, Reg. No. 0400175
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
kzhao@greeneespel.com
hhorrell@greeneespel.com
dwilliams@greeneespel.com

Britt M. Miller (*pro hac vice*)
Matthew Provance (*pro hac vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

William H. Stallings (*pro hac vice*)
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
(202) 263-3338
wstallings@mayerbrown.com

Jacob D. Bylund (*pro hac vice)*
**FAEGRE DRINKER BIDDLE & REATH LLP**
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000

Beth A. Wilkinson
Kosta Stojilkovic
**WILKINSON STEKLOFF LLP**
2001 M Street, NW, 10th Floor
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com

6

kstojilkovic@wilkinsonstekloff.com

Moira Penza
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24
New York, NY 10036
(212) 294-8914
mpenza@wilkinsonstekloff.com

*Counsel for Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation*


*/s/ Benjamin L. Ellison*
Benjamin L. Ellison, Reg. No. 0392777
Chelsea A. Bunge-Bollman, Reg. No. 0401297
**JONES DAY**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Tel.: (612) 217-8862
bellison@jonesday.com
cbungebollman@jonesday.com

Julia E. McEvoy (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel.: (202) 879-3867
jmcevoy@jonesday.com

Michelle Fischer (*pro hac vice*)
**JONES DAY**
901 Lakeside Avenue
North Point
Cleveland, OH 44114
Tel.: 216-586-3939
mfischer@jonesday.com

Tiffany Lipscomb-Jackson (*pro hac vice*)
**JONES DAY**
325 John H. McConnell Blvd., Suite 600

Columbus, OH 43215
Tel.: 614-281-3939
tdlipscombjackson@jonesday.com

Eddie Hasdoo (*pro hac vice*)
**JONES DAY**
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601
Tel.: 312-269-4214
ehasdoo@jonesday.com

*Counsel for Defendant National Beef Packing Company, LLC*