# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>ALL CASES. | Case No. 22-md-03031 (JRT/JFD)<br><br>**ORDER** |

Pursuant to the Joint Stipulation Regarding Extension of Time to Respond to Defendants' Motion to Compel Discovery from Witness 1 (Jason Fullerton) [ECF No. 428] entered into by Defendants, Jason Fullerton and Cattle Plaintiffs, **IT IS HEREBY ORDERED**:

Jason Fullerton and Cattle Plaintiffs may each file a response to Defendants' Motion to Compel Discovery from Witness 1 (Jason Fullerton) by November 22, 2023.

Dated: November 14, 2023

      *s/ John F. Docherty*
The Honorable John F. Docherty
United States Magistrate Judge