IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re Cattle and Beef Antitrust Litigation*<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 22-md-3031 (JRT/JFD) |

**PROPOSED JOINT AGENDA FOR THE**
**NOVEMBER 21, 2023 CASE MANAGEMENT CONFERENCE**

The parties hereby submit this Proposed Joint Agenda and list of appearances, for the Case Management Conference set before Judge Tunheim and Magistrate Judge Docherty, by ZOOMGOV video technology at 2:00 p.m. on November 21, 2023.

**Appearances**

The following attorneys will appear at the conference:

| Plaintiffs' Counsel Appearances ||
|---|---|
| **Cattle** | Patrick McGahan<br>Daniel O. Herrera |
| **Beef Consumer Indirect Purchasers** | Brian Clark<br>W. Joseph Bruckner<br>Simeon A. Morbey<br>Abby R. Wolf |
| **Beef Direct Purchasers** | Megan Jones<br>Jason Hartley<br>Michelle Looby<br>Adam Zapala |
| **Beef Commercial Indirect Purchasers** | Blaine Finley<br>Shawn Raiter |
| **Indirect Cattle Sellers** | Rick Paul<br>Tab Turner |
| **DAPs** | Philip J. Iovieno |

| **Defendants' Counsel Appearances** ||
|---|---|
| **Cargill** | Holley C. M. Horrell <br> Kosta Stojilkovic |
| **National Beef** | Benjamin L. Ellison |
| **JBS** | Donald G. Heeman <br> Sami H. Rashid |
| **Tyson** | Susan E. Foster |

## Agenda Items

I. **Case Management Matters**

   A. **Plaintiffs' Request to Add as a Custodian JBS S.A.'s Former CEO, Wesley Mendonça Batista.**

   Speaking for Plaintiffs:  Daniel O. Herrera

   Speaking for Defendants:  The JBS Defendants do not agree that there is any issue that is ripe for the Court's consideration or appropriately addressed with the Court at this Conference. To the extent the Court has questions, Sami H. Rashid will speak for the JBS Defendants.

   B. **Report on Cargill's Productions.**

   Speaking for Plaintiffs: Abby R. Wolf

   Speaking for Cargill Defendants:  Cargill Defendants do not agree that there is any issue that is ripe for the Court's consideration or appropriately addressed with the Court at this Conference. To the extent the Court has questions, Holley C. M. Horrell will speak for Cargill Defendants.

   C. **Any Questions About the Status of Discovery in the Litigation.**

   The parties can provide the Court an update about the status of discovery.

   Speaking for Plaintiffs: Daniel O. Herrera

   Speaking for Defendants:  Holley C. M. Horrell

**D.     Motion for Final Approval of CIIPP Settlement with JBS.**

Speaking for Plaintiffs: Shawn M. Raiter

Speaking for JBS: Sami H. Rashid

| | |
|---|---|
| Dated: November 16, 2023 | Respectfully submitted, |
| /s/ Patrick J. McGahan<br>David R. Scott (*pro hac vice*)<br>Amanda F. Lawrence (*pro hac vice*)<br>Patrick J. McGahan (*pro hac vice*)<br>Michael P. Srodoski (Bar No. 0398250)<br>**SCOTT + SCOTT**<br>**ATTORNEYS AT LAW LLP**<br>156 Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel.: 860-537-5537<br>Fax.: 860-537-4432<br>david.scott@scot-scott.com<br>alawrence@scott-scott.com<br>pmcgahan@scott-scott.com<br>msrodoski@scott-scott.com<br><br>Joseph P. Guglielmo (*pro hac vice*)<br>**SCOTT + SCOTT**<br>**ATTORNEYS AT LAW LLP**<br>The Helmsley Building<br>230 Park Avenue<br>17th Floor<br>New York, NY 10169<br>Tel.: 212-223-6444<br>Fax: 212-223-6334<br>jguglielmo@scott-scott.com<br><br>Jennifer W. Sprengel (*pro hac vice*)<br>Daniel O. Herrera (*pro hac vice*)<br>Kaitlin Naughton (*pro hac vice*)<br>**CAFFERTY CLOBES**<br>**MERIWETHER & SPRENGEL LLP** | /s/ Holley C. M. Horrell<br>Holley C. M. Horrell, Reg. No. 0399636<br>X. Kevin Zhao, Reg. No. 0391302<br>Davida S. McGhee Williams, Reg. No. 0400175<br>**GREENE ESPEL PLLP**<br>222 S. Ninth Street, Suite 2200<br>Minneapolis, MN 55402<br>(612) 373-0830<br>hhorrell@greeneespel.com<br>kzhao@greeneespel.com<br>dwilliams@greeneespel.com<br><br>Britt M. Miller (*pro hac vice*)<br>Matthew Provance (*pro hac vice*)<br>**MAYER BROWN LLP**<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>bmiller@mayerbrown.com<br>mprovance@mayerbrown.com<br><br>William H. Stallings (*pro hac vice*)<br>**MAYER BROWN LLP**<br>1999 K Street, NW<br>Washington, DC 20006-1101<br>(202) 263-3338<br>wstallings@mayerbrown.com<br><br>Jacob D. Bylund (*pro hac vice)*<br>**FAEGRE DRINKER BIDDLE &**<br>**REATH LLP**<br>801 Grand Avenue, 33rd Floor |

135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
Tel.: 312-782-4882
Fax: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
knaughton@caffertyclobes.com

Ellen Meriwether (*pro hac vice*)
**CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Tel.: 215-864-2800
Fax: 215-864-2810
emeriwether@caffertyclobes.com

*Interim Co-Lead Counsel for the Cattle Plaintiffs*

K. Craig Wildfang (Bar No. 0117043)
Thomas J. Undlin (Bar No. 0183751)
Stacey P. Slaughter (Bar No. 0296971)
Geoff Kozen
Eric P. Barstad
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel.: 612-349-8500
Fax: 612-339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ebarstad@robinskaplan.com

Kellie Lerner
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Tel.: 212-980-7400
Fax: 212-980-7499
klerner@robinskaplan.com

Des Moines, IA 50309
(515) 248-9000

Beth A. Wilkinson
Kosta Stojilkovic
**WILKINSON STEKLOFF LLP**
2001 M Street, NW, 10th Floor
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com

Moira Penza
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24
New York, NY 10036
(212) 294-8914
mpenza@wilkinsonstekloff.com

*Counsel for Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation*

/s/   Benjamin L. Ellison
Benjamin L. Ellison, Reg. No. 0392777
Chelsea A. Bunge-Bollman, Reg. No. 0401297
**JONES DAY**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Tel.: (612) 217-8862
bellison@jonesday.com
cbungebollman@jonesday.com

Julia E. McEvoy (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel.: (202) 879-3867
jmcevoy@jonesday.com

Michelle Fischer (*pro hac vice*)
**JONES DAY**

*Liaison Counsel for the Cattle Plaintiffs*

/s/ Shana E. Scarlett
Shana E. Scarlett (*pro hac vice*)
Rio S. Pierce (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Tel.: (510) 725-3000
Fax: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)
Kyle J. Pozan (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55402
Tel.: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com
kjpozan@locklaw.com

J. Barton Goplerud
Shindler, Anderson, Goplerud & Weese, PC
5015 Grand Ridge Drive, Suite 100

901 Lakeside Avenue
North Point
Cleveland, OH 44114
Tel.: 216-586-3939
mfischer@jonesday.com

Tiffany Lipscomb-Jackson (*pro hac vice*)
**JONES DAY**
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel.: 614-281-3939
tdlipscombjackson@jonesday.com

Eddie Hasdoo (*pro hac vice*)
**JONES DAY**
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601
Tel.: 312-269-4214
ehasdoo@jonesday.com
*Counsel for Defendant National Beef Packing Company, LLC*

/s/   Sami H. Rashid
Donald G. Heeman, Reg. No. 0286023
Jessica J. Nelson, Reg. No. 0347358
Randi J. Winter, Reg. No. 0391354
**SPENCER FANE**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Tel.: (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Michael Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Tel.: (212) 849-7000
michaelcarlinsky@quinnemanuel.com

5

West Des Moines, Iowa 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagslaw.com

*Counsel for Plaintiffs and the Proposed Consumer Indirect Purchaser Classes in the Peterson Action*

/s/ Michelle Looby
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#259337)
Michelle J. Looby (#0388166)
Joshua J. Rissman (#0391500)
Anthony J. Stauber (#0401093)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
astauber@gustafsongluek.com

Dennis J. Stewart (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Ste. 3300
San Diego, CA 92101
Tel: (612) 333-8844
Fax: (612) 339-6622
dstewart@gustafsongluek.com

Adam J. Zapala (*pro hac vice*)
Elizabeth T. Castillo (*pro hac vice*)
James G. Dallal (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000

samirashid@quinnemanuel.com

Lewis A. Remele, Jr., Reg. No. 90724
Christopher R. Morris, Reg. No. 230613
**BASSFORD REMELE, P.A.**
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
Tel.: (612) 333-3000
lremele@bassford.com
cmorris@bassford.com

William F. Hargens (*pro hac vice*)
Patrick E. Brookhouser, Jr. (*pro hac vice*)
**MCGRATH NORTH MULLIN & KRATZ, PC LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Tel: (402) 341-3070
whargens@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A.*

/s/   Ulrike B. Connelly
Susan E. Foster (*pro hac vice*)
Ulrike B. Connelly (*pro hac vice*)
Tiffany Lee (*pro hac vice*)
Hannah Parman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8846
sfoster@perkinscoie.com
uconnelly@perkinscoie.com
tiffanylee@perkinscoie.com
hparman@perkinscoie.com

Jon B. Jacobs (*pro hac vice*)
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800

azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
40 Worth Street, Suite 602
New York, NY 10013
Tel: (212) 201-6820
Fax: (917-398-7753
abarnett@cpmlegal.com

Jason S. Hartley (*pro hac vice*)
Jason M. Lindner (*pro hac vice*)
**HARTLEY LLP**
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel: (619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com

Megan E. Jones (*pro hac vice*)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
mjones@hausfeld.com

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Plaintiffs*

/s/ Blaine Finley
Shawn M. Raiter (MN #240424)
**LARSON KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Tel: (651) 312-6518
sraiter@larsonking.com

Don Barrett (*pro hac vice*)
Sterling Aldridge (*pro hac vice*)
**BARRETT LAW GROUP, P.A.**

Washington, DC 20005
Tel: (202) 654-1758
jbjacobs@perkinscoie.com

Barry G. Stratford (*pro hac vice*)
**PERKINS COIE LLP**
2901 N. Central Avenue
Suite 2000
Phoenix, Arizona 85012-2788
Tel: (602) 351-8000
bstratford@perkinscoie.com

Caroline Gizem Tunca (*pro hac vice*)
**PERKINS COIE LLP**
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606
Tel: (312) 324-8400
ctunca@perkinscoie.com

David P. Graham, Reg. No. 0185462
**DYKEMA GOSSETT, PLLC**
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 486-1521
dgraham@dykema.com

*Counsel for Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc.*

P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927
Tel: (662) 834-9168
Fax: (662) 834-2628
donbarrettpa@gmail.com
saldridge@barrettlawgroup.com

Blaine Finley (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 789-3960
bfinley@cuneolaw.com

Jon Tostrud
Anthony Carter (to apply *pro hac vice*)
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

*Counsel for Erbert & Gerbert's, Inc. and the Proposed Beef Commercial Indirect Purchaser Plaintiffs*

/s/ Richard M. Paul III
Richard M. Paul III
Laura Fellows
David Bodenheimer
PAUL LLP
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Rick@PaulLLP.com
Laura@PaulLLP.com
David@PaulLLP.com

Alicia O'Neill
**WATTS GUERRA LLC**
5726 W. Hausman, Suite 119

San Antonio, Texas 78249
Telephone: (210) 447-0500
Fax: (210) 447-0501
aoneill@wattsguerra.com

Mikal C. Watts
**WATTS GUERRA LLC**
Millennium Park Plaza RFO
Suite 410, CII2
Guaynabo, Puerto Rico 00966
Phone: (210) 447-0500
Fax: (210) 447-0501
mcwatts@wattsguerra.com


Tab Turner
**TURNER & ASSOCIATES, P.A.**
4705 Somers Avenue
North Little Rock, Arkansas 72116
Telephone: (501) 791-2277
tab@tturner.com

*Counsel for the Specht Plaintiffs*

Richard Alan Arnold
William J. Blechman
Kevin J. Murray
Douglas H. Patton
Samuel J. Randall
Michael A. Ponzoli
**KENNY NACHWALTER, P.A.**
1441 Brickell Avenue, Suite 1100
Miami, FL  33131
rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
dpatton@knpa.com
srandall@knpa.com
mponzoli@knpa.com

Paul E. Slater
Joseph M. Vanek

David P. Germaine
Phillip F. Cramer
Alberto Rodriguez
Jeffrey H. Bergman
**SPERLING & SLATER, LLC**
55 West Monroe Street
Suite 3200
Chicago, IL  60603
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
pcramer@sperling-law.com
arodriguez@sperling-law.com
jbergman@sperling-law.com


David B. Esau
Kristin A. Gore
Garth T. Yearick
**CARLTON FIELDS, P.A.**
525 Okeechobee Boulevard
Suite 1200
West Palm Beach, FL  33401
desau@carltonfields.com
kgore@carltonfields.com
gyearick@carltonfields.com

Eric R. Lifvendahl
**L&G LAW GROUP, LLP**
175 W. Jackson, Suite 950
Chicago, IL  60604
elifvendahl@lgcounsel.com

Richard L. Coffman
**THE COFFMAN LAW FIRM**
3355 W. Alabama Street, Suite 240
Houston, TX  77098
rcoffman@coffmanlawfirm.com

Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
Erin Gibson Allen

10

**MARCUS & SHAPIRA LLP**
One Oxford Center
35th Floor
Pittsburgh, PA  15219
marcus@marcus-shapira.com
cain-mannix@marcus-shapira.com
hill@marcus-shapira.com
Allen@marcus-shapira.com

Robert N. Kaplan
Elana Katcher
Matthew P. McCahill
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue
14th Floor
New York, NY  10022
rkaplan@kaplanfox.com
ekatcher@kaplanfox.com
mmccahill@kaplanfox.com

Scott E. Gant
**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, N.W.
Washington, D.C.  20005
sgant@bsfllp.com
mmitchell@bsfllp.com
cmiller@bsfllp.com

Colleen Harrison
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
charrison@bsfllp.com

Sarah L. Jones
**BOIES SCHILLER FLEXNER LLP**
725 South Figueroa Street
Los Angeles, California 90017
sjones@bsfllp.com

Philip J. Iovieno
Jack G. Stern
Mark A. Singer

Justin V. Arborn
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, NY 10281
philip.iovieno@cwt.com
jack.stern@cwt.com
mark.singer@cwt.com
justin.arborn@cwt.com

Patrick J. Ahern
Theodore B. Bell
**AHERN AND ASSOCIATES, P.C.**
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
Ph: (312) 404-3760
patrick.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com

Michael Calhoon
Julie B. Rubenstein
Brian C. Kerr
Christopher P. Wilson
Elizabeth E. Parker
Wyatt M. Carlock
**BAKER BOTTS L.L.P.**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7739
Facsimile: (202) 585-1058
michael.calhoon@bakerbotts.com
julie.rubenstein@bakerbotts.com
brian.kerr@bakerbotts.com
christopher.wilson@bakerbotts.com
elizabeth.parker@bakerbotts.com
wyatt.carlock@bakerbotts.com

*Counsel for Direct Action Plaintiffs*