# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This Document Relates To:<br>**ALL ACTIONS** | No. 22-md-3031 (JRT/JFD) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the court and counsel that attorney Katherine May of the law firm of Perkins Coie LLP withdraws as counsel of record for Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc. ("Tyson") in the above-captioned matter. Tyson will continue to be represented by its other counsel of record.

Dated: January 19, 2024.

**PERKINS COIE LLP**

*/s/ Tiffany L. Lee*
Susan E. Foster (*pro hac vice*)
Ulrike B. Connelly (*pro hac vice*)
Tiffany Lee (*pro hac vice*)
Hannah Parman (*pro hac vice*)
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8846
sfoster@perkinscoie.com
uconnelly@perkinscoie.com
tiffanylee@perkinscoie.com
hparman@perkinscoie.com

165089146.1

Jon B. Jacobs (*pro hac vice*)
700 13th Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 654-1758
jbjacobs@perkinscoie.com

Barry G. Stratford (*pro hac vice*)
2901 N. Central Avenue
Suite 2000
Phoenix, Arizona 85012-2788
Tel: (602) 351-8000
bstratford@perkinscoie.com

Caroline Gizem Tunca (*pro hac vice*)
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606
Tel: (312) 324-8400
ctunca@perkinscoie.com

Henry Hauser
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Tel: (303) 291-2300
HHauser@perkinscoie.com

David Chiappetta
505 Howard Street, Suite 1000
San Francisco, CA 94105
Tel: (415) 344-7000
DChiappetta@perkinscoie.com

***Counsel for Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc.***

165089146.1