IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*In re Cattle and Beef Antitrust Litigation*

This Document Relates to:

ALL ACTIONS

Case No. 22-md-3031 (JRT/JFD)

This matter came before the Court at the Case Management Conference on January 24, 2024. All parties agree that it is appropriate to extend the discovery and other deadlines in this case, disagree about the magnitude of that extension. Based on the parties' oral and written submissions, the Court now enters the following Order Amending Case Schedule.

## ORDER AMENDING CASE SCHEDULE

| Event | Current Schedule (Dkt. No. 129) | New Deadline |
| --- | --- | --- |
| Parties to substantially complete their productions of documents from any new custodians | N/A | March 1, 2024 for any new custodians agreed as of December 31, 2023; within 90 days of any post-Dec. 31, 2023 agreement or any Court Order granting additional custodians.[1] |
| Class certification motions and Plfs. serve class cert. expert reports | April 25, 2024 | September 25, 2024 |
| Defs.' class cert. oppositions, Defs.' class cert. Daubert motions, and Defs. serve class cert. expert reports | June 27, 2024 | February 25, 2025 |

---

[1] Because Plaintiffs made their second-round custodian proposal to the Cargill Defendants in November 2023 and related negotiations over second-round custodians for Cargill are still in progress, the parties may negotiate a separate timeline for Cargill's second-round custodian productions.

| Close of Fact Discovery | August 7, 2024 | January 7, 2025 for all fact discovery except for discovery from any DAP that files a new action within three months of or following the close of fact discovery. Any such DAP shall negotiate with defendants to provide time for defendants to take reasonable and adequate fact discovery of any such DAP, having regard to the existing deadlines set by ECF No. 129.[2] |
|---|---|---|
| Plfs.' class cert. replies, Plfs.' class-cert.-related Daubert motions, Plfs.' opps. to Defs.' Daubert motions, and Plfs. serve any class cert. expert rebuttal reports | September 5, 2024 | May 6, 2025 |
| Defs.' opps. to Plfs.' Daubert motions, and Defs.' replies ISO Defs.' Daubert motions | October 14, 2024 | July 2, 2025 |
| Plfs.' replies ISO Plfs.' Daubert motions | November 25, 2024 | August 15, 2025 |
| Additional deadlines related to trial experts and other deadlines | At the close of fact discovery, the parties should meet and confer about setting merits expert discovery deadlines and present a proposal to the Court within 60 days after that deadline. | At the close of fact discovery for Class Plaintiffs, the parties should meet and confer about setting merits expert discovery deadlines and present a proposal to the Court within 30 days after that deadline. |

**SO ORDERED.**

---

[2] No testimony obtained after April 5, 2025 will be used in any non-DAP case, including but not limited to any briefing, expert report(s) and/or trial.

Dated: February 9, 2024

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge