# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

*In re Cattle and Beef Antitrust Litigation*

This Document Relates to:

ALL ACTIONS

Case No. 22-md-3031 (JRT/JFD)

### [PROPOSED] ORDER CORRECTING AMENDMENT TO CASE SCHEDULE

Having come before the undersigned Magistrate Judge of the United States District Court for the District of Minnesota, and based upon all the files, records, proceedings, and arguments of counsel, the Court now enters the following corrected Amended Case Schedule, superseding its February 9, 2024 Order (ECF No. 547).

### ORDER AMENDING CASE SCHEDULE

| Event | Current Schedule (Dkt. No. 129) | New Deadline |
|---|---|---|
| Parties to substantially complete their productions of documents from any new custodians | N/A | January 31, 2024 for any new custodians agreed as of December 31, 2023; within 30 days of: a) any Court Order granting additional custodians[1]; or b) the producing party's agreement to add the new custodian the requesting party shall meet and confer with the producing party regarding any good faith request for an extension to these deadlines.[2] |
| Production of privilege logs | *See* Protective Order §19(a) | Parties to use reasonable, good faith efforts to timely serve privilege logs on a rolling basis |

---

[1] Because Plaintiffs made their second-round custodian proposal to the Cargill Defendants in November 2023 and related negotiations over second-round custodians for Cargill are still in progress, the parties may negotiate a separate timeline for Cargill's second-round custodian productions.

[2] These Deadlines do not apply to New DAPs whose production schedules are governed by ECF No. 129.

| | | |
|---|---|---|
| | | for any productions to avoid the production of a substantial privilege log at the end of the discovery period, but in no event later than within 40 days of service of the production and in any event, for productions made in 2023, no later than January 31, 2024.  Once the case is within 60 days of the discovery cut-off, any additional Privilege Logs must be served promptly (presumptively within two weeks and in any event no later than one week before the fact cut-off) after any additional document productions served. |
| Parties who have noticed a deposition shall (1) request privilege / redaction re-review associated with particular depositions ("Deposition Priv. Review Request"); and (2) confirm content of text messages have been produced | N/A | At least 21 days in advance of a given deposition |
| Party whose witness is being deposed to (1) review deposing party's Deposition Priv. Review Request and produce any downgrades and revised privilege logs and (2) produce or deny production of content of text messages | N/A | At least 14 days in advance of a given deposition |
| Parties submit to neutral or magistrate: (1) disputed privileged entries; and (2) any dispute about content of text messages. | N/A | At least 7 days in advance of a given deposition |
| Class certification motions | April 25, 2024 | September 25, 2024 |

2

| | | |
|---|---|---|
| and Plfs. serve class cert. expert reports | | |
| Defs.' class cert. oppositions, Defs.' class cert. *Daubert* motions, and Defs. serve class cert. expert reports | June 27, 2024 | December 27, 2024 |
| Close of Fact Discovery | August 7, 2024 | February 7, 2025 for all fact discovery except for discovery from any DAP that files a new action within three months of or following the close of fact discovery. Any such DAP shall negotiate with defendants to provide time for defendants to take reasonable and adequate fact discovery of any such DAP, having regard to the existing deadlines set by ECF No. 129. |
| Plfs.' class cert. replies, Plfs.' class-cert.-related *Daubert* motions, Plfs.' opps. to Defs.' *Daubert* motions, and Plfs. serve any class cert. expert rebuttal reports | September 5, 2024 | March 7, 2025 |
| Defs.' opps. to Plfs.' *Daubert* motions, and Defs.' replies ISO Defs.' *Daubert* motions | October 14, 2024 | April 18, 2025 |
| Plfs.' replies ISO Plfs.' *Daubert* motions | November 25, 2024 | May 30, 2025 |
| Additional deadlines related to trial experts and other deadlines | At the close of fact discovery, the parties should meet and confer about setting merits expert discovery deadlines and present a proposal to the Court within 60 days after that deadline. | At the close of fact discovery for Class Plaintiffs, the parties should meet and confer about setting merits expert discovery deadlines and present a proposal to the Court within 30 days after that deadline. |

**SO ORDERED**.

Dated: _____    _____
                                  HON. JOHN F. DOCHERTY
                                  Magistrate Judge, United States District Court