UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Civil Action No. 18-cv-01776 |
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION | Civil Action No. 22-md-03031 |
| THIS DOCUMENT RELATES TO:<br>*Sysco Corp. v. Agri Stats, Inc., et al.*,<br>Case No. 21-cv-01374 (D. Minn.), and<br>*Sysco Corp. v. Cargill Inc., et al.*,<br>Case No. 22-cv-01750 (D. Minn.) | Honorable John R. Tunheim<br>Honorable John F. Docherty |

**LOCAL RULE 7.1 MEET AND CONFER STATEMENT**

Today, counsel for Carina Ventures LLC ("Carina") asked counsel for Defendants whether any Defendant opposes Carina's Motion for Leave to File Reply in Support of Objections to Magistrate Judge's February 9, 2024 Order Denying Joint Motion for Substitution. The *Pork* Defendants oppose Carina's request for leave. The *Beef* Defendants requested that Carina include the following response:

> The Beef Defendants opposition did not raise any arguments that could not have been foreseen when Carina filed its objections, and we oppose Carina's request to file a reply brief. The rules for objections to a Magistrate Judge's order do not contemplate the filing of reply briefs. Moreover, Carina had a thorough understanding of Defendants' position by virtue of the extensive briefing and argument before Judge Docherty, and Defendants' opposition to Carina's objections simply reprised those arguments and defend Judge Docherty's decision from the lodged objections. Finally, as you know, briefs on objections are limited to 3,500 words. We see no reason why Carina—the one entity in this briefing which is not a party to the litigation—should be permitted to exceed that word limit through the filing of a reply brief, when Sysco and the Defendants have not sought enlarged briefing or the ability to file additional briefs.

| | |
|---|---|
| Dated:  March 15, 2024 | Respectfully submitted,<br><br>*/s/ Derek T. Ho*<br>Derek T. Ho<br>Travis G. Edwards<br>Dustin G. Graber<br>Christopher C. Goodnow<br>KELLOGG, HANSEN, TODD, FIGEL<br>   & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Tel: (202) 326-7900<br>Fax: (202) 326-7999<br>dho@kellogghansen.com<br>tedwards@kellogghansen.com<br>dgraber@kellogghansen.com<br>cgoodnow@kellogghansen.com<br><br>Scott E. Gant<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Avenue, NW<br>Washington, DC 20005<br>Tel: (202) 237-2727<br>Fax: (202) 237-6131<br>sgant@bsfllp.com<br><br>Colleen A. Harrison<br>BOIES SCHILLER FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8204<br>charrison@bsfllp.com<br><br>Christopher A. Seeger<br>Jennifer Scullion<br>SEEGER WEISS LLP<br>55 Challenger Road<br>Ridgefield Park, NJ 07660<br>Tel: 212-584-0700<br>cseeger@seegerweiss.com<br>jscullion@seegerweiss.com<br><br>*Counsel for Carina Ventures LLC* |