IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re Cattle and Beef Antitrust Litigation* | Case No. 22-md-3031 (JRT/JFD) |
| This Document Relates to: | **STATEMENT INSTEAD OF REDACTION** |
| ALL ACTIONS | |

Pursuant to Local Rule 5.6, Defendants seek to file the following documents under seal because redaction is not practical and these documents are designated as confidential pursuant to the protective order in this case.

1. Exhibit B to the Declaration of Holley C. M. Horrell in Support of Defendants' Response to Plaintiffs' Motion to Amend Deposition Protocol;

2. Exhibit C to the Declaration of Holley C. M. Horrell in Support of Defendants' Response to Plaintiffs' Motion to Amend Deposition Protocol;

3. Exhibit E to the Declaration of Holley C. M. Horrell in Support of Defendants' Response to Plaintiffs' Motion to Amend Deposition Protocol;

4. Exhibit G to the Declaration of Holley C. M. Horrell in Support of Defendants' Response to Plaintiffs' Motion to Amend Deposition Protocol;

5. Exhibit I to the Declaration of Holley C. M. Horrell in Support of Defendants' Response to Plaintiffs' Motion to Amend Deposition Protocol;

6. Exhibit J to the Declaration of Holley C. M. Horrell in Support of Defendants' Response to Plaintiffs' Motion to Amend Deposition Protocol; and

7. Exhibit K to the Declaration of Holley C. M. Horrell in Support of Defendants' Response to Plaintiffs' Motion to Amend Deposition Protocol.

| | |
|---|---|
| Dated: March 15, 2024 | **GREENE ESPEL PLLP** |

s/ Holley C. M. Horrell
X. Kevin Zhao, Reg. No. 0391302
Holley C. M. Horrell, Reg. No. 0399636
Davida S. McGhee Williams, Reg. No. 0400175
Emily M. McAdam, Reg. No. 0400898
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
kzhao@greeneespel.com
hhorrell@greeneespel.com
dwilliams@greeneespel.com
emcadam@greeneespel.com
(612) 373-0830

Beth A. Wilkinson
Kosta S. Stojilkovic
Sarah Neuman
Blake Neal
**WILKINSON STEKLOFF LLP**
2001 M Street, NW, 10th Floor
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
bneal@wilkinsonstekloff.com

Moira Penza
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24
New York, NY 10036
(212) 294-8914
mpenza@wilkinsonstekloff.com

Jacob D. Bylund (*pro hac vice)*
**FAEGRE DRINKER BIDDLE & REATH LLP**
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000

Bennett Rawicki
**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
(469) 640-6842
brawicki@hilgersgraben.com

Britt M. Miller (*pro hac vice*)
Matthew Provance (*pro hac vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

William H. Stallings (*pro hac vice*)
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
(202) 263-3338
wstallings@mayerbrown.com

*Counsel for Defendants*
*Cargill, Incorporated and Cargill Meat Solutions Corporation*

s/ Benjamin L. Ellison
Benjamin L. Ellison, Reg. No. 0392777
Chelsea A. Bollman, Reg. No. 0401297
**JONES DAY**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Tel.: (612) 217-8862
bellison@jonesday.com
cbollman@jonesday.com

Julia E. McEvoy (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel.: (202) 879-3867
jmcevoy@jonesday.com

Michelle Fischer (*pro hac vice*)
**JONES DAY**
901 Lakeside Avenue
North Point
Cleveland, OH 44114
Tel.: 216-586-3939
mfischer@jonesday.com

Tiffany Lipscomb-Jackson (*pro hac vice*)
**JONES DAY**
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel.: 614-281-3939
tdlipscombjackson@jonesday.com

Eddie Hasdoo (*pro hac vice*)
**JONES DAY**
110 N. Wacker Dr., Suite 4800
Chicago, IL 60606
Tel.: 312-269-4214
ehasdoo@jonesday.com

***Counsel for Defendant National Beef Packing Company, LLC***

s/ Jessica J. Nelson
Donald G. Heeman, Reg. No. 0286023
Jessica J. Nelson, Reg. No. 0347358
Randi J. Winter, Reg. No. 0391354
**SPENCER FANE**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Tel.: (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Michael Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Tel.: (212) 849-7000
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com

Lewis A. Remele, Jr., Reg. No. 90724
Christopher R. Morris, Reg. No. 230613
**BASSFORD REMELE, P.A.**
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
Tel.: (612) 333-3000
lremele@bassford.com
cmorris@bassford.com

William F. Hargens (*pro hac vice*)
Patrick E. Brookhouser, Jr. (*pro hac vice*)
**MCGRATH NORTH MULLIN & KRATZ, PC LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Tel: (402) 341-3070
whargens@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com

5

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A.*

s/ Jon B. Jacobs
Susan E. Foster (*pro hac vice*)
Ulrike B. Connelly (*pro hac vice*)
Tiffany Lee (*pro hac vice*)
Hannah Parman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8846
sfoster@perkinscoie.com
uconnelly@perkinscoie.com
tiffanylee@perkinscoie.com
hparman@perkinscoie.com

Jon B. Jacobs (*pro hac vice*)
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 654-1758
jbjacobs@perkinscoie.com

Barry G. Stratford (*pro hac vice*)
**PERKINS COIE LLP**
2901 N. Central Avenue
Suite 2000
Phoenix, Arizona 85012-2788
Tel: (602) 351-8000
bstratford@perkinscoie.com

Caroline Gizem Tunca (*pro hac vice*)
**PERKINS COIE LLP**
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606
Tel: (312) 324-8400
ctunca@perkinscoie.com

David P. Graham, Reg. No. 0185462
**DYKEMA GOSSETT, PLLC**

4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 486-1521
dgraham@dykema.com

***Counsel for Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc.***