# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION | MDL No. 22-3031 (JRT/JFD) |
| QUIRCH FOODS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARGILL INC., <br><br> Defendant. | Individual Civil No. 23-3260 (JRT/JFD) <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS JBS S.A., JBS USA FOOD COMPANY, SWIFT BEEF COMPANY, AND JBS PACKERLAND, INC.** |

The parties filed a Stipulation between Quirch Foods, LLC, (f/k/a Quirch Foods Co.) ("Quirch Foods"), Butts Foods, LP (f/k/a Butts Foods, Inc.) ("Butts Foods"), Quirch Louisiana LLC (f/k/a Scariano Brothers, LLC, a/k/a Scariano Wholesale Food Distribution) ("Quirch Louisiana"), and IQ Foods Opco, LLC (f/k/a Independent Quality Foods, LLC, a/k/a IQ Foods) ("IQ Foods") (collectively, the "Quirch Plaintiffs") and Defendants JBS S.A., JBS USA Food Company, Swift Beef Company, and JBS Packerland, Inc. (collectively, the "JBS Defendants") for the dismissal with prejudice of the Quirch Plaintiffs' claims against the JBS Defendants only in *In re: Cattle and Beef Antitrust Litigation* Case No. 0:22-md-03031-JRT-JFD (MDL 3031) and *Quirch Foods, LLC et al v. Cargill Inc.,* Case No. 23-cv-3260-JRT-JFD (the "Actions").

Based on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that The Stipulation is **GRANTED**, and the Quirch Plaintiffs' claims against the JBS Defendants only in *In re: Cattle and Beef Antitrust Litigation Case* No. 0:22-md-03031-JRT-JFD (MDL 3031) and *Quirch Foods, LLC et al v. Cargill Inc.*, Case No. 23-cv-3260-JRT-JFD (the "Actions"), are **DISMISSED WITH PREJUDICE**, with each party bearing its own attorneys' fees, costs, and expenses.

DATED: March 26, 2024             _____s/John R .Tunheim_____
at Minneapolis, Minnesota.                  JOHN R. TUNHEIM
                                         United States District Judge