UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION* | Case No. 0:22-md-3031 (JRT/JFD) |
| This Document Relates To:<br><br>ALL COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Honorable John R. Tunheim<br>Honorable John F. Docherty<br><br>**MOTION FOR WITHDRAWAL OF COUNSEL** |

Pursuant to Local Rule 83.7(c), I hereby move for withdrawal as counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs"). I have left Cuneo Gilbert & LaDuca, LLP ("CGL") to begin an independent law practice. CGL will be submitting a motion for appointment of substitute co-lead counsel. CIIPPs will also continue to be represented by other counsel of record.

Dated: April 2, 2024

Respectfully submitted,

*/s/ Blaine Finley*
Blaine Finley
10802 Cedar Creek Drive
Spotsylvania, VA  22551
blainefinley@gmail.com
281-723-7904

## **CERTIFICATE OF SERVICE**

I certify that on April 2, 2024, I filed the foregoing document with the Clerk of the Court for the United States District of Minnesota by using the Court's CM/ECF system and served counsel of record via this Court's CM/ECF system.

*/s/ Blaine Finley*
Blaine Finley
