UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br>ALL CONSUMER INDIRECT PURCHASER CLASS PLAINTIFF ACTIONS | Case No. 0:22-md-03031 (JRT/JFD)<br><br>Honorable John R. Tunheim<br>Honorable John F. Docherty<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL DEVELYN J. MISTRIOTTI** |

Pursuant to Local Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the court and counsel that Develyn J. Mistriotti withdraws as counsel for the Consumer Indirect Purchaser Plaintiffs ("Plaintiffs"). Plaintiffs will continue to be represented by Brian Clark, Joseph Bruckner, David Hahn, Simeon A. Morbey, Kyle J. Pozan, and Arielle Wagner of Lockridge Grindal Nauen PLLP, along with other counsel of record. Consumer Indirect Purchaser Plaintiffs will therefore not be prejudiced in anyway by the withdrawal of Mr. Mistriotti.

Dated:  April 5, 2024

Respectfully Submitted,

By:  /s/ *Develyn J. Mistriotti*
Develyn J. Mistriotti (MN #0403684)
W Joseph Bruckner (MN #0147758)
Brian D Clark (MN #0390069)
Robert David Hahn (MN #0401262)
Simeon A. Morbey (MN #0391338)
Kyle J. Pozan (*pro hac vice*)
Arielle Wagner (MN #0398332)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
djmistriotti@locklaw.com
wjbruckner@locklaw.com
bdclark@locklaw.com
rdhahn@locklaw.com
samorbey@locklaw.com
kjpozan@locklaw.com
aswagner@locklaw.com

*Counsel for Plaintiffs and the Proposed Consumer Indirect Purchaser Classes*

2