# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION* <br><br> This Document Relates To: <br> ALL ACTIONS | Case No. 0:22-md-03031 (JRT/JFD) <br><br> Honorable John R. Tunheim <br> Honorable John F. Docherty <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL BRITT M. MILLER** |

Pursuant to Local Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and all parties and their attorneys of record that Britt M. Miller hereby withdraws as counsel for Cargill, Inc. and Cargill Meat Solutions Corporation (collectively the "Cargill Defendants"). The Cargill Defendants will continue to be represented by Greene Espel PLLP, Faegre Drinker Biddle & Reath LLP, and Wilkinson Stekloff LLP. Neither Plaintiffs nor The Cargill Defendants will be prejudiced in any way by the withdrawal of Ms. Miller. Ms. Miller should be removed from the Court's service list (including as to all ECF notices) with respect to this action and all future correspondence and papers in this action should continue to be directed to the remaining counsel of record for The Cargill Defendants.

2

Dated: April 16, 2024               Respectfully Submitted,

/s/ *Britt M. Miller*
Britt M. Miller (*pro hac vice*)
Matthew D. Provance (*pro hac vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

William H. Stallings (*pro hac vice*)
Michael E. Lackey, Jr. (*pro hac vice*)
Nicole A. Saharsky (*pro hac vice*)
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
(202) 263-3338
wstallings@mayerbrown.com
mlackey@mayerbrown.com
nsaharsky@mayerbrown.com