UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION | Case No. 22-md-3031-JRT-JFD |
| **This Document Relates to:**<br><br>*In re: Cattle and Beef Antitrust Litigation*<br>Case No. *0:22-md-03031*-JRT-JFD<br><br>*Associated Grocers, Inc., et al v. Cargill Inc., et al*; Case No. *1:22-cv-02525* | |

**STIPULATION OF DISMISSAL, WITHOUT PREJUDICE, OF PLAINTIFF BROOKSHIRE GROCERY COMPANY'S DIRECT ACTION PURCHASER CLAIMS AND CAUSES OF ACTION AGAINST DEFENDANTS CARGILL, INC., AND <u>CARGILL MEAT SOLUTIONS CORPORATION</u>**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Brookshire Grocery Company ("BGC") and Defendants Cargill, Inc., and Cargill Meat Solutions Corporation (a/k/a Cargill Protein a/k/a Cargill Protein – North America) (together, the "Cargill Defendants"), by and through their undersigned counsel, hereby submit the following Stipulation of Dismissal, Without Prejudice.

1. The Stipulation of Dismissal Without Prejudice ("Stipulation") is between BGC and the Cargill Defendants only.

2. This Stipulation relates only to the direct action purchaser ("DAP") claims and causes of action asserted by BGC against the Cargill Defendants in *In re: Cattle and Beef Antitrust Litigation* Case No. *0:22-md-03031*-JRT-JFD (MDL 3031) and *Associated Grocers, Inc., et al v. Cargill Inc., et al*; Case No. *1:22-cv-02525* (together, the "Actions"), and has no bearing or impact in any way whatsoever on (i) BGC's DAP claims and causes of action against any Defendant other than the Cargill Defendants in the Actions, and/or (ii) BGC's right

1

to participate as an absent class member and share in any recovery in any class action brought against the Cargill Defendants as part and parcel of the Actions.

3. In accordance with FED. R. CIV. P. 41(a)(1)(A)(ii), therefore, BGC and the Cargill Defendants stipulate and agree to the dismissal, without prejudice, of all BGC's DAP claims and causes of action asserted against the Cargill Defendants in the Actions, with each party bearing its own attorneys' fees, litigation expenses, and court costs.

Date: May 7, 2024

Respectfully submitted,

*/s/ Richard L. Coffman*

**THE COFFMAN LAW FIRM**
Richard L. Coffman
3355 West Alabama, Suite 240
Houston, TX 77098
Tel: (713) 528-6700
E-mail: rcoffman@coffmanlawfirm.com

**LIFVENDAHL LAW, LLC**
Eric R. Lifvendahl
265 Latrobe Avenue
Northfield, IL 60093
Tel: (847) 830-7002
E-mail: eric@liflaw.com

**KAPLAN FOX & KILSHEIMER, LLP**
Robert N. Kaplan
Elana Katcher
Matthew P. McCahill
800 Third Avenue, 38th Floor
New York, NY 10022
Tel: (212) 687-1980
E-mail: rkaplan@kaplanfox.com
E-mail: ekatcher@kaplanfox.com
E-mail: mmccahill@kaplanfox.com

*Counsel for Plaintiff Brookshire Grocery Company*

/s/ *X. Kevin Zhao*
X. Kevin Zhao, Reg. No. 0391302
Holley C. M. Horrell, Reg. No. 0399636
Davida S. McGhee Williams, Reg. No. 0400175
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
kzhao@greeneespel.com
hhorrell@greeneespel.com
dwilliams@greeneespel.com

Beth A. Wilkinson
Kosta Stojilkovic
Sarah Neuman
**WILKINSON STEKLOFF LLP**
2001 M Street, NW, 10th Floor
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com

Moira Penza
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24
New York, NY 10036
(212) 294-8914
mpenza@wilkinsonstekloff.com

Jacob D. Bylund (pro hac vice)
**FAEGRE DRINKER BIDDLE & REATH LLP**
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000

*Counsel for the Cargill Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Richard L. Coffman*
Richard L. Coffman

3