# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

In Re: Cattle and Beef Antitrust Litigation

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

John F. Docherty
Magistrate Judge

| | |
|---|---|
| Case No: | 22-3031 JRT/JFD |
| Date: | June 6, 2024 |
| Deputy: | Karen Moldenhauer |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 11:06 a.m. |
| Time Concluded: | 11:14 a.m. |
| Time in Court: | 8 Minutes |

Hearing on:  Status Conference

### I.   FEEDER CATTLE PLAINTIFFS' CONTINUED PARTICIPATION IN DISCOVERY

The Parties reported that they are in dialogue regarding the date that the Feeder Cattle Plaintiffs will file their motion for leave to amend their complaint and an amended complaint.  The Parties also discussed that they are meeting and conferring regarding the Feeder Cattle Plaintiffs' continued participation in discovery.  Because there does not appear to be any dispute requiring the Court's intervention at this time, the Court instructed the Parties to seek assistance from the Court should the need arise.

### II.   DIRECT PURCHASER PLAINTIFFS' MOTION FOR INTERIM PAYMENT OF ATTORNEYS' FEES AND SERVICE AWARDS

The Direct Purchaser Plaintiffs inquired about their pending motion for interim payment of attorneys' fees and service awards.  The Court indicated that a written order is forthcoming.

### III.   NEXT STATUS CONFERENCE

The next status conference will be on July 12, 2024 at 1:00 p.m. on Zoom.

**APPEARANCES:**  Tab Turner, Frank Guerra, Megan Jones, Michelle Looby, Michael Flannery, Abby Wolf, Kyle Pozan, Joseph Bruckner, Philip Iovieno, Kevin Zhao, Donald Heeman, Kevin Janus, Benjamin Ellison, Ulrike Connelly

s/Karen Moldenhauer__
Courtroom Deputy Clerk
