UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To: ALL CASES | Case No. 22-md-03031 (JRT/JFD) |

**STATEMENT OF CONFIDENTIALITY INSTEAD OF REDACTED DOCUMENTS ATTACHED AS EXHIBITS TO DECLARATION OF DANIEL O. HERRERA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE <u>DEPOSITIONS OF WESLEY BATISTA FILHO AND ANDRE NOGUEIRA</u>**

Pursuant to Local Rule 5.6, Exhibits E through HH that are attached to the Declaration of Daniel O. Herrera in Support Plaintiffs' Motion to Compel the Depositions of Wesley Batista Filho and Andre Nogueira have been filed under seal because the entirety of the above-referenced documents are confidential and redaction is impracticable.

Dated: July 22, 2024

Respectfully submitted,

*/s/ Daniel O. Herrera*
Daniel O. Herrera (*pro hac vice*)
Jennifer W. Sprengel (*pro hac vice*)
Kaitlin Naughton (*pro hac vice*)
Ellen Meriwether (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
Tel.: 312-782-4882
Fax: 312-782-4485
dherrera@caffertyclobes.com
jsprengel@caffertyclobes.com
knaughton@caffertyclobes.com
emeriwether@caffertyclobes.com

David R. Scott (*pro hac vice*)
Amanda F. Lawrence (*pro hac vice*)
Patrick J. McGahan (*pro hac vice*)

Michael P. Srodoski (Bar No. 0398250)
**SCOTT + SCOTT**
**ATTORNEYS AT LAW LLP**
156 Main Street
P.O. Box 192
Colchester, CT 06415
Tel.: 860-537-5537
Fax.: 860-537-4432
david.scott@scot-scott.com
alawrence@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Joseph P. Guglielmo (*pro hac vice*)
**SCOTT + SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue
17th Floor
New York, NY 10169
Tel.: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

*Interim Co-Lead Counsel for the Cattle Plaintiffs*

K. Craig Wildfang (Bar No. 0117043)
Thomas J. Undlin (Bar No. 0183751)
Stacey P. Slaughter (Bar No. 0296971)
Geoff Kozen
Eric P. Barstad
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel.: 612-349-8500
Fax: 612-339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ebarstad@robinskaplan.com

2

Kellie Lerner
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Tel.: 212-980-7400
Fax: 212-980-7499
klerner@robinskaplan.com

*Liaison Counsel for the Cattle Plaintiffs*

Shana E. Scarlett (*pro hac vice*)
Rio S. Pierce (*pro hac vice*)
Abby R. Wolf (*pro hac vice*)
Sarah E. Dupree (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO
LLP**
715 Hearst Avenue, Suite 300
Berkeley, California 94710
T: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com
abbyw@hbsslaw.com
sarahd@hbsslaw.com

Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO
LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel.: (206) 623-7292
steve@hbsslaw.com

Brian D. Clark ( #0390069)
W. Joseph Bruckner ( #0147758)
Arielle S. Wagner ( #0398332)
Kyle Pozan (pro hac vice)
Simeon A. Morbey (#0391338)
Develyn J. Mistriotti (#0403684)
Stephen M. Owen (#0399370)
**LOCKRIDGE GRINDAL NAUEN
P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

3

T: (612) 339-6900
wjbruckner@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com
kjpozan@locklaw.com
samorbey@locklaw.com
djmistriotti@locklaw.com
smowen@locklaw.com

***Counsel for Plaintiffs and the Proposed
Consumer Indirect Purchaser Classes in the
Peterson Action***

Richard M. Paul III
Ashlea G. Schwarz
David W. Bodenheimer
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Rick@PaulLLP.com
Ashlea@PaulLLP.com
David@PaulLLP.com

Francisco "Frank" Guerra, IV.
Shalimar Wallis
Michael Montaño
Alexis Garcia
**GUERRA LLP**
345 California St., Ste. 600
San Francisco, CA 9110
Telephone: (210) 447-0500
fguerra@guerrallp.com
swallis@guerrallp.com
mmontano@guerrallp.com
argarcia@guerrallp.com

Tab Turner
**TURNER & ASSOCIATES, P.A.**
4705 Somers Avenue
North Little Rock, Arkansas 72116
Telephone: (501) 791-2277
tab@tturner.com

***Counsel for the Feeder Cattle Plaintiffs***

4

David B. Esau
Kristin A. Gore
Garth T. Yearick
Amanda R. Jesteadt
Casey Hardy McGowan
**CARLTON FIELDS, P.A.**
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368
desau@carltonfields.com
kgore@carltonfields.com
gyearick@carltonfields.com
ajesteadt@carltonfields.com
chardymcgowan@carltonfields.com

Roger S. Kobert
Carter J. Wallace
**CARLTON FIELDS, LLP**
405 Lexington Avenue, 36th Floor
New York, New York 10174-3699
Tel: (212) 785-2577
Fax: (212) 785-5203
rkobert@carltonfields.com
cwallace@carltonfields.com

Aaron A. Holman
**CARLTON FIELDS, LLP**
200 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Tel: (407) 849-0300
Fax: (407) 648-9099
aholman@carltonfields.com

Holli M. Credit
**CARLTON FIELDS, LLP**
700 NW 1st Avenue, Suite 1200
Miami, FL 33136
Tel: (305) 530-0050
Fax: (305) 530-0055
hcredit@carltonfields.com

5

Scott L. Menger
**CARLTON FIELDS, LLP**
2029 Century Park East, Suite 1200
Los Angeles, California 90067
Tel: (310) 843-6300
Fax: (301) 843-6301
smenger@carltonfields.com

*Counsel for Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Litigation Trust; Cheney Brothers, Inc.; ARCOP, Inc.; CKE Restaurants Holdings, Inc.;  Restaurant Services, Inc.; Sonic Industries Services Inc.; Whatabrands LLC; Whataburger Restaurants LLC; WB Supply & Merchandising LLC; and McLane Plaintiffs*

Philip J. Iovieno
Jack G. Stern
Mark A. Singer
Justin V. Arborn
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, NY 10281
philip.iovieno@cwt.com
jack.stern@cwt.com
mark.singer@cwt.com
justin.arborn@cwt.com

*Counsel for Direct Action Plaintiffs Aramark Food and Support Services Group, Inc., BJ's Wholesale Club, Inc., Gordon Food Service, Inc. and Glazier Foods Company, Jetro Holdings, LLC, Quality Supply Chain Co-Op, Inc., Sherwood Food Distributors, L.L.C, Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meat, LLC, Target Corporation, and Co-Counsel for Kraft Heinz Foods Company*

6

Patrick J. Ahern
Theodore B. Bell
**AHERN & ASSOCIATES, P.C.**
Willoughby Tower
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
Tel: (312) 404-3760
patrick.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com

*Counsel for Direct Action Plaintiffs Winn-Dixie Stores, Inc., Bi-Lo Holdings, LLC and Co-Counsel for Kraft Heinz Foods Company*

Michael Calhoon
Christopher P. Wilson
Wyatt M. Carlock
**BAKER BOTTS LLP**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
michael.calhoon@bakerbotts.com
christopher.wilson@bakerbotts.com
wyatt.carlock@bakerbotts.com

Ariel D. House
**BAKER BOTTS L.L.P.**
401 South 1st Street, Suite 1300
Austin, TX 78704
Telephone: (512) 322-2500
Facsimile: (512) 322-2501
ariel.house@bakerbotts.com

*Counsel for ALDI Inc., Sodexo Inc. and Sodexo Operations, LLC*

David C. Eddy
Dennis J. Lynch
Travis. C. Wheeler
**MAYNARD NEXSEN PC**
1230 Main Street, Suite 700
Columbia, SC 29201

7

Telephone: (803) 771-8900
Facsimile: (803) 253-8277
deddy@maynardnexsen.com
dlynch@maynardnexsen.com
twheeler@maynardnexsen.com

***Attorneys for Plaintiffs Conagra Brands, Inc., and Compass Group USA, Inc.***