UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL CASES. | Case No. 22-md-03031 (JRT/JFD)<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL THE DEPOSITIONS OF WESLEY BATISTA FILHO AND ANDRE NOGUEIRA** |

Plaintiffs and Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. (the "JBS Defendants") by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Motion to Compel the Depositions of Wesley Batista Filho and Andre Nogueira ("Plaintiffs' Motion") on July 22, 2024 [ECF No. 734];

WHEREAS, the JBS Defendants' opposition to the Plaintiffs' Motion is currently due on July 29, 2024;

WHEREAS, the hearing on Plaintiffs' Motion is set for August 27, 2024 [ECF No. 738];

WHEREAS, JBS Defendants have requested and Plaintiffs have agreed to an extension of time to respond to Plaintiffs' Motion until August 13, 2024;

BASED ON THE RECITALS ABOVE, the Plaintiffs and JBS Defendants hereby stipulate and agree, subject to the Court's approval, that JBS Defendants may respond to Plaintiffs' Motion on or before August 13, 2024.

/s/ *Jessica J. Nelson*
Donald G. Heeman, Reg. No. 0286023
Jessica J. Nelson, Reg. No. 0347358
Randi J. Winter, Reg. No. 0391354
**SPENCER FANE LLP**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Tel.: (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Sami H. Rashid (*pro hac vice*)
Kevin A. Janus (*pro hac vice*)
**QUINN   EMANUEL   URQUHART   &
SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, NY  10010
Telephone: (212) 849-7000
samirashid@quinnemanuel.com
kevinjanus@quinnemanuel.com

Michael D. Bonanno (*pro hac vice*)
**QUINN   EMANUEL   URQUHART   &
SULLIVAN LLP**
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
mikebonanno@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
**QUINN   EMANUEL   URQUHART   &
SULLIVAN LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3685
jeremyandersen@quinnemanuel.com

Lewis A. Remele, Jr., Reg No. 90724
Christopher R. Morris, Reg. No. 230613
**BASSFORD REMELE, P.A.**
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
Tel.: (612) 333-3000
lremele@bassford.com
cmorris@bassford.com

2

William F. Hargens (*pro hac vice*)
Patrick E. Brookhouser, Jr. (*pro hac vice*)
**MCGRATH NORTH MULLIN & KRATZ, PC LLO**
First National Tower, Suite 3700 1601 Dodge Street
Omaha, NE 68102
(402) 341-3070
whargens@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A.*


*/s/ Daniel O. Herrera*
David R. Scott (*pro hac vice*)
Amanda F. Lawrence (*pro hac vice*)
Patrick J. McGahan (*pro hac vice*)
Michael P. Srodoski (Bar No. 0398250)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 Main Street
P.O. Box 192
Colchester, CT 06415
Tel:  860-537-5537
Fax: 860-537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel:  212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

Jennifer W. Sprengel (*pro hac vice*)
Daniel O. Herrera (*pro hac vice*)
Kaitlin Naughton (*pro hac vice*)

K. Craig Wildfang (Bar No. 0117043)
Thomas J. Undlin (Bar No. 0183751)
Stacey P. Slaughter (Bar No. 0296971)
Geoff Kozen (Bar No. 0398626)
Eric P. Barstad (Bar No. 0398797)
Austin Hurt (appearance to be filed shortly)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel:  612-349-8500
Fax: 612-339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ebarstad@robinskaplan.com
ahurt@robinskaplan.com

*Liaison Counsel for the Cattle Plaintiffs*

3

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Tel:  312-782-4880
Fax: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
knaughton@caffertyclobes.com

Ellen Meriwether (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Tel:  215-864-2800
Fax: 215-864-2810
emeriwether@caffertyclobes.com

*Interim Co-Lead Counsel for the Cattle Plaintiffs*