# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL CASES. | Case No. 22-md-03031 (JRT/JFD)<br><br>**ORDER** |

Pursuant to the Stipulation for Extension of Time to Respond to Plaintiffs' Motion to Compel the Depositions of Wesley Batista Filho and Andre Nogueira (Dkt. No. 747),

**IT IS HEREBY ORDERED** that Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. may have until August 13, 2024, to file a response to Plaintiffs' Motion to Compel the Depositions of Wesley Batista Filho and Andre Nogueira.

Dated: July 25, 2024

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge