IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re Cattle and Beef Antitrust Litigation* | Case No. 22-md-3031 (JRT/JFD) |
| This Document Relates to:<br>CONSUMER INDIRECT PURCHASER PLAINTIFF ACTION | |

## ORDER

Pursuant to the Joint Stipulation Regarding Answering Revised Paragraphs of Consumer Indirect Purchaser Plaintiffs' Sixth Amended Class Action Complaint [ECF 768] entered into by the parties, **IT IS HEREBY ORDERED:**

1. Defendants may, in lieu of answering all paragraphs, answer only the following amended paragraphs of the Consumer Indirect Purchaser Plaintiffs' Sixth Amended Complaint [ECF No. 757] (paragraphs 1 and 58) within 14 days of issuance of this Order, with Defendants' individual answers to the substantively unchanged allegations of the Consumer Indirect Purchaser Plaintiffs' Fifth Amended Complaint, and all defenses stated therein, remaining in effect.

Dated: August 1, 2024

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge