IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*In re Cattle and Beef Antitrust Litigation*

This Document Relates to:   Case No. 22-md-3031 (JRT/JFD)

ALL ACTIONS

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Owen Gallogly of Wilkinson Stekloff LLP shall also appear as counsel of record for Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation.

Dated: August 20, 2024

s/ *Owen Gallogly*

Beth A. Wilkinson
Kosta Stojilkovic
Sarah Neuman
**WILKINSON STEKLOFF LLP**
2001 M. Street NW, 10th Flr
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com

Moira Penza
Owen Gallogly
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24
New York, NY 10036
(212) 294-8914
mpenza@wilkinsonstekloff.com
ogallogly@wilkinsonstekloff.com

1

2

*Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation*