UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION | Case No. 22-md-03031 (JRT/JFD) |
| This Document Relates To: *Sysco Corporation v. Cargill Inc. et al.,* Case No. 22-cv-01750 (D. Minn.) | **JBS'S MOTION FOR SUMMARY DISMISSAL OF SYSCO CORPORATION'S CLAIMS** |

Defendants JBS USA Food Company ("JBS USA"), Swift Beef Company ("Swift"), JBS Packerland, Inc. ("Packerland"), and JBS S.A. (collectively, "the JBS Defendants" or "JBS") respectfully move this Court to summarily dismiss Sysco Corporation's ("Sysco") claims against JBS in this case pursuant to the settlement agreement between JBS and Sysco. This motion is supported by all files, records, and proceedings herein, including (1) the memoranda of law, declarations, and exhibits filed by JBS, and (2) the oral arguments of counsel.

Dated: September 18, 2024

*/s/ Jessica J. Nelson*

| | |
|---|---|
| Donald G. Heeman, #0286023<br>Jessica J. Nelson, #0347358<br>Randi J. Winter, #0391354<br>**SPENCER FANE LLP**<br>100 South Fifth Street, Suite 2500<br>Minneapolis, MN 55402<br>Telephone: (612) 268-7000<br>dheeman@spencerfane.com<br>jnelson@spencerfane.com<br>rwinter@spencerfane.com | Jeremy D. Andersen (*pro hac vice*)<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3685<br>jeremyandersen@quinnemanuel.com |
| Sami H. Rashid (*pro hac vice*)<br>Kevin A. Janus (*pro hac vice*)<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>samirashid@quinnemanuel.com<br>kevinjanus@quinnemanuel.com | Lewis A. Remele, Jr., #90724<br>Christopher R. Morris, #230613<br>**BASSFORD REMELE, P.A.**<br>100 South 5th Street, Suite 1500<br>Minneapolis, MN 55402<br>Telephone: (612) 333-3000<br>lremele@bassford.com<br>cmorris@bassford.com |
| Michael D. Bonanno (*pro hac vice*)<br>Christopher G. Michel (*pro hac vice*)<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>mikebonanno@quinnemanuel.com<br>christophermichel@quinnemanuel.com | William F. Hargens (*pro hac vice*)<br>Patrick E. Brookhouser, Jr. (*pro hac vice*)<br>**MCGRATH NORTH MULLIN & KRATZ, PC LLO**<br>First National Tower, Suite 3700<br>1601 Dodge Street<br>Omaha, NE 68102<br>Telephone: (402) 341-3070<br>whargens@mcgrathnorth.com<br>pbrookhouser@mcgrathnorth.com |

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A.*