UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION | Case No. 0:22-md-03031 (JRT-JFD) <br><br> Honorable John R. Tunheim |
| This Document Relates To: <br><br> IN RE DPP BEEF LITIGATION | **DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Direct Purchaser Plaintiffs ("DPPs"), Howard B. Samuels solely in his capacity as Chapter 7 trustee for the bankruptcy estate of Central Grocers, Inc. ("Central Grocers"),[1] R&D Marketing, LLC, and Redner's Markets, Inc. respectfully move this Court for an Order that this action be certified as a class action for the following "Class" under Federal Rule of Civil Procedure 23 ("Rule 23") since the case fulfills all of Rule 23's requirements:

> All persons and entities who directly purchased Beef for use or delivery in the United States, whether fresh or frozen, made from one of the following primals: chuck, loin, rib or round from Defendants, or their respective subsidiaries or affiliates, from January 1, 2015, to February 29, 2020. For this lawsuit, beef excludes any product that is marketed as organic, grass-fed, kosher, halal, certified humane, Wagyu, "American-Style Kobe Beef", and any product that is cooked, ground, marinated, seasoned, flavored, or breaded.

> Excluded from the class are Defendants, the officers, directors or employees of any Defendant; any entity in which any Defendant has a controlling interest; any affiliate, legal representative, heir or assign of any Defendant; any federal, state, or local governmental entities, any judicial officer

---

[1] DPPs filed an unopposed motion to substitute Gregg Szilagyi for Howard Samuels as Chapter 7 Trustee of the Estate of Central, Grocers, Inc. on August 12, 2024, which is currently under advisement. ECF No. 786.

1

presiding over this action and the members of his/her immediate family and judicial staff, and any juror assigned to this action.

DPPs respectfully request that the Court certify the proposed Class, appoint the named Plaintiffs as Class Representatives, and appoint Gustafson Gluek, PLLC; Hartley LLP; Hausfeld LLP; and Cotchett Pitre &McCarthy, LLP as DPP Co-Lead Class Counsel.

This Motion is based on the memorandum, declaration, and materials submitted herein, the advocacy of counsel at any hearing of this Motion, and any other matters the Court may consider.

Dated:  September 25, 2024   Respectfully submitted,

/s/ Michelle J. Looby
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#259337)
Michelle J. Looby (#0388166)
Joshua J. Rissman (#0391500)
Anthony J. Stauber (#0401093)
Bailey Twyman-Metzger (#0400179)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
tstauber@gustafsongluek.com
btwymanmetzger@gustafsongluek.com

Dennis J. Stewart (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Ste. 3300

San Diego, CA 92101
Tel: (612) 333-8844
Fax: (612) 339-6622
dstewart@gustafsongluek.com

Adam J. Zapala (*pro hac vice*)
Elizabeth T. Castillo (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Jason S. Hartley (*pro hac vice*)
Jason Lindner (*pro hac vice*)
Maureen E. Forsyth
**HARTLEY LLP**
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel: (619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com
forsyth@hartleyllp.com

Megan E. Jones (*pro hac vice*)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
mjones@hausfeld.com

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*