# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| IN RE: CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Consumer Indirect Purchaser Plaintiff Actions* | Case No. 0:22-MD-3031 (JRT/JFD)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENTS** |

Pursuant to Local Rule 5.6, the following documents were filed under seal because the entirety of the documents are designated Confidential or Highly Confidential by the producing party and redaction is impracticable at this time:

- Consumer Indirect Purchaser Plaintiffs' Memorandum of Law in Support of Their Motion for Class Certification;

- Declaration of Dr. Russell Mangum in Support of Consumer Indirect Purchaser Plaintiffs' Motion for Class Certification;

- Declaration of Shana E. Scarlett in Support of Consumer Indirect Purchaser Plaintiffs' Motion for Class Certification; and

- Exhibits 1–4; 6–26; 28–33; 35–73; 75–82; 84–101 to the Declaration of Shana E. Scarlett in Support of Consumer Indirect Purchaser Plaintiffs' Motion for Class Certification.

DATED: September 25, 2024                                         Respectfully submitted,

  *s/ Shana E. Scarlett*                                           *s/ Brian D. Clark*
SHANA E. SCARLETT (*pro hac vice*)          BRIAN D. CLARK (MN #0390069)
Rio S. Pierce (*pro hac vice*)                          W. Joseph Bruckner (MN #0147758)
Abby R. Wolf (*pro hac vice*)                        Arielle S. Wagner (MN #0398332)
HAGENS BERMAN SOBOL SHAPIRO LLP    Simeon A. Morbey (MN #0391338)
715 Hearst Avenue, Suite 300                     LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Berkeley, California 94710                           100 Washington Avenue South, Suite 2200
T: (510) 725-3000                                           Minneapolis, Minnesota 55401
F: (510) 725-3001                                            T: (612) 339-6900
shanas@hbsslaw.com                                   F: (612) 339-0981
riop@hbsslaw.com                                        bdclark@locklaw.com
abbyw@hbsslaw.com                                   wjbruckner@locklaw.com
                                                                         aswagner@locklaw.com
Steve W. Berman (*pro hac vice*)                 samorbey@locklaw.com
Breanna Van Engelen (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP    Kyle Pozan (*pro hac vice*)
1301 Second Avenue, Suite 2000                LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Seattle, Washington 98101                          1165 North Clark Street, Suite 700
T: (206) 623-7292                                          Chicago, Illinois 60610
F: (206) 623-0594                                           T: (312) 470-4333
steve@hbsslaw.com                                      kjpozan@locklaw.com
breannav@hbsslaw.com

Elaine T. Byszewski (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, California 91101
T: (213) 330-7150
elaine@hbsslaw.com

*Interim Co-Lead Counsel for the Consumer Indirect Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF system. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF system.

DATED: September 25, 2024      *s/ Shana E. Scarlett*
                                SHANA E. SCARLETT