UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION | Case No. 0:22-md-03031 (JRT-JFD)<br><br>Honorable John R. Tunheim |
| This Document Relates To:<br><br>IN RE DPP BEEF LITIGATION | **DIRECT PURCHASER PLAINTIFFS' STATEMENT INSTEAD OF REDACTED DOCUMENT** |

Pursuant to Local Rule 5.6, **Corrected Exhibit 3** to the Declaration of Michelle J. Looby in Support of DPPs' Motion for Class Certification, has been filed under seal because the document is an expert report that analyzes information that has been designated Confidential or Highly Confidential.

Dated: September 27, 2024

Respectfully submitted,

*/s/ Michelle J. Looby*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#259337)
Michelle J. Looby (#0388166)
Joshua J. Rissman (#0391500)
Anthony J. Stauber (#0401093)
Bailey Twyman-Metzger (#0400179)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
tstauber@gustafsongluek.com
btwymanmetzger@gustafsongluek.com

1

Dennis J. Stewart (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Ste. 3300
San Diego, CA 92101
Tel: (612) 333-8844
Fax: (612) 339-6622
dstewart@gustafsongluek.com

Adam J. Zapala (*pro hac vice*)
Elizabeth T. Castillo (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Jason S. Hartley (*pro hac vice*)
Jason Lindner (*pro hac vice*)
Maureen E. Forsyth (*pro hac vice*)
**HARTLEY LLP**
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel: (619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com
forsyth@hartleyllp.com

Megan E. Jones (*pro hac vice*)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
mjones@hausfeld.com

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*