# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CATTLE ANTITRUST LITIGATION** | **MDL No. 22-md-3031 (JRT/JFD)** |
| *This document relates to:*<br><br>INDIRECT SELLER ACTION<br>Case No. 22-cv-2903 | **STATEMENT INSTEAD OF REDACTED DOCUMENTS** |

Pursuant to Local Rule 5.6, Indirect Seller Plaintiffs seek to file Exhibits 1, 2, and 3 attached to Indirect Sellers' Second Amended Class Action Complaint under seal because the entirety of the above-referenced documents are designated Highly Confidential or Confidential pursuant to the protective order, (Doc. 10; Case No. 20-cv-1313, ECF No. 123), and redaction is impractical.

| | |
|---|---|
| Dated: October 1, 2024 | Respectfully submitted, |
| Francisco "Frank" Guerra IV<br>Alicia D. O'Neil<br>Michael Montaño<br>**GUERRA LLP**<br>875 E. Ashby Place, Suite 1200<br>San Antonio, Texas 78212<br>Telephone: (210) 447-0500<br>fguerra@guerrallp.com<br>aoneill@guerrallp.com<br>mmontano@guerrallp.com | /s/ *Richard M. Paul III*<br>Richard M. Paul III<br>Ashlea G. Schwarz<br>David W. Bodenheimer<br>**PAUL LLP**<br>601 Walnut Street, Suite 300<br>Kansas City, Missouri 64106<br>Telephone:  (816) 984-8100<br>Rick@PaulLLP.com<br>Ashlea@PaulLLP.com<br>David@PaulLLP.com<br><br>Clyde Talbot "Tab" Turner<br>**TURNER & ASSOCIATES, P.A.**<br>4705 Somers Avenue<br>North Little Rock, Arkansas 72116<br>Telephone: (501) 791-2277<br>tab@tturner.com |

**ATTORNEYS FOR INDIRECT SELLER PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on October 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *Richard M. Paul III*