# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE CATTLE AND BEEF ANTITRUST LITIGATION**<br><br>*This document relates to:*<br><br>*Kraft Heinz Foods Company v. Cargill, Inc. et al., 1:22-cv-05863 (E.D.N.Y.)* | **MDL No. 22-md-3031**<br><br>**ORDER GRANTING KRAFT HEINZ FOODS COMPANY'S MOTION FOR LEAVE TO FILE AMENDED NOTICE OF JOINDER** |

This matter is before the Court on the Motion for Leave to File Kraft Heinz Foods Company's Amended Notice of Joinder (Dkt. No. 921). The Amended Meet and Confer Statement (Dkt. No. 926) filed with the Motion represents that the JBS Defendants do not oppose the Motion. The Court finds good cause for the requested amendment and now **HEREBY ORDERS:**

1. That Kraft Heinz Foods Company's Motion for Leave to File their Amended Notice of Joinder is **GRANTED**; and

2. Kraft Heinz Foods Company has seven (7) days from the date of this Order to file their Amended Notice of Joinder.

Dated: October 9, 2024

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge