UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION<br><br>*This Document Relates To:*<br><br>Sysco Corp. v. Cargill, Inc., et al.,<br>Case No. 22-cv-1750 (D. Minn.) | Civil No. 22-3031 (JRT/JFD)<br><br>**ORDER OF REFERENCE** |

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that Defendant JBS USA Food Company's Motion to Enforce Settlement and Summary Dismissal of Sysco Corporation's Claims [Docket No. 834] is referred to the Honorable John F. Docherty, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing.

Parties are directed to contact the chambers of Magistrate Judge Docherty to schedule a hearing on the motion.

DATED: October 16, 2024                              _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                                 JOHN R. TUNHEIM
                                                                      United States District Judge