# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

In Re: Cattle and Beef Antitrust Litigation

**COURT MINUTES**
BEFORE: John R. Tunheim
U.S. District Judge

John F. Docherty
Magistrate Judge

| | |
|---|---|
| Case No: | 22-3031 JRT/JFD |
| Date: | October 30, 2024 |
| Deputy: | Heather Arent |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 3:04 p.m. |
| Time Concluded: | 3:38 p.m. |
| Time in Court: | 34 Minutes |

Hearing on:  Case Management Conference

### I. DEFENDANTS' REQUEST FOR EXTENSIONS TO CERTAIN DATES IN THE CASE MANAGEMENT SCHEDULE

The parties shared their positions regarding this matter.  After hearing from the parties, Magistrate Judge Docherty indicated that he would converse with Judge Tunheim before reaching a decision.  He expressed that he is unsure whether he will request additional briefing on particular points or just issue a written order.  The parties also previewed a potential issue regarding assignor-assignee discovery.  Judge Docherty indicated that if the parties cannot reach an agreement on that matter, they should reach out to the Court.

### II. DPPS' MOTION TO SUBSTITUTE PARTY

Magistrate Judge Docherty granted the motion [Docket No. 786] on the record.

### III. POTENTIAL DISPUTE RE BRIEFING STRUCTURE ON CLASS CERTIFICATION AND RELATED *DAUBERT* MOTIONS

Plaintiffs shared their concerns regarding any consolidation of Defendants' upcoming opposition briefs to Plaintiffs' class certification motions. Defendants indicated that they are not in a position to argue the merits of this issue yet. The Court instructed that this matter can be discussed at the next status conference if it becomes an issue.

### IV. DIVISION OF TIME FOR CROSS-NOTICED DEPOSITION OF JASON FULLERTON

This issue has reportedly been resolved.

### V. NEXT STATUS CONFERENCE

The next status conference will be on Monday, December 2, 2024, at 1:00 p.m. on Zoom.

**APPEARANCES:** Patrick McGahan, Joshua Rissman, Megan Jones, Michelle Looby, Jason Hartley, Cody McCracken, Michael Flannery, Abby Wolf, Breanna Van Engelen, Brian Clark, Kyle Pozan, Frank Guerra, Tab Turner, Philip Iovieno, William Blechman, Brian Hill, Dustin Graber, Michael Ponzoli, Holley Horrell, Kosta Stojilkovich, Jessica Nelson, Sami Rashid, Chelsea Bollman, Susan Foster

s/Heather Arent_____
Courtroom Deputy Clerk