IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*In re Cattle and Beef Antitrust Litigation*

This Document Relates to:                          Case No. 22-md-3031 (JRT/JFD)

ALL ACTIONS

**ORDER EXTENDING DEADLINE FOR SERVING
THIRD-PARTY SUBPOENAS**

This matter is before the Court on Defendants' November 19, 2024 letter to the Court (ECF No. 977) asking that the deadline for serving third-party subpoenas be held in abeyance pending the Court's decision on Defendants' October 24, 2024 request to amend the case schedule in the above-coordinated actions (ECF Nos. 950 & 951). The request was discussed at an October 30, 2024 status conference. The parties only requested a 14-day transcript of the status conference on November 15, 2024. Upon receipt of the transcript, the Court will be able to quickly rule on the request. In the meantime, the Court finds there is good cause for the limited, interim extension requested in Defendants' November 19, 2024 letter, particularly given that the current deadline for service of third-party subpoenas is this Friday, November 22, 2024 and that there is a requirement that three business days' advance notice be given before serving a third-party subpoena. Given the ministerial nature of the request, the Court does not find it necessary to solicit the views of Plaintiffs.

Therefore, IT IS HEREBY ORDERED that the deadline for the parties to serve third-party subpoenas (*see* Case No. 20-cv-1319, ECF Nos. 571 & 628) is hereby held in abeyance pending the Court's ruling on Defendants' requested case schedule amendments.

Dated: November 19, 2024                *s/ John F. Docherty*
                                        JOHN F. DOCHERTY
                                        United States Magistrate Judge