IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_In re Cattle and Beef Antitrust Litigation_

This Document Relates to:                           Case No. 22-md-3031 (JRT/JFD)

ALL ACTIONS

## DEFENDANTS' JOINT MOTION TO COMPEL ASSIGNEES TO PROVIDE ASSIGNOR DISCOVERY

PLEASE TAKE NOTICE that Defendants hereby move the court pursuant to Federal Rules of Civil Procedure 37(a)(3)(B) and Rule 37(d)(1)(A) for an Order granting their Motion to Compel Assignees to Provide Assignor Discovery. Defendants seek an order that:

1. Supervalu, Inc. must produce responsive, nonprivileged documents from its assignors in response to Defendants' First Set of Requests for Production to Direct Action Plaintiffs and full interrogatory responses based on information from its assignors in response to Defendants' First Set of Requests for Production of Documents to All Plaintiffs, Defendants' First Set of Interrogatories to Direct Action Plaintiffs, and Defendants' Second Set of Interrogatories to All Direct Action Plaintiffs within 30 days; and

2. CKE Restaurants Holdings, Inc. must produce responsive, nonprivileged documents from its assignors in response to Defendants' First Set of Requests for Production of Documents to All Plaintiffs and full interrogatory responses in response to Defendants' First and Second Sets of Interrogatories to Direct Action Plaintiffs, and

must produce a 30(b)(6) witness to testify to noticed topics based on information from its assignors within 30 days.

This motion is based upon the files, records, and proceedings herein and on the Memorandum of Law and accompanying papers that will be submitted in support of this motion.

Dated: December 5, 2024                    Respectfully submitted,

*/s/ Holley C. M. Horrell*
X. Kevin Zhao, Reg. No. 0391302
Holley C. M. Horrell, Reg. No. 0399636
Davida S. McGhee Williams, Reg. No. 0400175
Nicholas Scheiner, Reg. No. 0402470
Emily M. McAdam, Reg. No. 0400898
Taofikat Ninalowo-Olaofe, Reg. No. 0403432
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
kzhao@greeneespel.com
hhorrell@greeneespel.com
dwilliams@greeneespel.com
emcadam@greeneespel.com
nscheiner@greeneespel.com
tninalowo-olaofe@greeneespel.com

Beth A. Wilkinson
Kosta S. Stojilkovic
Sarah Neuman
Blake Neal
**WILKINSON STEKLOFF LLP**
2001 M Street, NW, 10th Floor
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com
bneal@wilkinsonstekloff.com

Moira Penza
Owen Gallogly
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24
New York, NY 10036
(212) 294-8910
mpenza@wilkinsonstekloff.com
ogallogly@wilkinsonstekloff.com

Jacob D. Bylund

Robert C. Gallup, Reg. No. 0399100
Dasha Ternavska
**FAEGRE DRINKER BIDDLE & REATH
LLP**
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
robert.gallup@faegredrinker.com
dasha.ternavska@faegredrinker.com

Joan A. Akalaonu
**FAEGRE DRINKER BIDDLE & REATH
LLP**
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
(312) 569-1000
joan.akalaonu@faegredrinker.com

***Counsel for Defendants Cargill, Incorporated
and Cargill Meat Solutions Corporation***

/s/   Benjamin L. Ellison
Benjamin L. Ellison, Reg. No. 0392777
Chelsea A. Bollman, Reg. No. 0401297
**JONES DAY**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Tel.: (612) 217-8800
bellison@jonesday.com
cbollman@jonesday.com

Julia E. McEvoy (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel.: (202) 879-3867
jmcevoy@jonesday.com

Michelle Fischer (*pro hac vice*)
**JONES DAY**
901 Lakeside Avenue

4

North Point
Cleveland, OH 44114
Tel.: 216-586-3939
mfischer@jonesday.com

Tiffany Lipscomb-Jackson (*pro hac vice*)
**JONES DAY**
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel.: 614-281-3939
tdlipscombjackson@jonesday.com

Eddie Hasdoo (*pro hac vice*)
**JONES DAY**
110 N. Wacker Dr., Suite 4800
Chicago, IL 60606
Tel.: 312-269-4214
ehasdoo@jonesday.com

*Counsel for Defendant National Beef Packing Company, LLC*

/s/   Sami H. Rashid
Donald G. Heeman, Reg. No. 0286023
Jessica J. Nelson, Reg. No. 0347358
Randi J. Winter, Reg. No. 0391354
**SPENCER FANE**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Tel.: (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Sami H. Rashid (*pro hac vice*)
Kevin A. Janus (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Tel.: (212) 849-7000
samirashid@quinnemanuel.com

kevinjanus@quinnemanuel.com

Michael D. Bonanno (*pro hac vice*)
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
mikebonanno@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3685
jeremyandersen@quinnemanuel.com

Lewis A. Remele, Jr., Reg. No. 90724
Christopher R. Morris, Reg. No. 230613
**BASSFORD REMELE, P.A.**
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
Tel.: (612) 333-3000
lremele@bassford.com
cmorris@bassford.com

William F. Hargens (*pro hac vice*)
Patrick E. Brookhouser, Jr. (*pro hac vice*)
**MCGRATH NORTH MULLIN & KRATZ,
PC LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Tel: (402) 341-3070
whargens@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com

***Counsel for Defendants JBS USA Food
Company, JBS Packerland, Inc., Swift Beef
Company, and JBS S.A.***

/s/   Ulrike B. Connelly
Susan E. Foster (*pro hac vice*)
Ulrike B. Connelly (*pro hac vice*)
Tiffany Lee (*pro hac vice*)
Hannah Parman (*pro hac vice*)
Sarah L. Schirack
Breanna C. Philips
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8846
sfoster@perkinscoie.com
uconnelly@perkinscoie.com
tiffanylee@perkinscoie.com
hparman@perkinscoie.com
Sschirack@perkinscoie.com
Bphilips@perkinscoie.com

Jon B. Jacobs (*pro hac vice*)
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 654-1758
jbjacobs@perkinscoie.com

Barry G. Stratford (*pro hac vice*)
Kristine J. Beaudoin
Samantha J. Burke
**PERKINS COIE LLP**
2525 E. Camelback Road
Suite 500
Phoenix, Arizona 85016-4227
Tel: (602) 351-8000
bstratford@perkinscoie.com
KBeaudoin@perkinscoie.com
SBurke@perkinscoie.com

Caroline Gizem Tunca (*pro hac vice*)
**PERKINS COIE LLP**
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606
Tel: (312) 324-8400
ctunca@perkinscoie.com

David Chiappetta
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 344-7000
DChiappetta@perkinscoie.com

Kristina Kaluza
**DYKEMA GOSSETT, PLLC**
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 486-1520
kkaluza@dykema.com

*Counsel for Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc.*