UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE CATTLE AND BEEF ANTITRUST LITIGATION**<br><br>*This Document Relates To:*<br><br>The Cattle Actions | Case No. 22-md-3031 (JRT/JFD) |

**DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. RUSSELL LAMB**

Defendants National Beef Packing Company, LLC, Tyson Foods, Inc., Tyson Fresh Meats, Inc., Cargill, Incorporated and Cargill Meat Solutions Corporation respectfully move the Court to exclude the testimony of Dr. Russell Lamb pursuant to Federal Rule of Evidence 702. This motion is based on the accompanying Memorandum in Support of Defendants' Motion to Exclude Certain Opinions of Dr. Russell Lamb, all accompanying declarations and exhibits, the pleadings and papers on file in this action, oral argument, and such other matters as the Court may consider in hearing the motion.

Dated: January 24, 2025                     Respectfully submitted,

*/s/ Michelle Fischer*
Michelle Fischer (pro hac vice)
**JONES DAY**
901 Lakeside Avenue
North Point
Cleveland, OH 44114
216-586-3939
mfischer@jonesday.com

Benjamin L. Ellison, (#0392777)
Chelsea A. Bollman (#0401297)
**JONES DAY**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
(612) 217-8800
bellison@jonesday.com
cbollman@jonesday.com

Julia E. McEvoy (pro hac vice)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3867
jmcevoy@jonesday.com

Eddie Hasdoo (pro hac vice)
**JONES DAY**
110 North Wacker, Suite 4800
Chicago, Illinois 60606
(312) 269-4214
ehasdoo@jonesday.com

Tiffany D. Lipscomb-Jackson (pro hac vice)
**JONES DAY**
325 John H. McConnell Blvd., Ste 600
Columbus, OH 43215
(614)-281-3939
tdlipscombjackson@jonesday.com

***Counsel for Defendant National Beef Packing Company, LLC***

**PERKINS COIE LLP**

/s/ *Ulrike B. Connelly*
Susan E. Foster (*pro hac vice*)
Ulrike B. Connelly (*pro hac vice*)
Tiffany Lee (*pro hac vice*)
Hannah Parman (*pro hac vice*)
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8846
SFoster@perkinscoie.com
UConnelly@perkinscoie.com
TiffanyLee@perkinscoie.com
HParman@perkinscoie.com

Jon B. Jacobs (*pro hac vice*)
700 13th Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 654-1758
JBJacobs@perkinscoie.com

H. Rowan Gaither IV
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Tel: (212) 261-6863
RGaither@perkinscoie.com

Barry G. Stratford
Kristine J. Beaudoin
Samantha J. Burke
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Tel: (602) 351-8000
BStratford@perkinscoie.com
KBeaudoin@perkinscoie.com
SBurke@perkinscoie.com

Caroline Gizem Tunca (*pro hac vice*)
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606
Tel: (312) 324-8400
CTunca@perkinscoie.com

3

David Chiappetta
505 Howard Street, Suite 1000
San Francisco, CA 94105
Tel: (415) 344-7000
DChiappetta@perkinscoie.com

Sarah Schirack
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
Tel: (907) 263-6990
SSchirack@perkinscoie.com

**DYKEMA GOSSETT, PLLC**
Kristina Kaluza
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 486-1520
kkaluza@dykema.com

*Counsel for Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc.*

**WILKINSON STEKLOFF LLP**

*/s/ Kosta S. Stojilkovic*
Beth A. Wilkinson
Kosta S. Stojilkovic
Sarah Neuman
2001 M Street, NW, 10th Floor
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com

Moira Penza
Owen Gallogly
Emily Clarke
130 W 42nd Street, Floor 24
New York, NY 10036
(212) 294-8910

4

mpenza@wilkinsonstekloff.com
ogallogly@wilkinsonstekloff.com
eclarke@wilkinsonstekloff.com

**GREENE ESPEL PLLP**

X. Kevin Zhao, Reg. No. 0391302
Holley C. M. Horrell, Reg. No. 0399636
Davida S. McGhee Williams, Reg. No. 0400175
Nicholas Scheiner, Reg. No. 0402470
Emily M. McAdam, Reg. No. 0400898
Taofikat Ninalowo-Olaofe, Reg. No. 0403432
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
kzhao@greeneespel.com
hhorrell@greeneespel.com
dwilliams@greeneespel.com
emcadam@greeneespel.com
nscheiner@greeneespel.com
tninalowo-olaofe@greeneespel.com

**FAEGRE DRINKER BIDDLE & REATH LLP**

Jacob D. Bylund
Robert C. Gallup, Reg. No. 0399100
Dasha Ternavska
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
robert.gallup@faegredrinker.com
dasha.ternavska@faegredrinker.com

Joan A. Akalaonu
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
(312) 569-1000
joan.akalaonu@faegredrinker.com

*Counsel for Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation*

5