UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE: CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>CONSUMER INDIRECT PURCHASER PLAINTIFFS' ACTION | Case No. 22-md-3031 (JRT/JFD) |

**MOTION TO EXCLUDE CERTAIN PORTIONS OF THE EXPERT REPORT AND TESTIMONY OF DR. RUSSELL W. MANGUM**

Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc., Cargill, Inc., Cargill Meat Solutions Corporation, National Beef Packing Company, LLC, JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. (collectively, "Defendants"), by and through their undersigned counsel, hereby move the Court for an order granting their Motion to Exclude Certain Portions of the Expert Report and Testimony of Dr. Russell W. Mangum. This motion is made pursuant to Federal Rule of Evidence 702. Defendants' motion is supported by the supporting memorandum of law, exhibits, and the arguments of counsel.

Dated: January 24, 2025

**PERKINS COIE LLP**

/s/ *David Chiappetta*
Susan E. Foster (*pro hac vice*)
Ulrike B. Connelly (*pro hac vice*)
Tiffany Lee (*pro hac vice*)
Hannah Parman (*pro hac vice*)
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

Tel: (206) 359-8846
SFoster@perkinscoie.com
UConnelly@perkinscoie.com
TiffanyLee@perkinscoie.com
HParman@perkinscoie.com

Jon B. Jacobs (*pro hac vice*)
700 13th Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 654-1758
JBJacobs@perkinscoie.com

H. Rowan Gaither IV
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Tel: (212) 261-6863
RGaither@perkinscoie.com

Barry G. Stratford
Kristine J. Beaudoin
Samantha J. Burke
2525 E. Camelback Road
Suite 500
Phoenix, Arizona 85016-4227
Tel: (602) 351-8000
BStratford@perkinscoie.com
KBeaudoin@perkinscoie.com
SBurke@perkinscoie.com

Caroline Gizem Tunca (*pro hac vice*)
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606
Tel: (312) 324-8400
CTunca@perkinscoie.com

David Chiappetta
505 Howard Street, Suite 1000
San Francisco, CA 94105
Tel: (415) 344-7000
DChiappetta@perkinscoie.com

-3-

Sarah Schirack
1029 West Third Avenue, Suite 300
Anchorage, AK 99501
Tel: (907) 263-6990
SSchirack@perkinscoie.com

**DYKEMA GOSSETT, PLLC**
Kristina Kaluza
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 486-1520
kkaluza@dykema.com

*Counsel for Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc.*

/s/ *Benjamin L. Ellison*
Benjamin L. Ellison (#0392777)
Chelsea A. Bollman (#0401297)
**JONES DAY**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
(612) 217-8800
bellison@jonesday.com
cbollman@jonesday.com

Julia E. McEvoy (pro hac vice)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3867
jmcevoy@jonesday.com

Michelle Fischer (pro hac vice)
**JONES DAY**
901 Lakeside Avenue
North Point
Cleveland, OH 44114
216-586-3939
mfischer@jonesday.com

Tiffany D. Lipscomb-Jackson (pro hac vice)
**JONES DAY**
325 John H. McConnell Blvd., Ste 600
Columbus, OH 43215
(614)-281-3939
tdlipscombjackson@jonesday.com

Eddie Hasdoo (pro hac vice)
**JONES DAY**
110 North Wacker, Suite 4800
Chicago, Illinois 60606
(312) 269-4214
ehasdoo@jonesday.com

*Counsel for Defendant National Beef Packing Company, LLC*

/s/ *Kosta S. Stojilkovic*
Beth A. Wilkinson
Kosta S. Stojilkovic
Sarah Neuman
**WILKINSON STEKLOFF LLP**
2001 M Street, NW, 10th Floor
Washington, DC 20036
(202) 847-4010
bwilkinson@wilkinsonstekloff.com
kstojilkovic@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com

Moira Penza
Owen Gallogly
Emily Clarke
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24
New York, NY 10036
(212) 294-8910
mpenza@wilkinsonstekloff.com
ogallogly@wilkinsonstekloff.com
eclarke@wilkinsonstekloff.com

-5-

X. Kevin Zhao, Reg. No. 0391302
Holley C. M. Horrell, Reg. No. 0399636
Davida S. McGhee Williams, Reg. No. 0400175
Nicholas Scheiner, Reg. No. 0402470
Emily M. McAdam, Reg. No. 0400898
Taofikat Ninalowo-Olaofe, Reg. No. 0403432
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
kzhao@greeneespel.com
hhorrell@greeneespel.com
dwilliams@greeneespel.com
emcadam@greeneespel.com
nscheiner@greeneespel.com
tninalowo-olaofe@greeneespel.com

Jacob D. Bylund
Robert C. Gallup, Reg. No. 0399100
Dasha Ternavska
**FAEGRE DRINKER BIDDLE & REATH LLP**
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
robert.gallup@faegredrinker.com
dasha.ternavska@faegredrinker.com

Joan A. Akalaonu
**FAEGRE DRINKER BIDDLE & REATH LLP**
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
(312) 569-1000
joan.akalaonu@faegredrinker.com

*Counsel for Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation*

/s/ *Sami H. Rashid*
Donald G. Heeman, Reg. No. 0286023
Jessica J. Nelson, Reg. No. 0347358
Randi J. Winter, Reg. No. 0391354
**SPENCER FANE LLP**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Tel.: (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Sami H. Rashid (*pro hac vice*)
Kevin A. Janus (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
samirashid@quinnemanuel.com
kevinjanus@quinnemanuel.com

Michael D. Bonanno (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
1300 I Street NW
Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
mikebonanno@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3685

jeremyandersen@quinnemanuel.com

Lewis A. Remele, Jr., Reg. No. 90724
Christopher R. Morris, Reg. No. 230613
**BASSFORD REMELE, P.A.**
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
Tel.: (612) 333-3000
lremele@bassford.com
cmorris@bassford.com

Patrick E. Brookhouser, Jr. (*pro hac vice*)
**MCGRATH NORTH MULLIN & KRATZ, PC LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
(402) 341-3070
pbrookhouser@mcgrathnorth.com

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A.*