# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Actions | Case No. 22-md-03031 (JRT/JFD) |

## CATTLE PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CATTLE-JBS SETTLEMENT

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, plaintiffs Ranchers Cattlemen Action Legal Fund United Stockgrowers of America, Farmers Educational and Cooperative Union of America, Weinreis Brothers Partnership, Minatare Feedlot, Inc., Charles Weinreis, Eric Nelson, James Jensen d/b/a Lucky 7 Angus, and Richard Chambers as trustee of the Richard C. Chambers Living Trust (collectively, the "Cattle Plaintiffs") on behalf of themselves and the other members of the proposed Settlement Classes[1] move for preliminary approval of the Cattle-JBS Settlement with JBS USA Food Company, Swift Beef Company, JBS Packerland, Inc., and JBS S.A. (collectively, "JBS"). The Cattle-JBS Settlement, if approved, will completely resolve Cattle Plaintiffs' and the Settlement Classes' claims against JBS and establish an $83,500,000 Settlement Fund. JBS does not oppose the filing of this motion.

---

[1] Unless otherwise defined herein, all capitalized terms have the same meanings as defined in the Stipulation and Agreement of Settlement Between Cattle Plaintiffs and JBS USA Food Company, Swift Beef Company, JBS Packerland, Inc., and JBS S.A. ("Stipulation").

This motion is supported by the memorandum of law submitted herewith, the Joint Declaration of Patrick J. McGahan and Daniel O. Herrera, and accompanying exhibits, including the Stipulation, and all of the files, records, and proceedings in this case.

Wherefore, Cattle Plaintiffs respectfully request that the Court grant their motion.

Dated: January 31, 2025

/s/ Patrick J. McGahan
David R. Scott (*pro hac vice*)
Amanda F. Lawrence (*pro hac vice*)
Patrick J. McGahan (*pro hac vice*)
Michael P. Srodoski (Bar No. 0398250)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 Main Street
P.O. Box 192
Colchester, CT 06415
Tel.: 860-537-5537
Fax.: 860-537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Joseph P. Guglielmo (*pro hac vice*)
Matthew J. Perez (*pro hac vice*)
Anna Hunanyan (*pro hac vice*)
Michelle Conston (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Tel.: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com
matt.perez@scott-scott.com
ahunanyan@scott-scott.com

Respectfully submitted,

/s/ Ellen Meriwether
Ellen Meriwether (*pro hac vice*)
Jennifer W. Sprengel (*pro hac vice*)
Daniel O. Herrera (*pro hac vice*)
Kaitlin Naughton (*pro hac vice*)
**CAFFERTY CLOBES**
**MERIWETHER & SPRENGEL LLP**
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
Tel.: 312-782-4882
Fax: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
knaughton@caffertyclobes.com

*Interim Co-Lead Counsel for the Cattle Plaintiffs*

K. Craig Wildfang (Bar No. 0117043)
Thomas J. Undlin (Bar No. 0183751)
Stacey P. Slaughter (Bar No. 0296971)
Geoff Kozen (Bar No. 0398626)
Eric P. Barstad (Bar No. 0398979)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel.: 612-349-8500
Fax: 612-339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com

2

mconston@scott-scott.com

Sean C. Russell (*pro hac vice*)
Isabella De Lisi (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508
srussell@scott-scott.com
idelisi@scott-scott.com

gkozen@robinskaplan.com
ebarstad@robinskaplan.com

*Liaison Counsel for the Cattle Plaintiffs*

David E. Kovel (*pro hac vice*)
Thomas W. Elrod (*pro hac vice*)
**KIRBY MC INERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Tel.: 212-371-6600
Fax: 212-751-2540
dkovel@kmllp.com
telrod@kmllp.com

Anthony F. Fata (*pro hac vice*)
**KIRBY MC INERNEY LLP**
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Tel.: 312-767-5180
Fax: 312-767-5181
afata@kmllp.com

Daniel Warshaw (*pro hac vice*)
Bobby Pouya (*pro hac vice*)
Michael H. Pearson (*pro hac vice*)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Tel.: 818-788-8300
Fax: 818-788-8104
dwarshaw@pwfirm.com
bpouya@pwfirm.com
mpearson@pwfirm.com

Michael Schrag (*pro hac vice*)
George Sampson (*pro hac vice*)
Elizabeth C. Pritzker (*pro hac vice*)
Caroline Corbitt (*pro hac vice*)
**PRITZKER LEVINE LLP**
1900 Powell Street, Ste. 450
Emeryville, CA 94602
Tel.: 415-692-0772

Fax: 415-366-6110
mls@pritzkerlevine.com
gws@pritzkerlevine.com
ecp@pritzkerlevine.com
ccc@pritzkerlevine.com

*Interim Executive Committee for the Cattle Plaintiffs*