# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*In re Cattle Antitrust Litigation,*<br>  Case No. 19-cv-1222 (JRT/JFD) | Case No. 22-md-03031 (JRT/JFD) |

## AMENDED NOTICE OF CATTLE PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CATTLE-JBS SETTLEMENT

PLEASE TAKE NOTICE that the undersigned counsel for Cattle Plaintiffs will bring Cattle Plaintiffs' Unopposed Motion for Preliminary Approval of Cattle-JBS Settlement for hearing before the Honorable John R. Tunheim, Chief Judge for the United States District Court for the District of Minnesota, Courtroom 15, 300 South Fourth Street, Minneapolis, Minnesota 55415, on February 19, 2025, at 10:30 a.m. CT, via Zoom video conference.

Dated: February 14, 2025                               Respectfully submitted,

| | |
|---|---|
| /s/ Patrick J. McGahan | /s/ Ellen Meriwether |
| David R. Scott (*pro hac vice*) | Ellen Meriwether (*pro hac vice*) |
| Amanda F. Lawrence (*pro hac vice*) | Jennifer W. Sprengel (*pro hac vice*) |
| Patrick J. McGahan (*pro hac vice*) | Daniel O. Herrera (*pro hac vice*) |
| Michael P. Srodoski (Bar No. 0398250) | Kaitlin Naughton (*pro hac vice*) |
| **SCOTT+SCOTT** | **CAFFERTY CLOBES** |
| **ATTORNEYS AT LAW LLP** | **MERIWETHER & SPRENGEL LLP** |
| 156 Main Street | 135 S. LaSalle Street, Suite 3210 |
| P.O. Box 192 | Chicago, IL 60603 |
| Colchester, CT 06415 | Tel.: 312-782-4882 |
| Tel.: 860-537-5537 | Fax: 312-782-4485 |

Fax.: 860-537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Joseph P. Guglielmo (*pro hac vice*)
Matthew J. Perez (*pro hac vice*)
Anna Hunanyan (*pro hac vice*)
Michelle Conston (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Tel.: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com
matt.perez@scott-scott.com
ahunanyan@scott-scott.com
mconston@scott-scott.com

Sean C. Russell (*pro hac vice*)
Isabella De Lisi (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508
srussell@scott-scott.com
idelisi@scott-scott.com

jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
knaughton@caffertyclobes.com

*Interim Co-Lead Counsel for the Cattle Plaintiffs*

K. Craig Wildfang (Bar No. 0117043)
Thomas J. Undlin (Bar No. 0183751)
Stacey P. Slaughter (Bar No. 0296971)
Geoff Kozen (Bar No. 0398626)
Eric P. Barstad (Bar No. 0398979)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel.: 612-349-8500
Fax: 612-339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ebarstad@robinskaplan.com

*Liaison Counsel for the Cattle Plaintiffs*

David E. Kovel (*pro hac vice*)
Thomas W. Elrod (*pro hac vice*)
**KIRBY MC INERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Tel.: 212-371-6600
Fax: 212-751-2540
dkovel@kmllp.com
telrod@kmllp.com

Anthony F. Fata (*pro hac vice*)
**KIRBY MC INERNEY LLP**
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Tel.: 312-767-5180
Fax: 312-767-5181
afata@kmllp.com

Daniel Warshaw (*pro hac vice*)
Bobby Pouya (*pro hac vice*)
Michael H. Pearson (*pro hac vice*)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Tel.: 818-788-8300
Fax: 818-788-8104
dwarshaw@pwfirm.com
bpouya@pwfirm.com
mpearson@pwfirm.com

Michael Schrag (*pro hac vice*)
George Sampson (*pro hac vice*)
Elizabeth C. Pritzker (*pro hac vice*)
Caroline Corbitt (*pro hac vice*)
**PRITZKER LEVINE LLP**
1900 Powell Street, Ste. 450
Emeryville, CA 94602
Tel.: 415-692-0772
Fax: 415-366-6110
mls@pritzkerlevine.com
gws@pritzkerlevine.com
ecp@pritzkerlevine.com
ccc@pritzkerlevine.com

*Interim Executive Committee for the Cattle Plaintiffs*