# UNITED STATES DISTRICT COURT

## District of Minnesota

| | |
|---|---|
| IN RE: PORK ANTITRUST LITIGATION | Civil No. 18-1776 JRT/JFD<br>MDL No. 21-2998 |
| IN RE: CATTLE AND BEEF ANTITRUST LITIGATION | MDL No. 22-3031 JRT/JFD |
| This Document Relates To:<br>Sysco Corp. v. Agri Stats, Inc. et al, Civil No. 21-1374; and Sysco Corp. v. Cargill Inc. et al, Civil No. 22-1750 | **JUDGMENT IN A CIVIL CASE** |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' Motions to Enforce Settlement with Sysco Corporation [Docket No. 2327 in ECF No. 18-1776 and Docket No. 834 in ECF No. 22-3031] are **GRANTED**. Pursuant to the parties' settlement agreement, Sysco Corporation's claims against the JBS Defendants in ECF No. 18-1776 and ECF No. 22-3031 are **DISMISSED with prejudice**.

Date: 3/26/2025                                                                 KATE M. FOGARTY, CLERK