IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*In re Cattle and Beef Antitrust Litigation*

This Document Relates to:

Case No. 22-md-3031 (JRT/JFD)

DIRECT ACTION CASE:
*McDonald's Corporation v. Cargill, Inc., et al.*

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF MCDONALD'S CORPORATION'S CLAIMS AGAINST CARGILL DEFENDANTS

Plaintiff McDonald's Corporation ("Plaintiff") and Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation (collectively "Cargill Defendants"), through counsel, stipulate to the following and respectfully request this Court's approve of their stipulation:

1. This Stipulation relates to *In re: Cattle and Beef Antitrust Litigation*, Case No. 0:22-md-3031-JRT-JFD.

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Cargill Defendants stipulate and agree to the dismissal, with prejudice, of Plaintiff's claims asserted against Cargill Defendants in the Action with each side bearing its own attorneys' fees and costs.

3. The Stipulation of Dismissal, with prejudice, has no bearing on Plaintiff's claims against Defendants other than Cargill Defendants.

Date: April 29, 2025                                      Respectfully Submitted,

| | |
|---|---|
| s/ *Philip J. Iovieno* | s/ *X. Kevin Zhao* |
| Philip J. Iovieno | X. Kevin Zhao, Reg. No. 0391302 |
| Nicholas A. Gravante, Jr. | Holley C. M. Horrell, Reg. No. 0399636 |
| Jack G. Stern | Davida S. McGhee Williams, Reg. No. 0400175 |
| Gillian Groarke Burns | Nicholas Scheiner, Reg. No. 0402470 |
| Mark A. Singer | Emily M. McAdam, Reg. No. 0400898 |
| Justin V. Arborn | Taofikat Ninalowo-Olaofe, Reg. No. 0403432 |
| Elizabeth R. Moore | **GREENE ESPEL PLLP** |
| CADWALADER, WICKERSHAM & TAFT LLP | 222 S. Ninth Street, Suite 2200 |
| 200 Liberty Street | Minneapolis, MN 55402 |
| New York, NY 10281 | (612) 373-0830 |
| Tel: (212) 504-6000 | kzhao@greeneespel.com |
| Fax: (212) 504-6666 | hhorrell@greeneespel.com |
| Email: | dwilliams@greeneespel.com |
| philip.iovieno@cwt.com | emcadam@greeneespel.com |
| nicholas.gravante@cst.com | nscheiner@greeneespel.com |
| jack.stern@cwt.com | tninalowo-olaofe@greeneespel.com |
| gillian.burns@cwt.com | |
| mark.singer@cwt.com | Beth A. Wilkinson |
| justin.arborn@cst.com | Kosta S. Stojilkovic |
| elizabeth.moore@cwt.com | Calanthe Arat |
| | Sarah Neuman |
| **Counsel for McDonald's Corporation** | Blake Neal |
| | **WILKINSON STEKLOFF LLP** |
| | 2001 M Street, NW, 10th Floor |
| | Washington, DC 20036 |
| | (202) 847-4010 |
| | bwilkinson@wilkinsonstekloff.com |
| | kstojilkovic@wilkinsonstekloff.com |
| | carat@wilkinsonstekloff.com |
| | sneuman@wilkinsonstekloff.com |
| | bneal@wilkinsonstekloff.com |
| | |
| | Moira Penza |
| | Owen Gallogly |
| | Emily Clarke |
| | **WILKINSON STEKLOFF LLP** |
| | 130 W 42nd Street, Floor 24 |
| | New York, NY 10036 |

(212) 294-8910
mpenza@wilkinsonstekloff.com
ogallogly@wilkinsonstekloff.com
eclarke@wilkinsonstekloff.com

Jacob D. Bylund
Robert C. Gallup, Reg. No. 0399100
Dasha Ternavska
**FAEGRE DRINKER BIDDLE & REATH LLP**
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000
jacob.bylund@faegredrinker.com
robert.gallup@faegredrinker.com
dasha.ternavska@faegredrinker.com

Joan A. Akalaonu
**FAEGRE DRINKER BIDDLE & REATH LLP**
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
(312) 569-1000
joan.akalaonu@faegredrinker.com

*Counsel for Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation*