# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CATTLE AND BEEF ANTITRUST LITIGATION<br><br>*This document relates to*:<br><br>Consumer Indirect Purchaser Plaintiffs | Case No. 0:22-md-03031 (JRT/JFD)<br><br>**CONSUMER INDIRECT PURCHASER PLAINTIFFS' NOTICE OF SETTLEMENT WITH CARGILL DEFENDANTS** |

Consumer Indirect Purchaser Plaintiffs respectfully notify the Court that Consumer Indirect Purchaser Plaintiffs have reached an agreement with Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation (collectively, "Cargill") to settle all claims against Cargill. The parties are working to finalize and document all the terms of that agreement, which is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the parties' agreement, Consumer Indirect Purchaser Plaintiffs will move for preliminary and, ultimately, final approval of the settlement in the near future.

564770.2

Dated: August 13, 2025

| | |
|---|---|
| *s/ Brian D. Clark* | *s/ Shana E. Scarlett* |
| Brian D. Clark (#0390069) | Shana E. Scarlett (*pro hac vice*) |
| W. Joseph Bruckner (#0147758) | Abby R. Wolf (*pro hac vice*) |
| Arielle S. Wagner (#0398332) | **HAGENS BERMAN SOBOL** |
| Simeon A. Morbey (#0391338) | **SHAPIRO LLP** |
| Olivia T. Levinson (#0402953) | 715 Hearst Avenue, Suite 300 |
| **LOCKRIDGE GRINDAL NAUEN PLLP** | Berkeley, California 94710 |
| 100 Washington Avenue South, Suite 2200 | T: (510) 725-3000 |
| Minneapolis, MN 55401 | shanas@hbsslaw.com |
| T: (612) 339-6900 | abbyw@hbsslaw.com |
| wjbruckner@locklaw.com | |
| bdclark@locklaw.com | Steve W. Berman (*pro hac vice*) |
| aswagner@locklaw.com | Breanna Van Engelen (*pro hac vice*) |
| samorbey@locklaw.com | **HAGENS BERMAN SOBOL** |
| otlevinson@locklaw.com | **SHAPIRO LLP** |
| | 1301 Second Avenue, Suite 2000 |
| Kyle Pozan (*pro hac vice*) | Seattle, Washington 98101 |
| **LOCKRIDGE GRINDAL NAUEN PLLP** | T: (206) 623-7292 |
| 1165 N. Clark Street, Suite 700 | steve@hbsslaw.com |
| Chicago, IL 60610 | breannav@hbsslaw.com |
| T: 312-205-8968 | |
| kjpozan@locklaw.com | Elaine T. Byszewski (*pro hac vice*) |
| | **HAGENS BERMAN SOBOL** |
| | **SHAPIRO LLP** |
| | 301 North Lake Avenue, Suite 920 |
| | Pasadena, California 91101 |
| | T: (213) 330-7150 |
| | elaine@hbsslaw.com |

*Interim Co-Lead Counsel for the Consumer Indirect Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: August 13, 2025                    *s/ Brian D. Clark*
                                          Brian D. Clark