## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CATTLE AND BEEF ANTITRUST LITIGATION<br><br>*This document relates to*:<br><br>Consumer Indirect Purchaser Plaintiffs | Case No. 0:22-md-03031 (JRT/JFD)<br><br>**CONSUMER INDIRECT PURCHASER PLAINTIFFS' NOTICE OF SETTLEMENT WITH TYSON DEFENDANTS** |

Consumer Indirect Purchaser Plaintiffs respectfully notify the Court that Consumer Indirect Purchaser Plaintiffs have reached an agreement with Defendants Tyson Foods, Inc. and Tyson Fresh Meats, Inc. (collectively, "Tyson") to settle all claims against Tyson. The parties are working to finalize and document all the terms of that agreement, which is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the parties' agreement, Consumer Indirect Purchaser Plaintiffs will move for preliminary and, ultimately, final approval of the settlement in the near future.

Dated: September 29, 2025

<div style="display: flex;">
<div>

*s/ Brian D. Clark*
Brian D. Clark (#0390069)
W. Joseph Bruckner (#0147758)
Arielle S. Wagner (#0398332)
Simeon A. Morbey (#0391338)
Olivia T. Levinson (#0402953)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
wjbruckner@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com
samorbey@locklaw.com
otlevinson@locklaw.com

Kyle Pozan (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 N. Clark Street, Suite 700
Chicago, IL 60610
T: 312-205-8968
kjpozan@locklaw.com

</div>
<div>

*s/ Shana E. Scarlett*
Shana E. Scarlett (*pro hac vice*)
Abby R. Wolf (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, California 94710
T: (510) 725-3000
shanas@hbsslaw.com
abbyw@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
T: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 North Lake Avenue, Suite 920
Pasadena, California 91101
T: (213) 330-7150
elaine@hbsslaw.com

</div>
</div>

*Interim Co-Lead Counsel for the Consumer Indirect Purchaser Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: September 29, 2025          *s/ Brian D. Clark*
                                   Brian D. Clark