**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates to:<br><br>*Consumer Indirect Purchaser Plaintiff Action* | No. 0:22-md-03031-JRT-JFD |

**CONSUMER INDIRECT PURCHASER PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENTS WITH CARGILL AND TYSON DEFENDANTS AND APPROVAL OF NOTICES, PLAN OF NOTICE AND PLAN OF ALLOCATION**

Consumer Indirect Purchaser Plaintiffs respectfully move the Court, the Honorable John R. Tunheim, District Judge for Preliminary Approval of Settlement Agreements with Cargill and Tyson Defendants and Approval of Notices, Plan of Notice and Plan of Allocation. This motion is based on Federal Rule of Civil Procedure 23, the concurrently filed Memorandum of Points and Authorities and supporting declaration(s), and any other evidence and arguments presented in the briefings and at any hearing on this motion to be set by the Court.

DATED: October 6, 2025                    Respectfully submitted,

*s/ Shana E. Scarlett*                    *s/ Brian D. Clark*
Shana E. Scarlett (*pro hac vice*)        Brian D. Clark (#0390069)
Abby R. Wolf (*pro hac vice*)             W. Joseph Bruckner (#0147758)
**HAGENS BERMAN SOBOL SHAPIRO LLP**       Arielle S. Wagner (#0398332)
715 Hearst Avenue, Suite 300              Simeon A. Morbey (#0391338)
Berkeley, California 94710                Olivia T. Levinson (#0402953)
T: (510) 725-3000                         **LOCKRIDGE GRINDAL NAUEN PLLP**
F: (510) 725-3001                         100 Washington Avenue South, Suite 2200
shanas@hbsslaw.com                        Minneapolis, MN 55401
abbyw@hbsslaw.com                         T: (612) 339-6900
                                          wjbruckner@locklaw.com
Steve W. Berman (*pro hac vice*)          bdclark@locklaw.com
Breanna Van Engelen (*pro hac vice*)      aswagner@locklaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**       samorbey@locklaw.com
1301 Second Avenue, Suite 2000            otlevinson@locklaw.com
Seattle, Washington 98101
T: (206) 623-7292                         Kyle Pozan (*pro hac vice*)
F: (206) 623-0594                         **LOCKRIDGE GRINDAL NAUEN PLLP**
steve@hbsslaw.com                         1165 North Clark Street, Suite 700
breannav@hbsslaw.com                      Chicago, Illinois 60610
                                          T: (312) 470-4333
Elaine T. Byszewski (*pro hac vice*)      kjpozan@locklaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 North Lake Avenue, Suite 920
Pasadena, California 91101
T: (213) 330-7150
elaine@hbsslaw.com

*Interim Co-Lead Class Counsel for the Consumer Indirect Purchaser Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record hereby certifies that a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF system. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF system.

DATED: October 6, 2025   *s/ Shana E. Scarlett*
SHANA E. SCARLETT