UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION | Case No. 0:22-md-03031 (JRT-JFD)<br><br>Honorable John R. Tunheim |
| This Document Relates To:<br>IN RE DPP BEEF LITIGATION | **DIRECT PURCHASER PLAINTIFFS' MOTION FOR AN ORDER APPROVING QSF ESCROW AGREEMENT FOR TYSON SETTLEMENT PAYMENT** |

The Direct Purchaser Plaintiffs ("DPPs") respectfully move this Honorable Court for an order approving a Qualified Settlement Fund ("QSF") Escrow Agreement. Earlier in December, DPPs and the Tyson Defendants (Tyson Foods, Inc. and Tyson Fresh Meats, Inc.) reached a settlement in principle to resolve all of DPPs' claims against Tyson. The parties signed a term sheet on December 29, 2025. Pursuant to the term sheet, Tyson needs to make payment into a QSF by January 7, 2026. DPPs respectfully ask the court to approve the establishment of the QSF so that Tyson can comply with this deadline. The QSF Escrow Agreement is being filed contemporaneously as **Exhibit A** to DPPs' Motion.

The parties continue to work on a final settlement agreement and DPPs will file a motion for preliminary approval of the settlement agreement once the final settlement agreement is complete.

1

Dated: January 5, 2026                     Respectfully submitted,

/s/ *Michelle J. Looby*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#259337)
Michelle J. Looby (#0388166)
Joshua J. Rissman (#0391500)
Anthony J. Stauber (#0401093)
Bailey Twyman-Metzger (#0400179)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
tstauber@gustafsongluek.com
btwymanmetzger@gustafsongluek.com

Dennis J. Stewart (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Ste. 3300
San Diego, CA 92101
Tel: (612) 333-8844
Fax: (612) 339-6622
dstewart@gustafsongluek.com

Adam J. Zapala (*pro hac vice*)
Elizabeth T. Castillo (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Jason S. Hartley (*pro hac vice*)
**HARTLEY LLP**
101 W. Broadway, Suite 820
San Diego, CA 92101

Tel: (619) 400-5822
hartley@hartleyllp.com

Megan E. Jones (*pro hac vice*)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
mjones@hausfeld.com

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

3