UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION | Case No. 0:22-md-03031 (JRT-JFD) <br><br> Honorable John R. Tunheim |
| This Document Relates To: <br><br> IN RE DPP BEEF LITIGATION | **[PROPOSED] ORDER APPROVING DPPS' QSF ESCROW AGREEMENT FOR TYSON SETTLEMENT FUNDS** |

Now before the Court is the Direct Purchaser Plaintiffs' ("DPPs") Motion for Approval of a Qualified Settlement Fund Escrow Agreement for Tyson Settlement Funds.

**IT IS HEREBY ORDERED THAT:**

1. DPPs' Motion is **GRANTED.**

2. The Court approves the Qualified Settlement Fund Escrow Agreement attached as **Exhibit A** to this Order.

3. Pursuant to that Agreement, Interim Co-Lead Counsel for DPPs and the Escrow Agent will establish an account that meets the requirements of a Qualified Settlement Fund under 26 CFR §§ 1.468B and 1.468B-1(c) and shall be treated accordingly for tax purposes.

**IT IS SO ORDERED.**

Dated:_____            _____
                                 Honorable John R. Tunheim
                                 United States District Court
                                 District of Minnesota