UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CATTLE AND BEEF ANTITRUST LITIGATION | Case No. 22-3031 (JRT/JFD) |
| This Document Relates To: IN RE DPP BEEF LITIGATION | ORDER GRANTING DPPS' MOTION FOR APPROVAL OF QUALIFIED SETTLEMENT FUND ESCROW AGREEMENT FOR TYSON SETTLEMENT FUNDS |

in December 2025, Direct Purchaser Plaintiffs ("DPPs") and Tyson Foods, Inc. and Tyson Fresh Meats, Inc. (collectively, the Tyson) reached a settlement in principle to resolve all of DPPs' claims against Tyson, and the parties signed a term sheet on December 29, 2025. Pursuant to the term sheet, Tyson is required to make payment into a Qualified Settlement Fund by January 7, 2026. DPPs now request that the Court grant their motion to approve an Escrow Agreement setting up a Qualified Settlement Fund for Tyson's settlement funds. The Court will grant the motion.

## ORDER

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Direct Purchaser Plaintiffs' Motion for an Order Approving Qualified Settlement Fund Escrow Agreement for Tyson Settlement Payment [Docket No. 1506] is **GRANTED**;

-2-

1. The Court approves the Qualified Settlement Fund Escrow Agreement attached as Exhibit A to Direct Purchaser Plaintiffs' Motion (Docket No. 1507); and

2. Pursuant to that Agreement, Interim Co-Lead Counsel for DPPs and the Huntington National Bank, acting as the Escrow Agent, will establish an Escrow account that meets the requirements of a Qualified Settlement Fund under 26 CFR §§ 1.468B and 1.468B-1(c) and that shall be treated accordingly for tax purposes.

DATED: January 6, 2026
at Minneapolis, Minnesota.

                                      JOHN R. TUNHEIM
                                United States District Judge