# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CATTLE AND BEEF ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br>*Sysco Corp. v. Cargill, Inc. et al.*<br>Case No. 22-cv-01750 (D. Minn.) | Civil Action No. 22-md-3031<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned Greenspoon Marder LLP attorney hereby notifies the Court and counsel that Marc D. Walkow and Greenspoon Marder LLP withdraw as counsel to plaintiff Sysco Corporation ("Sysco").

Sysco will continue to be represented by other counsel of record.

Dated: March 5, 2026

Respectfully submitted,

/s/ *Marc D. Walkow*___
Marc D. Walkow, Esq.
GREENSPOON MARDER LLP
1345 Avenue of the Americas, Suite 2200
New York, New York 10105
Phone: (212) 524-4967
Fax: (212) 524-5050
Email: marc.walkow@gmlaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 5, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                 /s/ *Marc D. Walkow*___
                                                 Marc D. Walkow, Esq.