# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br><br>This Document Relates To:<br><br>THE COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION | Case No. 22-md-3031 (JRT/JFD)<br><br>**Motion for Preliminary Approval of Class Action Settlement Between the Commercial and Institutional Indirect Purchaser Plaintiffs and Tyson and for Leave to Disseminate Notice** |

Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") respectfully move the Court for preliminary approval of the class action settlement between the CIIPPs and Defendants Tyson Foods, Inc. and Tyson Fresh Meats, Inc. ("Tyson"). CIIPPs further seek the Court's approval of the form and manner of notice regarding this class action settlement, and request that the Court grant leave to disseminate notice.

This motion is based on Rule 23 of the Federal Rules of Civil Procedure and the concurrently filed memorandum of law and supporting declarations as well as any other evidence and argument presented to the Court at any hearing on this motion.

CIIPPs do not request a hearing on this motion unless the Court deems one necessary.

Dated: March 27, 2026

By    *s/ Shawn M. Raiter*
Shawn M. Raiter (240424)
**Larson · King, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6500
sraiter@larsonking.com

Michael Flannery (*pro hac vice*)
**Cuneo Gilbert Flannery & LaDuca, LLP**
Two CityPlace Drive
Second Floor
St. Louis, MO 63141
(314) 226-1015
mflannery@cuneolaw.com

Sterling Aldridge (*pro hac vice*)
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
saldridge@barrettlawgroup.com

**Interim Co-Lead Counsel for the Commercial
and Institutional Indirect Purchaser Plaintiffs**