**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE: CATTLE AND BEEF ANTITRUST
LITIGATION

This Document Relates To:

*Conagra Brands, Inc. v. Cargill, Inc., et al.*,
Civ. No. 23-3549 (JRT/JFD)

MDL No. 22-3031 (JRT/JFD)

**ORDER OF DISMISSAL**
**WITH PREJUDICE**

---

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by Direct Action Plaintiff Conagra Brands, Inc. ("Conagra") and Defendants Cargill, Incorporated, and Cargill Meat Solutions Corporation (collectively, the "Cargill Defendants"). (Docket No. 1606.)

In 2023, Conagra filed a lawsuit captioned *Conagra Brands Inc. v. Cargill, Inc., et al.*, Case No. 1:23-cv-15504 against the Cargill Defendants and others in the United States District Court for the Northern District of Illinois. Thereafter, the Judicial Panel on Multidistrict Litigation transferred the case to this Court, where it was individually assigned Case No. 0:23-cv-03549-JRT-JFD and consolidated along with other related cases for pretrial purposes in *In re: Cattle and Beef Antitrust Litigation*, Case No. 0:22-MD-3031-JRT-JFD. (The foregoing actions referenced in this paragraph are collectively referred to as the "Actions.")

- 1 -

- 2 -

**IT IS HEREBY ORDERED** that:

1.      The Stipulation (Docket No. [1606]) is approved in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  All claims brought by Conagra against the Cargill Defendants in the Actions are **DISMISSED WITH PREJUDICE** as to the Cargill Defendants. Conagra and the Cargill Defendants shall each bear their respective attorneys' fees and costs.

2.      This Order relates only to the claims and causes of action asserted by Conagra against the Cargill Defendants in the Actions.  It does not apply to and has no bearing on claims and causes of action asserted by Conagra in the Actions against any Defendants other than the Cargill Defendants, and it has no bearing on any plaintiff or defendant in the Actions other than Conagra and the Cargill Defendants.

DATED:  July 16, 2026                              _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                            JOHN R. TUNHEIM
                                                      United States District Judge