**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: CATTLE AND BEEF ANTITRUST LITIGATION

Case No. 22-3031 (JRT/JFD)

**ORDER**

This Document Relates To:
IN RE DPP BEEF LITIGATION

On May 14, 2026, the Court granted Direct Purchaser Plaintiffs ("DPPs") motion for preliminary approval of a settlement between DPPs and Tyson Foods, Inc. and Tyson Fresh Meats, Inc. (collectively, "Tyson"); for approval of the DPPs' notice plan; and for approval of the claims process. (Docket No. 1592.) DPPs now move the Court to modify the Notice Schedule set forth in that Order. (Docket No. 1616.)

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Direct Purchaser Plaintiffs' Motion to Modify Notice Schedule (Docket No. [1616]) is **GRANTED** and the Notice Schedule set forth in the Court's prior Order (Docket No. [1592]) is modified as follows:

| EVENT | PRIOR DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Settlement Class members to object | 90 days after the Court's Order (objections must be received by this deadline) [August 12, 2026] | **September 14, 2026** |

| EVENT | PRIOR DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Settlement Class members to request to opt out of the settlement | 90 days after the Court's Order (requests must be postmarked by this deadline) [August 12, 2026] | **September 14, 2026** |
| Interim Co-Lead Counsel to move for attorneys' fees, expenses, and service awards for named representatives | At least 30 days before the Final Approval Hearing | **September 1, 2026** |
| Plaintiffs to file affidavits or declarations of the person(s) under whose general direction notice was issued | At least 10 days before the Final Approval Hearing | **September 21, 2026** |
| Plaintiffs to file final approval brief, response to objections, if any, and a proposed final approval order with a complete list of all Settlement Class members that have opted out of the Settlement | At least 10 days before the Final Approval Hearing or by a date to be set by the Court | **September 21, 2026** |
| Final Approval Hearing | At least 135 days after the Court's Order, as the Court's schedule permits | **October 1, 2026** |

DATED: August 18, 2026
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge