**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE: CATTLE AND BEEF ANTITRUST LITIGATION

This Document Relates To:
IN RE DPP BEEF LITIGATION

Case No. 22-3031 (JRT/JFD)

**ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' MOTION TO MODIFY NOTICE PLAN AND NOTICE SCHEDULE**

---

On May 14, 2026, the Court granted preliminary approval of a settlement between Direct Purchaser Plaintiffs ("DPPs") and Tyson Foods, Inc. and Tyson Fresh Meats, Inc. (collectively, "Tyson") as well as approval of DPPs' notice plan and claims process. (Docket No. 1592.) On August 18, 2026, the Court granted DPPs' motion to modify the notice schedule. (Docket No. 1621.) DPPs now move this Court for an Order modifying the notice plan and further modifying the notice schedule. (DPPs' Mot. to Modify Notice and Notice Schedule, Sept. 8, 2026, Docket No. 1644.)

The Court, having carefully reviewed the memorandum, declaration, and exhibits submitted in support of DPPs' motion, will grant the motion, approve DPPs' proposed notice plan,[1] and modify the notice schedule as proposed.

---

[1] (*See* Decl. of Daniel E. Gustafson, Exs. A–F, Sept. 8, 2026, Docket No. 1647.)

# ORDER

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Direct Purchaser Plaintiffs' Motion to Modify Notice and Notice Schedule (Docket No. [1644]) is **GRANTED** as follows:

1. DPPs' proposed notices, attached as Exhibits A–F to the Declaration of Daniel E. Gustafson (Docket No. [1647]), are approved, and DPPs are directed to issue notice as described in their motion and accompanying memorandum.

2. The Notice Schedule is modified as follows:

| EVENT | DEADLINE PRIOR TO THIS ORDER | REVISED/NEW DEADLINE |
|---|---|---|
| Plaintiffs to disseminate revised notices and commence media notice and earned media campaigns | n/a | Within seven days of the Court's order granting this motion. |
| Plaintiffs to file amended motion for interim attorney's fees, costs, service fees, and to establish a litigation fund | n/a | October 1, 2026 |
| Deadline for Settlement Class Members to object | September 14, 2026 | October 23, 2026 |
| Deadline for Settlement Class Members to request to opt out of the settlement | September 14, 2026 | October 23, 2026 |
| Plaintiffs to file affidavits or declarations of the person(s) under whose general direction notice was issued | September 21, 2026 | November 2, 2026 |

| EVENT | DEADLINE PRIOR TO THIS ORDER | REVISED/NEW DEADLINE |
|---|---|---|
| Plaintiffs to file final approval brief, response to objections, if any, and a proposed final approval order with a complete list of all Settlement Class Members that have opted out of the Settlement | September 21, 2026 | November 2, 2026 |
| Final Approval Hearing | October 1, 2026 | November 12, 2026 |

DATED: September 14, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge